The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON and CHRISTIAN SABOL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 20-cv-00424-RAJ<br><br>[PROPOSED] ORDER GRANTING AMAZON.COM, INC.'S MOTION TO DISMISS |

This matter came before the Court on Defendant Amazon.com, Inc.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). The Court has considered Amazon's Motion, Plaintiffs' Opposition, and Amazon's Reply, as well as all papers and pleadings on file in this matter.

Being fully advised, the Court now ORDERS that Amazon's Motion to Dismiss is GRANTED, and Plaintiffs' Class Action Complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August ____, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING AMAZON'S MOTION TO DISMISS (20-cv-00424-RAJ) - 1

1  Presented by:

2  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Defendant Amazon.com, Inc.*
3

4  By: *s/ Stephen M. Rummage*
       Stephen M. Rummage, WSBA #11168
5      MaryAnn Almeida, WSBA #49086
       920 Fifth Avenue, Suite 3300
6      Seattle, WA 98104-1610
       Ph: (206) 622-3150;    Fax: (206) 757-7700
7      E-mail: SteveRummage@dwt.com
       E-mail: MaryAnnAlmeida@dwt.com

8  By: *s/ Doug Litvack*
       Doug Litvack *(pro hac vice)*
9      Davis Wright Tremaine LLP
       1919 Pennsylvania Avenue, N.W., Suite 800
10     Washington D.C. 20006-3401
       Ph: (202) 973-4200; Fax: (202) 973-4499
11     E-mail: Doug.Litvack.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING AMAZON'S MOTION TO DISMISS (20-cv-00424-RAJ) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

*s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Ph:  (206) 622-3150
Fax:  (206) 757-7700
E-mail:  SteveRummage@dwt.com

ORDER GRANTING AMAZON'S MOTION TO DISMISS (20-cv-00424-RAJ) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax