The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON and CHRISTIAN SABOL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CLASS ACTION<br><br>No. 20-cv-00424-RAJ<br><br>**STIPULATED MOTION TO DEFER THE DEADLINE TO FILE A CLASS CERTIFICATION MOTION**<br><br>NOTE ON MOTION CALENDAR:<br>July 24, 2020 |

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs filed this lawsuit on March 19, 2020.

2. Plaintiffs intend to seek to certify a nationwide class and various state subclasses of all persons who, on or after March 19, 2016, purchased through a retail e-commerce channel in the United States other than Amazon.com one or more products concurrently offered for sale by Amazon's third-party sellers on Amazon.com.

3. Under Local Rule 23(i)(3), September 15, 2020, is the presumptive deadline for Plaintiffs to file a motion for class certification, absent a Court order deferring the deadline.



4. Good cause exists to extend the presumptive class certification deadline because the Court extended the deadline for Amazon to respond to the complaint until July 13, 2020. (Electronic order dated April 20, 2020.) Consistent with that extension, Amazon filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on July 13, 2020, and Plaintiffs now intend to file an amended complaint within the time permitted by Rule 15, *i.e.*, on or before August 3, 2020. If Amazon should file a second motion to dismiss or similar motion, which it currently intends to do, that motion will almost surely be noted for consideration after the presumptive deadline for the class certification motion established by Local Rule 23(i)(3).

5. Good cause also exists to extend the presumptive class certification deadline because the issues raised in the complaint will require discovery before Plaintiffs can file their class certification motion, and any expert reports filed in connection with the class certification motion will need to be grounded in facts disclosed during discovery.

6. Having met and conferred, the parties have therefore agreed, subject to the Court's approval, to stipulate to request the Court to vacate the current class certification deadline prescribed by the local rule. The parties further agree that, if the Court denies Amazon's motion to dismiss Plaintiffs' forthcoming amended complaint, they will propose a class certification-briefing schedule promptly following the Court's disposition of the motion.

STIPULATED MOTION TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 2
Case No. 2:20-cv-00424-RAJ
010888-11/1328983 V1

HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292   206.623.0594 FAX

|   |   |
|---|---|
| 1  DATED this 24th day of July, 2020 | By:   */s/Steve W. Berman* |
| 2 |        Steve W. Berman, WSBA #12536 |
|   | By:   */s/ Barbara A. Mahoney* |
| 3 |        Barbara A. Mahoney, WSBA #31845 |

DATED this 24th day of July, 2020

By:   */s/Steve W. Berman*
        Steve W. Berman, WSBA #12536
By:   */s/ Barbara A. Mahoney*
        Barbara A. Mahoney, WSBA #31845

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

KELLER ROHRBACK L.L.P.

By:   */s/ Derek W. Loeser*
        Derek W. Loeser, WSBA # 24274

1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

*Attorneys for Plaintiffs and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By:   */s/ Stephen M. Rummage*
        Stephen M. Rummage, WSBA #11168
        MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Ph: (206) 622-3150; Fax: (206) 757-7700
E-mail:  SteveRummage@dwt.com
E-mail:  MaryAnnAlmeida@dwt.com

Doug Litvack (admitted *pro hac vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington D.C.  20006-3401
Ph: (202) 973-4200;
Fax: (202) 973-4499
E-mail:  DougLitvack@dwt.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 3
Case No. 2:20-cv-00424-RAJ
010888-11/1328983 V1


1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292    206.623.0594 FAX

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

The Court hereby vacates the September 15, 2020 deadline for Plaintiffs to file their motion for class certification.

The parties shall propose a class certification briefing schedule promptly following disposition of Amazon's motion to dismiss Plaintiffs' forthcoming amended complaint, should the Court deny that motion.

**DATED** this _____ day of _____, 2020.

_____
Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 4
Case No. 2:20-cv-00424-RAJ
010888-11/1328983 V1



**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2020, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman

STIPULATED MOTION TO DEFER THE DEADLINE
TO FILE A CLASS CERTIFICATION MOTION - 5
Case No. 2:20-cv-00424-RAJ
010888-11/1328983 V1

