The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON and CHRISTIAN SABOL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 20-cv-00424-RAJ<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that effective August 10, 2020, the address for Douglas E. Litvack and the Washington, D.C. location of Davis Wright Tremaine LLP, attorney of record for Amazon.com, Inc. has changed. Please take note of the new address and change your records accordingly.

Douglas Litvack *(pro hac vice)*
Davis Wright Tremaine LLP
1301 K Street, NW
Suite 500 East
Washington D.C.  20005
Ph:  (202) 973-4200; Fax:  (202) 973-4499
E-mail:  DougLitvack@dwt.com

NOTICE OF CHANGE OF ADDRESS (20-cv-00424-RAJ) - 1
4835-8272-5575v.1 0051461-003030

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  DATED this 2nd day of September 2020.

2                                                 DAVIS WRIGHT TREMAINE LLP
                                               *Attorneys for Defendant Amazon.com, Inc.*

By: *s/ Stephen M. Rummage*
           Stephen M. Rummage, WSBA #11168
           MaryAnn Almeida, WSBA #49086
           920 Fifth Avenue, Suite 3300
           Seattle, WA 98104-1610
           Ph: (206) 622-3150; Fax: (206) 757-7700
           E-mail: SteveRummage@dwt.com
           E-mail: MaryAnnAlmeida@dwt.com

           Douglas Litvack *(pro hac vice)*
           Davis Wright Tremaine LLP
           1301 K Street NW
           Suite 500 East
           Washington D.C. 20005
           Ph: (202) 973-4200; Fax: (202) 973-4499
           E-mail: DougLitvack@dwt.com

NOTICE OF CHANGE OF ADDRESS (20-cv-00424-RAJ) - 2
4835-8272-5575v.1 0051461-003030

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 2nd day of September, 2020.

*s/ Douglas Litvack*
Douglas Litvack *(pro hac vice)*
Davis Wright Tremaine LLP
1301 K Street NW
Suite 500 East
Washington D.C.  20005
Ph:  (202) 973-4200; Fax:  (202) 973-4499
E-mail:  DougLitvack@dwt.com

NOTICE OF CHANGE OF ADDRESS (20-cv-00424-RAJ) - 3
4835-8272-5575v.1 0051461-003030

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax