The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, CHRISTIAN SABOL, SAMANTHIA RUSSELL, ARTHUR SCHAREIN, LIONEL KEROS, NATHAN CHANEY, CHRIS GULLEY, SHERYL TAYLOR-HOLLY, ANTHONY COURTNEY, DAVE WESTROPE, STACY DUTILL, SARAH ARRINGTON, MARY ELLIOT, HEATHER GEESEY, STEVE MORTILLARO, CHAUNDA LEWIS, ADRIAN HENNEN, GLENDA R. HILL, GAIL MURPHY, PHYLLIS HUSTER, and GERRY KOCHENDORFER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, <br><br> Defendant. | No. 2:20-cv-00424-RAJ <br><br> **PLAINTIFFS' PRAECIPE RE: THEIR OPPOSITION (DKT. NO. 19) TO AMAZON.COM, INC.'S MOTION TO DISMISS** <br><br> **NOTED FOR:** <br> November 6, 2020 |

PLAINTIFFS' PRAECIPE RE: THEIR OPPOSITION
TO AMAZON.COM, INC.'S MOTION TO DISMISS
Case No. 2:20-CV-00424-RAJ
010888-11/1356133 V1



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292  206.623.0594 FAX

Plaintiffs hereby submit this praecipe regarding their Opposition to Amazon.com, Inc.'s Motion to Dismiss (Dkt. No. 19). At page 3 lines 19-21 of their Opposition, Plaintiffs state: "On average, Amazon charges 15.9% of the retail price just to host the product on Amazon.com and as much as 40%, if its co-conspirator requests additional services to increase its products' visibility. ¶¶ 38, 80." It should read: "Typically, Amazon charges 15% of the retail price just to host the product on Amazon.com and as much as 40%, if its co-conspirator requests additional services to increase its products' visibility. ¶¶ 37, 80."

Thus, Plaintiffs ask respectfully that their Opposition be corrected at page 3 lines 19-21 to read: Typically, Amazon charges 15% of the retail price just to host the product on Amazon.com and as much as 40%, if its co-conspirator requests additional services to increase its products' visibility. ¶¶ 37, 80. A substitute memorandum correcting this error is submitted herewith, and, pursuant to LCR 7(m), Plaintiffs respectfully ask that it be filed and considered in lieu of the version that appears at Dkt. No. 19.

DATED: October 6, 2020   Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/Steve W. Berman*
        Steve W. Berman, WSBA #12536
By: */s/ Barbara A. Mahoney*
        Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

KELLER ROHRBACK L.L.P.

By:   */s/ Derek W. Loeser*
 Derek W. Loeser, WSBA No. 24274
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail:  Dloeser@kellerrohrback.com

*Attorneys for Plaintiffs and the Proposed Class*

PLAINTIFFS' PRAECIPE RE: THEIR OPPOSITION
TO AMAZON.COM, INC.'S MOTION TO DISMISS - 1
Case No. 2:20-CV-00424-RAJ



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2020, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

/s/ Steve W. Berman
Steve W. Berman

PLAINTIFFS' PRAECIPE RE: THEIR OPPOSITION
TO AMAZON.COM, INC.'S MOTION TO DISMISS - 2
Case No. 2:20-CV-00424-RAJ



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX