The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, CHRISTIAN SABOL, SAMANTHIA RUSSELL, ARTHUR SCHAREIN, LIONEL KEROS, NATHAN CHANEY, CHRIS GULLEY, SHERYL TAYLOR-HOLLY, ANTHONY COURTNEY, DAVE WESTROPE, STACY DUTILL, SARAH ARRINGTON, MARY ELLIOT, HEATHER GEESEY, STEVE MORTILLARO, CHAUNDA LEWIS, ADRIAN HENNEN, GLENDA R. HILL, GAIL MURPHY, PHYLLIS HUSTER, and GERRY KOCHENDORFER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Defendant. | No. 2:20-cv-00424-RAJ<br><br>**NOTICE OF PENDENCY OF OTHER ACTION** |



1 | Pursuant to LCR 3(h), Plaintiffs hereby submit this notice of a pending, related case in the District of Columbia. The related case is *District of Columbia v. Amazon.com, Inc.*, No. 2021 CA 001775 B, Superior Court of the District of Columbia, Civil Division ("*District of Columbia Action*"), attached hereto as Exhibit A.

The *District of Columbia Action* is a sovereign enforcement action by the Attorney General of the District of Columbia against Amazon for violations of the District of Columbia Antitrust Act, D.C. Code e §§ 28-4501, *et seq*. The *District of Columbia Action* alleges that Amazon restrains third-party sellers from selling their products on any other online retail sales platform— including third-party sellers' own platforms—at prices lower, or on better terms, than they offer their products on Amazon's online retail sales platform, and that this conduct causes prices to consumers across the online retail sales market to be higher than they would be otherwise.

While the factual allegations in the *District of Columbia Action* are nearly identical to those in this action, it is a state action, arising under state law and not subject to a transfer of venue within the federal court system. Plaintiffs are therefore unaware of any procedure that would permit coordination between the actions.

DATED: June 1, 2021

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/Steve W. Berman*
 Steve W. Berman, WSBA #12536
By: */s/ Barbara A. Mahoney*
 Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

NOTICE OF PENDENCY OF OTHER ACTION - 1
Case No. 2:20-cv-00424-RAJ



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX

KELLER ROHRBACK L.L.P.

By: /s/ Derek W. Loeser
 Derek W. Loeser, WSBA No. 24274
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

*Attorneys for Plaintiffs and the Proposed Class*

NOTICE OF PENDENCY OF OTHER ACTION - 2
Case No. 2:20-cv-00424-RAJ



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman