1

The Honorable Richard A. Jones

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

DEBORAH FRAME-WILSON, CHRISTIAN
SABOL, SAMANTHIA RUSSELL, ARTHUR
SCHAREIN, LIONEL KEROS, NATHAN
CHANEY, CHRIS GULLEY, SHERYL
TAYLOR-HOLLY, ANTHONY COURTNEY,
DAVE WESTROPE, STACY DUTILL,
SARAH ARRINGTON, MARY ELLIOT,
HEATHER GEESEY, STEVE MORTILLARO,
CHAUNDA LEWIS, ADRIEN HENNEN,
GLENDA R. HILL, GAIL MURPHY,
PHYLLIS HUSTER, and GERRY
KOCHENDORFER, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware
corporation,

Defendant.

Case No. 2:20-cv-00424-RAJ

DECLARATION OF STEVE W.
BERMAN IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL
26(F) CONFERENCE UNDER FEDERAL
RULE OF CIVIL PROCEDURE 37

NOTED FOR MOTION CALENDAR:
April 15, 2022

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



I, STEVE W. BERMAN, declare as follows:

I am an attorney duly licensed to practice law before this court. I am a member of the Washington Bar and the Illinois Bar, and am a founder and the national managing partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), and Counsel for Plaintiffs in *Frame-Wilson et al. v. Amazon.com, Inc.*, 2:20-cv-00424-RAJ (W.D. Wash.). Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

1.    Plaintiffs' counsel met and conferred on March 24, 2022, on a Teams call with counsel for Amazon to discuss scheduling a 26(f) conference and beginning discovery in this long-pending case. On the call, Amazon responded that Plaintiffs' request to schedule a 26(f) conference was "premature" because Amazon planned to file a motion for clarification/reconsideration of the Court's order. But, as Plaintiffs pointed out on the call, the local rules expressly provide that motions for reconsideration do not stay discovery and there is no such motion as a motion for "clarification".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of March, 2022 at Seattle, Washington.

/s/ Steve W. Berman
Steve W. Berman

HAGENS BERMAN

1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on March 31, 2022, a true and correct copy of the foregoing was filed

3   electronically by CM/ECF, which caused notice to be sent to all counsel of record.

4

5                    */s/ Steve W. Berman*
                     Steve W. Berman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HAGENS BERMAN

1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594