The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON and CHRISTIAN SABOL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-RAJ<br><br>STIPULATION AND ORDER (1) EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND (2) ESTABLISHING SCHEDULE FOR MOTION TO DISMISS |

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs filed this lawsuit on March 19, 2020, and served Amazon.com, Inc. ("Amazon") with the Summons and Complaint on March 24, 2020.

2. On July 13, 2020, pursuant to an agreement of the parties extending the time for Amazon to answer or otherwise respond [Dkt. 5], Amazon filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. 11]. Plaintiffs then filed a First Amended Class Action Complaint on August 3, 2020 ("FAC") [Dkt. 15] pursuant to Fed. R. Civ. P. 15(a)(1)(B), and Amazon thereafter filed a motion to dismiss the FAC on September 2, 2020 [Dkt. 18]. The parties completed briefing on that motion to dismiss on November 2, 2020. [Dkt. 29.]

3. On March 11, 2022, the Court entered its Order granting in part and denying in part Amazon's motion to dismiss. [Dkt. 48.] The Court allowed Plaintiffs to file another amended complaint "addressing the deficiencies identified herein within thirty (30) days of the entry of this Order." *Id*. at 26.

STIPULATION AND ORDER EXTENDING TIME TO RESPOND AND ESTABLISHING BRIEFING SCHEDULE (2:20-cv-00424-RAJ) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

4. On April 11, 2022, pursuant to the Court's Order, Plaintiffs filed a Second Amended Class Action Complaint ("SAC") in which they have re-pled certain claims dismissed by the Court and added a new claim for "Conspiracy to Monopolize." [Dkt. 55.] Under Fed. R. Civ. P. 15(a)(3), "unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading." As a result, absent order of Court, Amazon's response to the SAC is due on or before April 25, 2022.

5. The parties have agreed, subject to the Court's approval, that Amazon may have thirty-five (35) days to file its motion to dismiss the SAC, i.e., an extension of twenty-one (21) days, and have agreed to a briefing schedule on that motion as follows:

| | |
|---|---|
| Motion to Dismiss Due: | May 16, 2022 |
| Opposition to Motion Due: | June 20, 2022 |
| Reply in Support of Motion Due: | July 20, 2022 |

Pursuant to this agreement, and subject to the Court's approval, the noting date for Amazon's motion to dismiss will be the first Friday following the completion of briefing, i.e., July 22, 2022.

IT IS SO STIPULATED.

DATED this 15th day of April 2022.

DAVIS WRIGHT TREMAINE LLP

By: *s/ Stephen M. Rummage*
　　Stephen M. Rummage, WSBA #11168
　　MaryAnn Almeida, WSBA #49086
　　920 Fifth Avenue, Suite 3300
　　Seattle, WA 98104-1610
　　Ph: (206) 622-3150; Fax: (206) 757-7700
　　E-mail: SteveRummage@dwt.com
　　E-mail: MaryAnnAlmeida@dwt.com

STIPULATION AND ORDER EXTENDING TIME TO RESPOND AND ESTABLISHING BRIEFING SCHEDULE (2:20-cv-00424-RAJ) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C.
Telephone: (202) 223-7300
Fax: (202) 223-7420
E-mail: kdunn@paulweiss.com
E-mail: wisaacson@paulweiss.com
E-mail: amauser@paulweiss.com
E-mail: mgoodman@paulweiss.com
E-mail: ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*


HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Steve W. Berman*
    Steve W. Berman, WSBA #12536
    Barbara A. Mahoney, WSBA #31845
    1301 Second Avenue, Suite 2000
    Seattle, WA  98101
    Ph:  (206) 623-7292; Fax:  (206) 623-0594
    E-mail:  steve@hbsslaw.com
    E-mail:  barbaram@hbsslaw.com

KELLER ROHRBACK L.L.P.

Derek W. Loeser, WSBA #24274
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Ph:  (206) 623-1900; Fax:  (206) 623-3384
E-mail:  Dloeser@Kellerrohrback.com

KELLER LENKNER LLC

Zina G. Bash (pro hac vice)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerlenkner.com

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
AND ESTABLISHING BRIEFING SCHEDULE (2:20-cv-00424-RAJ) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Warren D. Postman (pro hac vice)
Albert Y. Pak (pro hac vice)
1100 Vermont Avenue, N.W., 12th Floor
Washington DC, 20005
Telephone: (202) 918-1123
E-mail: wdp@kellerlenkner.com
E-mail: albert.pak@kellerlenkner.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (pro hac vice)
David D. LeRay (pro hac vice)
Nic V. Siebert (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Adam B. Wolfson (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Attorneys for Plaintiffs and the Proposed Class*

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 18th day of April, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
AND ESTABLISHING BRIEFING SCHEDULE (2:20-cv-00424-RAJ) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax