The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, CHRISTIAN SABOL, SAMANTHIA RUSSELL, ARTHUR SCHAREIN, LIONEL KEROS, NATHAN CHANEY, CHRIS GULLEY, SHERYL TAYLOR-HOLLY, ANTHONY COURTNEY, DAVE WESTROPE, STACY DUTILL, SARAH ARRINGTON, MARY ELLIOT, HEATHER GEESEY, STEVE MORTILLARO, CHAUNDA LEWIS, ADRIAN HENNEN, GLENDA R. HILL, GAIL MURPHY, PHYLLIS HUSTER, and GERRY KOCHENDORFER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 20-cv-00424-RAJ<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME FOR RULE 26(F) CONFERENCE<br><br>***NOTE ON MOTION CALENDAR***: August 9, 2022 |

The parties, by and through their counsel, stipulate and agree as follows:

1. On August 2, 2022, this Court ordered [Dkt. 63] the parties to conduct their Rule 26(f) conference within ten days, i.e., by August 12, 2022.

2. Amazon has sought Plaintiffs' consent, subject to the Court's approval, to briefly extend the deadline for the Rule 26(f) conference due to unavailability of counsel. One of Amazon's attorneys who will take a lead role during the conference was on vacation when the Court issued its Order and will be traveling back from that vacation only on August 12. Amazon

STIPULATED MOTION AND ORDER EXTENDING TIME FOR RULE 26(F) CONFERENCE (20-cv-00424-RAJ) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

believes it would be inefficient to proceed with the Rule 26(f) conference in the absence of this counsel, who will actively participate in discovery planning for Amazon.

3. The parties have conferred and agreed to hold their Rule 26(f) conference on August 15, 2022, one business day after the ordered deadline. They jointly request the Court extend the deadline to August 15, 2022, to accommodate counsel's scheduling conflicts.

IT IS SO STIPULATED.

DATED this 9th day of August 2022.

DAVIS WRIGHT TREMAINE LLP

By: *s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Ph: (206) 622-3150; Fax: (206) 757-7700
E-mail: SteveRummage@dwt.com
E-mail: MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C.
Telephone: (202) 223-7300
Fax: (202) 223-7420
E-mail: kdunn@paulweiss.com
E-mail: wisaacson@paulweiss.com
E-mail: amauser@paulweiss.com
E-mail: mgoodman@paulweiss.com
E-mail: ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER EXTENDING TIME FOR RULE 26(F) CONFERENCE (20-cv-00424-RAJ) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Steve W. Berman*
    Steve W. Berman, WSBA #12536
    Barbara A. Mahoney, WSBA #31845
    1301 Second Avenue, Suite 2000
    Seattle, WA  98101
    Ph:  (206) 623-7292; Fax:  (206) 623-0594
    E-mail:  steve@hbsslaw.com
    E-mail:  barbaram@hbsslaw.com

KELLER ROHRBACK L.L.P.

Derek W. Loeser, WSBA #24274
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Ph:  (206) 623-1900; Fax:  (206) 623-3384
E-mail:  Dloeser@Kellerrohrback.com

KELLER POSTMAN LLC

Zina G. Bash (pro hac vice)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Warren D. Postman (pro hac vice)
Albert Y. Pak (pro hac vice)
1100 Vermont Avenue, N.W., 12th Floor
Washington DC, 20005
Telephone: (202) 918-1123
E-mail: wdp@kellerpostman.com
E-mail: albert.pak@kellerpostman.com

QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (pro hac vice)
David D. LeRay (pro hac vice)
Nic V. Siebert (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010

STIPULATED MOTION AND ORDER EXTENDING TIME FOR
RULE 26(F) CONFERENCE (20-cv-00424-RAJ) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  
2  
3  
4  

Telephone: (212) 849-7000  
Email: steigolson@quinnemanuel.com  
Adam B. Wolfson (pro hac vice)  
865 South Figueroa Street, 10th Floor  
Los Angeles, CA 90017-2543  
Telephone: (213) 443-3000  
Email: adamwolfson@quinnemanuel.com  

5  
6  

*Attorneys for Plaintiffs and the Proposed Class*

7  

**ORDER**

8  
9  

Pursuant to stipulation, IT IS SO ORDERED.

Dated this ____ day of _____, 2022.

10  
11  
12  

_____  
Honorable Richard A. Jones  
United States District Judge

13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  

STIPULATED MOTION AND ORDER EXTENDING TIME FOR  
RULE 26(F) CONFERENCE (20-cv-00424-RAJ) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax