Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH FRAME-WILSON, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

No. 2:20-cv-00424-RAJ

ORDER SETTING CASE SCHEDULE

Having considered the parties' Joint Status Report (Dkt. # 69), the Court enters the following case schedule:

| EVENT | DATE |
| --- | --- |
| Initial Disclosures | September 12, 2022 |
| Deadline for joining of additional parties | 45 days after Court's order on Amazon's motion to dismiss |
| Class certification motion | October 30, 2023 |
| Completion of non-expert discovery | Within 4 months after Court's order on class certification |
| Disclosure of merits expert reports (except those that are used to support or oppose a motion for class certification) | Within 5 months after Court's order on class certification |
| Disclosure of merits rebuttal expert reports (except those that are used to support or oppose a motion for class certification) | Within 7 months after Court's order on class certification |

| EVENT | DATE |
| --- | --- |
| Disclosure of expert responses to rebuttal reports (except those that are used to support or oppose a motion for class certification) | Within 9 months after Court's order on class certification |
| Completion of expert discovery | Within 10 months after Court's order on class certification |
| Dispositive and *Daubert* motion(s) | Within 12 months after Court's order on class certification |
| Trial | Date to be determined, but no sooner than 14 months from Court's order on class certification |

The Court will set further case scheduling deadlines after ruling on the motion for class certification. Should the Court deny the class certification motion, any party may request an expedited trial date. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

**COUNSEL ARE DIRECTED TO REVIEW JUDGE JONES' CHAMBERS PROCEDURES at** http://www.wawd.uscourts.gov/judges/jones-procedures. **Counsel are expected to abide by the requirements set forth therein. Failure to do so may result in the imposition of sanctions.**

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

**ALTERATIONS TO FILING PROCEDURES**

Counsel are required to electronically file all documents with the Court. Pro se litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.

The following alteration to the Filing Procedures applies in all cases pending before Judge Jones:

**Mandatory Courtesy Copies for Chambers**: Courtesy copies are only required for filings of administrative records, and for all civil documents over 50 pages. The paper copy of the documents (binders with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options." This requirement does not apply to pleadings filed under seal.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement, if possible.

## SETTLEMENT

Should this case settle, counsel shall notify Victoria Ericksen as soon as possible at victoria_ericksen@wawd.uscourts.gov. An attorney or party who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED:   September 12, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge