The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, CHRISTIAN SABOL, SAMANTHIA RUSSELL, ARTHUR SCHAREIN, LIONEL KEROS, NATHAN CHANEY, CHRIS GULLEY, SHERYL TAYLOR-HOLLY, ANTHONY COURTNEY, DAVE WESTROPE, STACY DUTILL, SARAH ARRINGTON, MARY ELLIOT, HEATHER GEESEY, STEVE MORTILLARO, CHAUNDA LEWIS, ADRIAN HENNEN, GLENDA R. HILL, GAIL MURPHY, PHYLLIS HUSTER, and GERRY KOCHENDORFER, on behalf of themselves and all others similarly situated,<br><br>                               Plaintiffs,<br><br>      v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                               Defendant. | No. 2:20-cv-00424-RAJ<br><br>**NOTICE OF PENDENCY OF OTHER ACTION** |



1  Pursuant to LCR 3(h), Plaintiffs hereby submit this notice of a pending, related case in San Francisco County Superior Court. The related case is *People of the State of California v. Amazon.com, Inc.*, No. ___ , ("*State of California Action*"), attached hereto as Exhibit A.

The *State of California Action* is a sovereign enforcement action by the Attorney General of the State of California against Amazon for violations of the Cartwright Act and Unfair Competition Law on behalf of the People under California Business and Professions Code sections 16750, 16754, 16754.5, 17203, 17204, and 17206. The *State of California Action* alleges that Amazon restrains third-party sellers from selling their products on any other online retail sales platform—including third-party sellers' own platforms—at prices lower, or on better terms, than they offer their products on Amazon's online retail sales platform, and that this conduct causes prices to consumers across the online retail sales market to be higher than they would be otherwise.

While the core allegations in the *State of California Action* are virtually identical to those in this action (with additional references to supporting witness statements and Amazon's own internal documents uncovered as part of the Attorney General's pre-filing investigation), it is a state action, arising under state law and not subject to a transfer of venue within the federal court system. Plaintiffs are therefore unaware of any procedure that would permit coordination between the actions.

DATED: September 15, 2022            Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By   */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By   */s/ Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

KELLER ROHRBACK L.L.P.

By: */s/ Derek W. Loeser*
Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Dloeser@kellerrohrback.com

KELLER LENKNER LLC

Zina G. Bash (pro hac vice)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerlenkner.com

Warren D. Postman (pro hac vice)
Albert Y. Pak (pro hac vice)
1100 Vermont Avenue, N.W., 12th Floor
Washington DC, 20005
Telephone: (202) 918-1123
E-mail: wdp@kellerlenkner.com
E-mail: albert.pak@kellerlenkner.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (pro hac vice)
David D. LeRay (pro hac vice)
Nic V. Siebert (pro hac vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com

Adam B. Wolfson (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

NOTICE OF PENDENCY OF OTHER ACTION - 2
Case No. 2:20-cv-00424-RAJ



HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX

*Attorneys for Plaintiffs and the Proposed Class*



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2022, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman

NOTICE OF PENDENCY OF OTHER ACTION - 4
Case No. 2:20-cv-00424-RAJ



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX