The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, CHRISTIAN SABOL, SAMANTHIA RUSSELL, ARTHUR SCHAREIN, LIONEL KEROS, NATHAN CHANEY, CHRIS GULLEY, SHERYL TAYLOR-HOLLY, ANTHONY COURTNEY, DAVE WESTROPE, STACY DUTILL, SARAH ARRINGTON, MARY ELLIOT, HEATHER GEESEY, STEVE MORTILLARO, CHAUNDA LEWIS, ADRIAN HENNEN, GLENDA R. HILL, GAIL MURPHY, PHYLLIS HUSTER, and GERRY KOCHENDORFER, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                Defendant. | No. 2:20-cv-00424-RAJ<br><br>~~PROPOSED~~ ORDER ON PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE |



Now before the Court is the plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel and Plaintiffs' Executive Committee for the Proposed Class.

This motion relates to antitrust cases brought by and on behalf of consumers who purchased from online retail sites other than Defendant Amazon's retail platform and were harmed by Amazon's anticompetitive conduct.

The Court concludes that Hagens Berman Sobol Shapiro LLP and Keller Postman LLC should be appointed, and are hereby appointed, as Interim Co-Lead Class Counsel, and that Quinn Emanuel Urquhart & Sullivan, LLP and Keller Rohrback L.L.P. should be appointed, and are hereby appointed, as members of a Plaintiffs' Executive Committee. The Court concludes that such appointments will aid in achieving efficiency and economy in what is likely to be expensive and complicated litigation, and that such appointments will enhance fairness to all parties concerned, as well as the proposed classes.

In reaching these conclusions, the Court has carefully reviewed the motion and its accompanying submissions, including the declarations and attachments submitted on behalf of the appointed firms, and has also considered the factors outlined in Rule 23(g) of the Federal Rules of Civil Procedure and other authority cited by the plaintiffs. The plaintiffs' submissions demonstrate that the appointed firms satisfy the requirements of Rule 23(g) for appointment as interim lead class counsel.

//
//
//
//
//
//
//
//
//

PROPOSED ORDER GRANTING
MOTION TO APPOINT LEADERSHIP - 1
CASE NO. 2:20-cv-00424-RAJ



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX

These include the work counsel have done in identifying or investigating potential claims in the action; counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; counsel's knowledge of the applicable law; and the resources that counsel have available and will commit to representing the class.

IT IS SO ORDERED.

DATED this 23rd day of March, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER GRANTING
MOTION TO APPOINT LEADERSHIP - 2
CASE NO. 2:20-cv-00424-RAJ

HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX