UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation.,<br><br>Defendant. | Case No. C20-424-RSM<br><br>Case No. C21-693-RSM<br><br>Case No. C21-996-RSM<br><br><br>ORDER REASSIGNING CASES TO JUDGE CHUN |
| ELIZABETH DE COSTER et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | |
| ANGELA HOGAN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | |

ORDER - 1

Upon review of the file in this matter, the Court finds cause for reassignment. This case shall now be reassigned to the Honorable John H. Chun, United States District Judge. All future documents filed in this case must bear cause numbers ending in "JHC" and must bear the new Judge's name in the upper right-hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court. Please make the necessary corrections to your records reflecting these changes.

DATED this 29th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2