The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC |
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC |
| ANGELA HOGAN and ANDREA SEBERSON, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, Inc.,<br><br>Defendant. | No. 2:21-cv-00996-JHC<br><br>**AMAZON.COM, INC.'S NOTICE OF PENDENCY OF OTHER ACTION** |

NOTICE OF OTHER ACTION - 1

On September 26, 2023, the Federal Trade Commission and 17 states filed in this Court a complaint against Amazon, styled *FTC et al. v. Amazon.com, Inc.*, 2:23-cv-01495-JHC (the "FTC case").  The FTC also filed a notice of related case relating the FTC case to the three above-captioned matters, then pending before Judge Ricardo Martinez, and its civil cover sheet designated these three matters as related.  On September 29, 2023, the Court reassigned the three above-captioned cases to the Honorable John Chun, before whom the FTC case is now pending.

In accordance with LCR 3(g), Amazon submits this notice of related case in the three above-captioned matters.  Each case involves allegations that overlap to some degree with the allegations in the FTC case.

Dated this 2nd day of October, 2023.

DAVIS WRIGHT TREMAINE LLP

*s/ John Goldmark*
Stephen M. Rummage, WSBA #11168
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 757-8136
Email: steverummage@dwt.com
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C.
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

NOTICE OF OTHER ACTION - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

WILLIAMS & CONNOLLY LLP

*s/ Jonathan B. Pitt*
John Schmidtlein (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Alexander G. Peerman (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Email: jschmidtlein@wc.com
Email: jpitt@wc.com
Email: apeerman@wc.com

Attorneys for Amazon.com, Inc.

NOTICE OF OTHER ACTION - 3