The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC |
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC |
| ANGELA HOGAN and ANDREA SEBERSON, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, Inc.,<br><br>Defendant. | No. 2:21-cv-00996-JHC<br><br>**AMAZON.COM, INC.'S NOTICE OF PENDENCY OF OTHER ACTION** |

NOTICE OF OTHER ACTION
(Case No. 2:20-cv-00424-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

On October 3, 2023, Plaintiff Christopher Hopper filed in this Court a putative class action complaint against Amazon, styled *Hopper v. Amazon.com, Inc.*, 2:23-cv-1523-JHC. Hopper also filed a notice of related case relating his case to *Frame-Wilson v. Amazon.com, Inc.*, No. 2:20-cv-00424-JHC, and *FTC v. Amazon.com, Inc.*, No. 2:23-cv-1495-JHC, and his civil cover sheet designated these matters as related. On October 4, 2023, Hopper filed an Amended Notice of Related Cases designating *Hogan v. Amazon.com, Inc.*, 2:21-cv-996-JHC as an additional related case. *See* 2:23-cv-1523, Dkt. 5. Hopper requests that his "case be coordinated with the FTC Complaint" and not "consolidate[ed] with the Frame-Wilson Complaint."

In accordance with LCR 3(g), Amazon submits this notice of related case in the three above-captioned matters. Each case involves allegations that overlap to some degree with the allegations in *Hopper*. *Frame-Wilson*, *De Coster*, and *Hopper* all include allegations about Amazon's pricing policies for third-party sellers. *Hogan* and *Hopper* both include allegations about the role of Amazon's fulfillment services available to third-party sellers.

*Frame-Wilson*, *De Coster*, and *Hogan* are all currently pending before Judge John Chun, as is the *FTC* case.

Dated this 9th day of October, 2023.

DAVIS WRIGHT TREMAINE LLP

*s/ John Goldmark*
Stephen M. Rummage, WSBA #11168
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 757-8136
Email: steverummage@dwt.com
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)

NOTICE OF OTHER ACTION
(Case No. 2:20-cv-00424-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | Martha L. Goodman (*pro hac vice*) |
| 2 | Kyle Smith (*pro hac vice*) |
|   | 2001 K Street, NW |
| 3 | Washington, D.C. |
|   | Telephone: (202) 223-7300 |
| 4 | Email: kdunn@paulweiss.com |
|   | Email: wisaacson@paulweiss.com |
| 5 | Email: amauser@paulweiss.com |
|   | Email: mgoodman@paulweiss.com |
|   | Email: ksmith@paulweiss.com |

WILLIAMS & CONNOLLY LLP

*s/ Jonathan B. Pitt*
John Schmidtlein (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Alexander G. Peerman (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Email: jschmidtlein@wc.com
Email: jpitt@wc.com
Email: apeerman@wc.com

Attorneys for Amazon.com, Inc.

NOTICE OF OTHER ACTION
(Case No. 2:20-cv-00424-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax