1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

DEBORAH FRAME-WILSON *et al.*, on behalf
of themselves and all others similarly situated,

11

Plaintiffs,

Case No. 2:20-cv-00424-JHC

12

v.

13

AMAZON.COM, INC., a Delaware
corporation,

14

Defendant.

15
16

**STIPULATED MOTION AND ORDER
REGARDING CLASS
CERTIFICATION BRIEFING
SCHEDULE**

17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1.      The parties agree that good cause justifies an extension of the Court's current class certification briefing schedule, including to allow sufficient time to coordinate depositions with other litigation, including the appropriate depositions before a class certification motion.  In a prior stipulation the parties agreed to "coordinate depositions of Amazon witnesses with the plaintiffs in *Mbadiwe v. Amazon*, and *People of California v. Amazon* with respect to claims arising from Amazon's agreements with third-party sellers so long as (1) it is feasible to do so, (2) there is acceptance by the plaintiff groups, and (3) it does not impede the W.D. Wash. Plaintiffs' ability to take depositions in an orderly manner consistent with their case schedules." Dkt. 118 ¶ 3.  The parties seek an adjustment of the class certification briefing schedule to make coordinated depositions more feasible.  They are, however, still working out the amount of time that will be needed to achieve coordination of the depositions that Plaintiffs believe are needed before filing their class certification motion.

2.      In the interim, to provide certainty to the parties and avoid motion practice while they discuss the additional adjustment to the schedule, the parties agree to a minimum two-month extension of the current briefing deadlines.

3.      The parties propose an interim modification of the schedule as follows:

|  | **Current Schedule (Dkt. 103)** | **Proposed Schedule** |
|---|---|---|
| Deadline for Plaintiffs to file motion for class certification | April 12, 2024 | June 12, 2024 |
| Opposition to Motion to Certify Class | July 11, 2024 | September 11, 2024 |
| Reply in Support of Motion to Certify Class | September 10, 2024 | November 11, 2024 |
| Hearing on Motion to Certify Class | To be set by the Court after briefing completed | To be set by the Court after briefing completed |

4.      Upon completion of the parties' discussions, they will proceed to make any further schedule proposals to the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1.      The deadline for Plaintiffs to file their class certification motion is extended to June 12, 2024.

2.      The deadline for Amazon to respond to Plaintiffs' motion is September 11, 2024.

3.      The deadline for Plaintiffs' reply brief is November 11, 2024.

IT IS SO STIPULATED.

DATED: January 25, 2024             HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
     Steve W. Berman (WSBA No. 12536)
By */s/ Barbara A. Mahoney*
     Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
         barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

Daniel Backman (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Daniel.Backman@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

KELLER ROHRBACK L.L.P.

By: /s/ *Derek W. Loeser*
    Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - 4

1

2      Adam B. Wolfson (*pro hac vice*)
       865 South Figueroa Street, 10th Floor
3      Los Angeles, CA 90017-2543
       Telephone: (213) 443-3000
4      Email: adamwolfson@quinnemanuel.com

5      *Interim Executive Committee for Plaintiffs and the*
       *proposed Class*
6

7      DAVIS WRIGHT TREMAINE LLP

8
       By:/s/ *John A. Goldmark*
9          John A. Goldmark, WSBA # 40980
       MaryAnn Almeida, WSBA #49086
10     920 Fifth Avenue, Suite 3300
       Seattle, WA 98104-1610
11     Telephone: (206) 622-3150
       Email:  JohnGoldmark@dwt.com
12     Email:  MaryAnnAlmeida@dwt.com

13
       PAUL, WEISS, RIFKIND, WHARTON &
14     GARRISON LLP

15
       Karen L. Dunn (*pro hac vice*)
16     William A. Isaacson (*pro hac vice*)
       Amy J. Mauser (*pro hac vice*)
17     Martha L. Goodman (*pro hac vice*)
       Kyle Smith (*pro hac vice*)
18     2001 K Street, NW
       Washington, D.C. 20006-1047
19     Telephone: (202) 223-7300
       Email:  kdunn@paulweiss.com
20     Email:  wisaacson@paulweiss.com
       Email:  amauser@paulweiss.com
21     Email:  mgoodman@paulweiss.com
       Email:  ksmith@paulweiss.com
22

23     *Attorneys for Defendant Amazon.com, Inc.*

24

25

26

27

28

STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - 5

1

## **ORDER**

2

3        Pursuant to stipulation, IT IS SO ORDERED.

4

5

Dated: January 25, 2024

6
                                        The John H. Chun
7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - 6