# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO THE CLAIMS OF PLAINTIFFS ANTHONY COURTNEY, CHRIS GULLEY, ARTHUR SCHAREIN, ADRIAN HENNEN, GLENDA HILL, AND LIONEL KEROS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>**NOTE ON MOTION CALENDAR: MAY 10, 2024** |

STIPULATED MOTION AND
ORDER OF DISMISSAL
Case No. 2:20-cv-00424-JHC

Plaintiffs Anthony Courtney, Chris Gulley, Arthur Scharein, Adrian Hennen, Glenda Hill, and Lionel Keros, and Defendant Amazon.com, Inc., hereby stipulate to the dismissal of these Plaintiffs' claims against Amazon.com, Inc. in this action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. While Plaintiffs are withdrawing from this litigation as named plaintiffs, they retain their rights to any recovery in the above-captioned action as an absent class member. This dismissal does not impact the claims of any other Plaintiff.

IT IS SO STIPULATED.

DATED: May 10, 2024                    HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
        barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

STIPULATED MOTION AND
ORDER OF DISMISSAL - 1
Case No. 2:20-cv-00424-JHC

|   |   |
|---|---|
| 1 | Jessica Beringer (*pro hac vice*) |
| 2 | Shane Kelly (*pro hac vice*) |
|   | 150 North Riverside Plaza, Suite 4100 |
| 3 | Chicago, Illinois 60606 |
|   | Telephone: (312) 741-5220 |
| 4 | E-mail: Jessica.Beringer@kellerpostman.com |
|   | E-mail: shane.kelly@kellerpostman.com |
| 5 |  |
| 6 | Daniel Backman (*pro hac vice*) |
|   | 1101 Connecticut Avenue, N.W., Suite 1100 |
| 7 | Washington, D.C., 20036 |
|   | Telephone: 202-918-1123 |
| 8 | E-mail: Daniel.Backman@kellerpostman.com |

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

KELLER ROHRBACK L.L.P.

By:     /s/ *Derek W. Loeser*
Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     /s/ *Alicia Cobb*
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com

STIPULATED MOTION AND
ORDER OF DISMISSAL - 2
Case No. 2:20-cv-00424-JHC

Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*


DAVIS WRIGHT TREMAINE LLP

By:     /s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile:  (206) 757-7700
E-mail:  SteveRummage@dwt.com
E-mail:  JohnGoldmark@dwt.com
E-mail:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420
E-mail:  kdunn@paulweiss.com
E-mail:  wisaacson@paulweiss.com
E-mail:  amauser@paulweiss.com
E-mail:  mgoodman@paulweiss.com
E-mail:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER OF DISMISSAL - 3
Case No. 2:20-cv-00424-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 10, 2024.

_____
John H. Chun
United States District Judge

STIPULATED MOTION AND
ORDER OF DISMISSAL - 4
Case No. 2:20-cv-00424-JHC