# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>**STIPULATED MOTION AND ORDER TO FILE THIRD AMENDED COMPLAINT AND EXTEND AMAZON'S DEADLINE TO RESPOND**<br><br>**NOTE ON MOTION CALENDAR: MAY 10, 2024** |

STIPULATED MOTION TO AMEND COMPLAINT
AND EXTEND DEADLINE TO RESPOND
Case No. 2:20-cv-00424-JHC

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 15, the parties and their respective counsel stipulate as follows:

1. Rule 15(a)(2) of the Federal Rules of Civil Procedure permits Plaintiffs to amend their complaint with the consent of the Defendant. The parties have met and conferred, and Defendant has consented to Plaintiffs filing their Third Amended Complaint ("TAC").

2. The TAC is timely, as the Court has not set a deadline for amending pleadings.

3. Pursuant to Local Rule 15, a clean copy of the TAC is attached hereto as Exhibit A and a redline copy of the TAC is attached hereto as Exhibit B.

4. Pursuant to Plaintiffs' concurrently filed motion to seal, Exhibits A and B are filed provisionally under seal.

5. The Parties stipulate and agree that Defendant shall have up to 90 days to answer or 30 days to move or otherwise respond to Plaintiffs' TAC.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, and the Parties ask the Court to order that:

6. Plaintiffs file their TAC, substantially in the form of Exhibit A, no later than ten (10) days from the date the order is entered. Amazon shall file its answer within ninety days of Plaintiffs filing their TAC. To the extent Amazon moves to dismiss the TAC: (i) Amazon shall move to dismiss within thirty days of Plaintiffs filing their TAC; (ii) Plaintiffs will have twenty-one days to file their response to Amazon's motion to dismiss; and (iii) Amazon will have eleven days to file its reply in support of its motion to dismiss.

DATED: May 10, 2024

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
           barbaram@hbsslaw.com

STIPULATED MOTION TO AMEND COMPLAINT
AND EXTEND DEADLINE TO RESPOND - 1
Case No. 2:20-cv-00424-JHC

|   |   |
|---|---|
| 1 | |
| 2 | Anne F. Johnson (*pro hac vice*) |
|   | 68 3rd Street, Suite 249 |
| 3 | Brooklyn, NY 11231 |
|   | Telephone: (718) 916-3520 |
| 4 | E-mail: annej@hbsslaw.com |

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

Daniel Backman (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Daniel.Backman@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

KELLER ROHRBACK L.L.P.

By:     /s/ *Derek W. Loeser*
Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

STIPULATED MOTION TO AMEND COMPLAINT
AND EXTEND DEADLINE TO RESPOND - 2
Case No. 2:20-cv-00424-JHC

|    |                                                                   |
|----|-------------------------------------------------------------------|
| 1  |                                                                   |
| 2  | By:   /s/ *Alicia Cobb*                                           |
|    | Alicia Cobb, WSBA # 48685                                         |
| 3  | 1109 First Avenue, Suite 210                                      |
|    | Seattle, WA 98101                                                 |
| 4  | Telephone: (206) 905-7000                                         |
|    | Email: aliciacobb@quinnemanuel.com                                |
| 5  |                                                                   |
| 6  | Steig D. Olson (*pro hac vice*)                                   |
|    | David D. LeRay (*pro hac vice*)                                   |
| 7  | Nic V. Siebert (*pro hac vice*)                                   |
|    | Maxwell P. Deabler-Meadows (*pro hac vice*)                       |
| 8  | 51 Madison Avenue, 22nd Floor                                     |
|    | New York, NY 10010                                                |
| 9  | Telephone: (212) 849-7000                                         |
|    | Email: steigolson@quinnemanuel.com                                |
| 10 | Email: davidleray@quinnemanuel.com                                |
|    | Email: nicolassiebert@quinnemanuel.com                            |
| 11 | Email: maxmeadows@quinnemanuel.com                                |
| 12 |                                                                   |
|    | Adam B. Wolfson (*pro hac vice*)                                  |
| 13 | 865 South Figueroa Street, 10th Floor                             |
|    | Los Angeles, CA 90017-2543                                        |
| 14 | Telephone: (213) 443-3000                                         |
|    | Email: adamwolfson@quinnemanuel.com                               |
| 15 |                                                                   |
| 16 | *Interim Executive Committee for Plaintiffs and the*              |
|    | *proposed Class*                                                  |
| 17 |                                                                   |
| 18 |                                                                   |
|    | DAVIS WRIGHT TREMAINE LLP                                         |
| 19 |                                                                   |
| 20 | By:   /s/ *John A. Goldmark*                                      |
|    |    John A. Goldmark, WSBA # 40980                                 |
| 21 | MaryAnn Almeida, WSBA #49086                                      |
|    | 920 Fifth Avenue, Suite 3300                                      |
| 22 | Seattle, WA 98104-1610                                            |
|    | Telephone: (206) 622-3150                                         |
| 23 | Facsimile:  (206) 757-7700                                        |
|    | E-mail:  SteveRummage@dwt.com                                     |
| 24 | E-mail:  JohnGoldmark@dwt.com                                     |
|    | E-mail:  MaryAnnAlmeida@dwt.com                                   |
| 25 |                                                                   |
| 26 |                                                                   |
| 27 |                                                                   |
| 28 |                                                                   |

STIPULATED MOTION TO AMEND COMPLAINT
AND EXTEND DEADLINE TO RESPOND - 3
Case No. 2:20-cv-00424-JHC

|   |   |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | |
| 3 | Karen L. Dunn (*pro hac vice*) |
|   | William A. Isaacson (*pro hac vice*) |
| 4 | Amy J. Mauser (*pro hac vice*) |
|   | Martha L. Goodman (*pro hac vice*) |
| 5 | Kyle Smith (*pro hac vice*) |
|   | 2001 K Street, NW |
| 6 | Washington, D.C. 20006-1047 |
| 7 | Telephone: (202) 223-7300 |
|   | Facsimile: (202) 223-7420 |
| 8 | E-mail: kdunn@paulweiss.com |
|   | E-mail: wisaacson@paulweiss.com |
| 9 | E-mail: amauser@paulweiss.com |
|   | E-mail: mgoodman@paulweiss.com |
| 10 | E-mail: ksmith@paulweiss.com |

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION TO AMEND COMPLAINT
AND EXTEND DEADLINE TO RESPOND - 4
Case No. 2:20-cv-00424-JHC

# ORDER

The Court **GRANTS** the Parties' stipulated motion. Within ten (10) days of this order, Plaintiffs may file their Third Amended Complaint (substantively in the form of Exhibit A). Amazon shall file its answer to Plaintiffs' Third Amended Complaint within ninety (90) days of the filing. In the alternative, if Amazon moves to dismiss the Third Amended Complaint: (i) Amazon shall move to dismiss within thirty (30) days of the filing of the Third Amended Complaint; (ii) Plaintiffs will have twenty-one (21) days to file their response to Amazon's motion to dismiss; and (iii) Amazon will have eleven (11) days to file its reply in support of its motion to dismiss.

Dated: May 10, 2024.

John H. Chun
United States District Judge