The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

No. 2:20-cv-00424-JHC

**DECLARATION OF CAROLINE JONES IN SUPPORT OF AMAZON'S RESPONSE TO MOTION TO SEAL PORTIONS OF THE THIRD AMENDED COMPLAINT**



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I, Caroline Jones, declare as follows:

1. I am Corporate Counsel for Defendant Amazon.com, Inc. ("Amazon") and, as such, am an authorized representative of Amazon. The following facts are known to me personally, and if called upon as a witness, I could testify as to them competently. I make this Declaration in support of Amazon's Response to Motion to Seal Portions of the Third Amended Complaint.

2. I have reviewed the information that is the subject of Amazon's sealing request, namely the proposed redactions to the Complaint. These are listed by paragraph number in Exhibit A to the Declaration of Kyle Smith ("Smith Declaration") and highlighted in the sealed version of the Complaint submitted as Exhibit B to the Smith Declaration.

3. The information Amazon moves to seal is highly confidential and competitively sensitive information, the disclosure of which could cause significant harm to Amazon. Specifically, Amazon seeks to seal the following two categories of information: (A) internal, confidential details regarding Amazon's proprietary internal processes and (B) highly sensitive, and confidential business metrics.

4. I submit this declaration to explain the sensitive nature of the information that is the subject of the sealing request and the harm I believe Amazon would suffer if this information were publicly available.

5. Amazon would be prejudiced by the public filing of the unredacted version of the Complaint because the public would have access to Amazon's private business information, including the information detailed in Exhibits A and B. Because Amazon is a large, innovative company that attracts substantial attention from the news media, there is a substantial probability that such information would be disseminated widely. The retail market is highly competitive, with many different players and potential new entrants seeking to offer retail, marketplace, fulfillment, advertising, and subscription services, and dissemination of this highly confidential business information could put Amazon at a business disadvantage relative to its competitors.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

6. Amazon's request to seal is as narrowly tailored as possible to avoid causing harm. Amazon has sought to seal only the specific numbers of each business metric, as opposed to the surrounding context regarding that metric.

7. **Details of Amazon's Proprietary, Internal Processes.** Portions of the Complaint provide specific details regarding Amazon's internal processes including its competitive monitoring program, its efforts to feature low prices in its store, and its standards for brands selling in its store. Amazon devotes significant resources to developing these proprietary processes and does not publicly disclose the details that are sought to be sealed in Exhibit B to the Smith Declaration.

8. The publication of this information would allow Amazon's competitors to gain insight into the ways Amazon runs its business. By gaining access to information about Amazon's proprietary and confidential programs, Amazon's competitors would have the ability to better develop and position their businesses in the highly competitive retail market.

9. For every proposed seal in this category, Amazon has redacted only the very minimal amount of information necessary to keep these internal details confidential.

10. **Highly-Sensitive, and Confidential Business Metrics.** The Complaint describes a highly sensitive and confidential business metric that relates to an internal Amazon study. Amazon conducts internal studies to evaluate how to conduct its business. The Complaint purports to describe one of those studies regarding third-party sellers in Amazon's store, and provides the specific result. That result could give competitors insight into how Amazon makes sensitive business decisions.

11. For each of the aforementioned categories, Amazon has sought to seal only the specific metric at issue, and none of the surrounding context.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Executed on this 31st day of May, 2024 at Washington, D.C.

Caroline Jones

CAROLINE JONES



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax