1
2
3
4
5
6       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8  | DEBORAH FRAME-WILSON et al., on behalf of themselves and all others similarly situated, | CASE NO. 2:20-cv-00424-JHC |
   | --- | --- |
   | Plaintiffs, | ORDER |
   | v. | |
   | AMAZON.COM, INC., a Delaware corporation, | |
   | Defendant. | |

15  This matter comes before the Court upon Plaintiffs' motion pursuant to Local Rule

16  5(g)(3) for an order provisionally sealing portions of the Third Amended Complaint ("Motion").

17  Dkt. # 142.  The Court, having considered the Motion and all other pertinent documents and

18  pleadings filed in this action,

19      NOW, therefore, it is ORDERED and ADJUDGED:

20      Plaintiffs' motion to provisionally file portions of the Third Amended Complaint is

21  GRANTED.

22      IT IS SO ORDERED.

23      /

24      /

ORDER - 1

Dated this 7th day of June, 2024.

*John H. Chun*

John H. Chun
United States District Judge