UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>**ORDER GRANTING AMAZON.COM, INC.'S MOTION TO SEAL EXHIBIT B TO THE DECLARATION OF KYLE SMITH**<br><br>NOTE ON MOTION CALENDAR:<br>June 7, 2024 |

This matter comes before the Court on Amazon.com, Inc.'s Motion to Seal Exhibit B to the Declaration of Kyle Smith, Dkt. # 157, filed in support of Amazon's Response to Motion to Seal Portions of the Third Amended Complaint, Dkt. # 160.  The motion to seal is unopposed.  *See generally* Docket.  The Court, having considered the Motion and all other papers submitted, and for compelling reasons shown, GRANTS the Motion and ORDERS Exhibit B to the Smith Declaration to be permanently sealed.

DATED this 7th day of June, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING TO MOTION TO SEAL
EX. B TO SMITH DECL. (2:20-cv-00424-JHC) - 1