1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>June 7, 2024 |

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING
Case No. 2:20-cv-00424-JHC

**STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1.     The parties agree that good cause justifies an extension of the Court's current class certification briefing schedule.

2.     In a prior stipulation, the parties represented that they needed additional time to continue discussions regarding the coordination of depositions with other litigation, including depositions to be taken before Plaintiffs' class certification motion, and agreed to a two-month extension for that purpose. *See* Dkt. 138. The current deadline for Plaintiffs' class certification motion is June 12, 2024. *Id*.

3.     On May 6, 2024, Amazon filed a Motion for Coordinated Discovery Schedule ("Amazon's Motion"), which seeks a Court order extending the current class certification briefing schedule. *See* Dkt. 139. Amazon asks the Court to order, among other things, that Plaintiffs' deadline to file their class certification motion be extended until after summary judgment in the government cases. *Id*.

4.     On May 14, 2024, Plaintiffs filed their Response to Motion for Coordinated Discovery Schedule and Cross-Motion to Modify Class Certification Schedule and to Compel Scheduling of 30(b)(6) Deposition ("Plaintiffs' Cross-Motion"), which seeks a Court order extending the current class certification briefing schedule. *See* Dkt. 148. Plaintiffs ask the Court to order, among other things, a six-month extension, until December 20, 2024, for Plaintiffs to file their class certification motion. *Id*.

5.     Because both parties seek an extension of the class certification briefing schedule but disagree about the length of the extension the Court should grant, the parties therefore propose that the Court vacate the existing class certification briefing schedule pending the Court's resolution of Amazon's Motion and Plaintiffs' Cross-Motion. The parties agree that the Court will establish new deadlines in connection with Plaintiffs' class certification motion when it resolves the parties' competing motions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 1
Case No. 2:20-cv-00424-JHC

1          1.      The deadlines contained in Docket No. 138 relating to Plaintiffs' class

2     certification motion are vacated.

3          2.      The Court will establish new class certification briefing deadlines when it

4     resolves Amazon's Motion for Coordinated Discovery Schedule (Dkt. 139) and Plaintiffs'

5     Response to Motion for Coordinated Discovery Schedule and Cross-Motion to Modify Class

6     Certification Schedule and to Compel Scheduling of 30(b)(6) Deposition (Dkt. 148).

7          IT IS SO STIPULATED.

8          DATED: June 7, 2024              HAGENS BERMAN SOBOL SHAPIRO LLP

9                                          By /s/ *Steve W. Berman*
                                              Steve W. Berman (WSBA No. 12536)
10                                         By /s/ *Barbara A. Mahoney*
                                              Barbara A. Mahoney (WSBA No. 31845)
11                                         1301 Second Avenue, Suite 2000
                                           Seattle, WA 98101
12                                         Telephone: (206) 623-7292
                                           Facsimile: (206) 623-0594
13                                         E-mail: steve@hbsslaw.com
                                                   barbaram@hbsslaw.com
14

15                                         Anne F. Johnson (*pro hac vice*)
                                           68 3rd Street, Suite 249
16                                         Brooklyn, NY 11231
                                           Telephone: (718) 916-3520
17                                         E-mail: annej@hbsslaw.com

18

19                                         KELLER POSTMAN LLC

20                                         Zina G. Bash (*pro hac vice*)
                                           111 Congress Avenue, Suite 500
21                                         Austin, TX, 78701
                                           Telephone: (512) 690-0990
22                                         E-mail: zina.bash@kellerpostman.com

23                                         Jessica Beringer (*pro hac vice*)
24                                         Shane Kelly (*pro hac vice*)
                                           150 North Riverside Plaza, Suite 4100
25                                         Chicago, Illinois 60606
                                           Telephone: (312) 741-5220
26                                         E-mail: Jessica.Beringer@kellerpostman.com
                                           E-mail: shane.kelly@kellerpostman.com
27

28                                         Daniel Backman (*pro hac vice*)

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 2
Case No. 2:20-cv-00424-JHC

1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Daniel.Backman@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

KELLER ROHRBACK L.L.P.

By:/s/ *Derek W. Loeser*
    Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: Dloeser@kellerrohrback.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:/s/ *Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 3
Case No. 2:20-cv-00424-JHC

1

2        DAVIS WRIGHT TREMAINE LLP

3        By:/s/ *John A. Goldmark*

4            John A. Goldmark, WSBA # 40980
         MaryAnn Almeida, WSBA #49086

5        920 Fifth Avenue, Suite 3300
         Seattle, WA 98104-1610

6        Telephone: (206) 622-3150
         Email:  JohnGoldmark@dwt.com

7        Email:  MaryAnnAlmeida@dwt.com

8
         PAUL, WEISS, RIFKIND, WHARTON &

9        GARRISON LLP

10       Karen L. Dunn (*pro hac vice*)
         William A. Isaacson (*pro hac vice*)

11       Amy J. Mauser (*pro hac vice*)
         Martha L. Goodman (*pro hac vice*)

12       Kyle Smith (*pro hac vice*)
         2001 K Street, NW

13       Washington, D.C. 20006-1047
         Telephone: (202) 223-7300

14       Email:  kdunn@paulweiss.com
         Email:  wisaacson@paulweiss.com

15       Email:  amauser@paulweiss.com
         Email:  mgoodman@paulweiss.com

16       Email:  ksmith@paulweiss.com

17
         *Attorneys for Defendant Amazon.com, Inc.*

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 4
Case No. 2:20-cv-00424-JHC

1

**ORDER**

2          Pursuant to stipulation, IT IS SO ORDERED.

3
Dated: June 7, 2024

4                                                    _____
                                                     John H. Chun
5                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND ORDER
REGARDING CLASS CERT. BRIEFING - 5
Case No. 2:20-cv-00424-JHC