UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated, | Case No. 2:21-cv-00693-JHC |
| Plaintiffs, | **STIPULATED MOTION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, | |
| Defendant. | |
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated, | Case No. 2:20-cv-00424-JHC |
| Plaintiffs, | |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, | Case No. 2:22-cv-00965-JHC |
| Defendant. | |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, | |
| Defendant. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## STIPULATED MOTION

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties stipulate and agree to extend the briefing schedule on Plaintiffs' motion to compel, subject to the Court's approval.

1.   On August 29, 2024, Plaintiffs filed their motion to compel the production of documents from Amazon's privilege logs and for the appointment of a special master.  ECF Nos. 189 (2:21-cv-00693-JHC), 186 (2:20-cv-00424-JHC), and 89 (2:22-cv-00965-JHC).

2.   On August 30, 2024, Plaintiffs agreed to provide Amazon a two-week extension for its opposition brief, and Amazon agreed to provide Plaintiffs a one-week extension for their reply brief.

3.   These extensions are necessary to afford time to fully and effectively brief the issues raised in Plaintiffs' motion, in light of conflicting obligations of counsel and the nature of the issues raised.  The extensions will not alter any other dates or case schedules previously set by the Court.

4.   Counsel therefore stipulate, subject to the Court's approval, that Amazon shall file its opposition by Friday, September 27, 2024; Plaintiffs shall file their reply by Thursday, October 10, 2024; and Plaintiffs' motion to compel shall be re-noted for consideration on Thursday, October 10, 2024.

IT IS SO STIPULATED.

DATED this 5th day of September, 2024.

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
    MaryAnn Almeida, WSBA #49086
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Email:  JohnGoldmark@dwt.com
    Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*


HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com
KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100

1
Chicago, Illinois 60606
Telephone: (312) 741-5220
2
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
3

4
*Interim Co-Lead Counsel for Plaintiffs and the*
*proposed Class*
5

6
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
7

8
By: */s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685
9
1109 First Avenue, Suite 210
Seattle, WA 98101
10
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com
11

12
Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
13
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
14
51 Madison Avenue, 22nd Floor
New York, NY 10010
15
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
16
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
17
Email: maxmeadows@quinnemanuel.com
18

19
Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
20
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
21
Email: adamwolfson@quinnemanuel.com

22
*Interim Executive Committee for Plaintiffs and the*
*proposed Class*
23

24

25

26

27

**ORDER**

The Court GRANTS the Parties' stipulated motion.  Amazon shall file its opposition to Plaintiffs' Motion to Compel Production of Documents from Amazon's Privilege Logs and for Appointment of Special Master by Friday, September 27, 2024; Plaintiffs shall file their reply by Thursday, October 10, 2024.  The Court DIRECTS the Clerk to re-note Plaintiffs' motion for consideration on Thursday, October 10, 2024.

IT IS SO ORDERED this 5th day of September, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE