UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-00693-JHC<br><br>ORDER |
| DEBORAH FRAME-WILSON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:20-cv-00424-JHC |

ORDER - 1

These matters come before the Court on Plaintiffs' Motions to Participate in Coordinated Economics Day Hearing.  Case No. 21-693, Dkt. # 208; Case No. 20-424, Dkt. # 201.  The Court has reviewed the materials filed in support of and in response to the motions, the files, and the governing law.  Being fully advised, the Court GRANTS the motions in part and DENIES them in part.

Plaintiffs and their expert may not present at the economics day hearing in *F.T.C. et al. v. Amazon.com, Inc.*, 23-cv-01495-JHC (W.D. Wash.).  However, Plaintiffs may attend the hearing and respond to it via a written submission to the Court.  The Court will set rules relating to the submission (e.g., timing and limits on briefing) closer to the date of the hearing.

Dated this 28th day of October, 2024.

John H. Chun
United States District Judge

ORDER - 2