UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING EXTENSION OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING |

# STIPULATION

The parties, by and through their counsel, have agreed and stipulate as follows:

1. The parties agree that good cause justifies an extension of the word limit on the parties' class certification briefing. "[T]his is a significant, substantial case." [Dkt. 124 at 4]. Antitrust cases are by nature complex, and Plaintiffs' proposed consumer class action is one of the largest antitrust classes to proceed to the certification stage. Courts commonly allow extended briefing in complex litigation, and the parties agree that such an extension is appropriate to allow them to fully address the Court's rigorous analysis of class certification requirements.

2. The parties therefore propose the following modification of the Court's word limit:

| Brief | Current Word Limit (LCR 7(e)(3)) | Proposed Word Limit |
|---|---|---|
| Plaintiffs' motion for class certification | 8,400 | 15,500 |
| Amazon's Opposition to Motion to Certify Class | 8,400 | 15,500 |
| Plaintiffs' Reply in Support of Motion to Certify Class | 4,200 | 7,750 |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1. Plaintiffs may file a class certification motion not to exceed 15,500 words.
2. Amazon may file an opposition not to exceed 15,500 words.
3. Plaintiffs may file a reply brief not to exceed 7,750 words.

SO STIPULATED this 9th day of December, 2024.

                    HAGENS BERMAN SOBOL SHAPIRO LLP

                    By: /s/ *Steve W. Berman*
                        Steve W. Berman (WSBA No. 12536)
                    By: /s/ *Barbara A. Mahoney*
                        Barbara A. Mahoney (WSBA No. 31845)
                    1301 Second Avenue, Suite 2000
                    Seattle, WA 98101
                    Telephone: (206) 623-7292
                    Facsimile: (206) 623-0594
                    E-mail: steve@hbsslaw.com
                    E-mail: barbaram@hbsslaw.com

                    Anne F. Johnson (*pro hac vice*)
                    594 Dean Street, Suite 24
                    Brooklyn, NY 11238
                    Telephone: (718) 916-3520
                    E-mail: annej@hbsslaw.com

                    KELLER POSTMAN LLC

                    Zina G. Bash (*pro hac vice*)
                    111 Congress Avenue, Suite 500
                    Austin, TX, 78701
                    Telephone: (512) 690-0990
                    E-mail: zina.bash@kellerpostman.com

                    Jessica Beringer (*pro hac vice*)
                    Shane Kelly (*pro hac vice*)
                    Alex Dravillas (*pro hac vice*)
                    150 North Riverside Plaza, Suite 4100
                    Chicago, Illinois 60606
                    Telephone: (312) 741-5220
                    E-mail: jessica.beringer@kellerpostman.com
                    E-mail: shane.kelly@kellerpostman.com
                    Email: ajd@kellerpostman.com

                    Roseann Romano (*pro hac vice*)
                    1101 Connecticut Avenue, N.W., Suite 1100
                    Washington, DC 20036
                    Telephone: (202) 983-5484
                    E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

STIP. AND ORDER RE: EXT.
OF WORD LIMIT FOR CLASS CERT. BRIEFING - 3
No. 2:20-cv-00424-JHC

DAVIS WRIGHT TREMAINE LLP

By:    */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email: kdunn@paulweiss.com
Email: wisaacson@paulweiss.com
Email: amauser@paulweiss.com
Email: ksmith@paulweiss.com

Meredith Dearborn (*pro hac vice*)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Email: mdearborn@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIP. AND ORDER RE: EXT.
OF WORD LIMIT FOR CLASS CERT. BRIEFING - 4
No. 2:20-cv-00424-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 9, 2024.

                                          John H. Chun
                                          UNITED STATES DISTRICT JUDGE