UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE AND RESCHEDULING THE HEARING ON PLAINTIFFS' PRIVILEGE MOTION |
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC |

## STIPULATION

The parties, by and through their counsel, have agreed and stipulate as follows:

1. The parties agree that good cause justifies 1) a one-month interim extension of the Court's current class certification briefing schedule in the *De Coster* and *Frame-Wilson* cases and 2) deferring the Court's December 13, 2024 hearing on Plaintiffs' Motion to Compel Production of Documents from Amazon's Privilege Logs and for Appointment of a Special Master ("Privilege Motion") until January 14 or 15, 2025, if convenient for the Court.

2. Plaintiffs in both the *De Coster* and *Frame-Wilson* cases raised their concerns with Amazon regarding its recent production of circa 120 terabytes of new data relevant to Plaintiffs' motions. Amazon used these sets of data in connection with its Opposition to the *De Coster* Plaintiffs' Motion for Class Certification and the accompanying expert report. Plaintiffs assert that they need time to review, understand, and analyze these data before responding. As a professional courtesy, Amazon agrees to a 30-day interim extension to class certification deadlines in both *De Coster* and *Frame-Wilson* while the parties meet and confer to discuss a potentially longer extension.

3. The parties therefore propose a 30-day interim extension of the existing class certification schedules, as follows:

| *Frame-Wilson* | | |
|---|---|---|
| **Briefs** | **Current Deadline [Dkt. 172]** | **Proposed Deadline** |
| Class Certification Brief | December 20, 2024 | **January 21, 2025** |
| Class Certification Opposition Brief | March 21, 2025 | **April 21, 2025** |
| Reply Brief ISO Class Certification | May 23, 2025 | **June 23, 2025** |

| *De Coster* | | |
|---|---|---|
| **Briefs** | **Current Deadline [Dkt. 160; 220]** | **Proposed Deadline** |
| Reply Brief ISO Class Certification and Opposition to Amazon's Motion to Exclude & any Motion to Exclude Amazon's Expert | January 24, 2025 | **February 24, 2025** |
| Amazon's Reply ISO Motion to Exclude & Opposition to Plaintiffs' Motion to Exclude | March 3, 2025 | **April 2, 2025** |
| Plaintiffs' Reply ISO Motion to Exclude | March 31, 2025 | **April 30, 2025** |

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 1
Case Nos. 2:20-cv-00424-JHC, 2:21-cv-00693-JHC, 2:22-cv-00965-JHC

4.     Amazon's lead counsel, Karen Dunn, is unable to attend the Court's December 13, 2024 hearing on Plaintiffs' Privilege Motion but is available on January 14 or 15, 2025. As a professional courtesy, Plaintiffs agree to defer the hearing until either date, assuming it is convenient for the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

5.     The class certification deadlines contained in *Frame-Wilson*, Dkt. No. 172 and *De Coster*, Dkt. Nos. 160 and 220 are modified as follows.

6.     In *Frame-Wilson*, Plaintiffs' deadline to file their class certification motion is **January 21, 2025**; Amazon's deadline to oppose Plaintiffs' class certification motion is **April 21, 2025**; Plaintiffs' deadline to file their reply in support of class certification is **June 23, 2025**.

7.     In *De Coster*, Plaintiffs' deadline to file their reply in support of class certification, their opposition to Amazon's motion to exclude their expert, and any motion to exclude Amazon's expert is **February 24, 2025**; Amazon's opposition to any motion by Plaintiffs to exclude Amazon's expert is **April 2, 2025**; Plaintiffs' deadline to file a reply in support of any motion they file to exclude Amazon's expert is **April 30, 2025**.

8.     The December 13, 2024 hearing on Plaintiffs' Privilege Motion is deferred and is rescheduled on _____.

IT IS SO STIPULATED.

DATED: December 10, 2024        HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
            barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 3
Case Nos. 2:20-cv-00424-JHC, 2:21-cv-00693-JHC, 2:22-cv-00965-JHC

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*


DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  johngoldmark@dwt.com
Email:  maryannalmeida@dwt.com

|   |   |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 |   |
| 3 | Karen L. Dunn (*pro hac vice*) |
|   | William A. Isaacson (*pro hac vice*) |
| 4 | Amy J. Mauser (*pro hac vice*) |
|   | Martha L. Goodman (*pro hac vice*) |
| 5 | Kyle Smith (*pro hac vice*) |
|   | 2001 K Street, NW |
| 6 | Washington, D.C. 20006-1047 |
| 7 | Telephone: (202) 223-7300 |
|   | Email:  kdunn@paulweiss.com |
| 8 | Email:  wisaacson@paulweiss.com |
|   | Email:  amauser@paulweiss.com |
| 9 | Email:  mgoodman@paulweiss.com |
|   | Email:  ksmith@paulweiss.com |

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.  Furthermore:

In *De Coster*, the Court DIRECTS the Clerk to renote (1) Plaintiffs' Motion for Class Certification, Case No. 21-693, Dkt. # 180, for February 24, 2025; and (2) Amazon's Motion to Exclude, Case No. 21-693, Dkt. # 230, for April 2, 2025.

Finally, the Court STRIKES the December 13, 2024 hearing.  The Court is unavailable on January 14 and 15, 2025.  Therefore, on January 24, 2025, at 9:00 a.m., at a conference room at the United States Courthouse, counsel for the parties shall meet and confer to resolve Plaintiffs' pending motions to compel.  Counsel shall contact the Courtroom Deputy via email, at ashleigh_drecktrah@wawd.uscourts.gov, for the location of the conference room.  If the parties are unable to resolve the Motions by 10:00 a.m. that day, then the Court will proceed with oral argument on the motions.  Oral argument will take place in courtroom 14106.  Counsel shall immediately notify the Court if the motions are resolved prior to the hearing scheduled above.

Dated: December 10, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE