1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
8                         AT SEATTLE
9

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                              Defendant. | Case No. 2:20-cv-00424-JHC<br><br><br>STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE |
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                              Defendant. | Case No. 2:21-cv-00693-JHC |

## STIPULATION

The parties, by and through their counsel, have agreed and stipulate as follows:

1.  The Court entered the parties' stipulated motion and proposed order for a 30-day interim extension of the existing class certification schedules, while the parties discussed a potentially longer extension. The parties have since met and conferred and agree that good cause justifies a further one-month extension of the Court's current class certification briefing schedule in the *De Coster* and *Frame-Wilson* cases.

2.  After Amazon filed its opposition to class certification in *De Coster*, the parties met and conferred concerning an extension of time that Plaintiffs requested in order to address the arguments and materials in that opposition brief and accompanying expert report. Based on that meet and confer, the parties agreed to a further 30-day extension of the existing class certification schedules, as follows:

| *Frame-Wilson* | | |
|---|---|---|
| **Briefs** | **Current Deadline [Dkt. 232]** | **Proposed Deadline** |
| Class Certification Brief | January 21, 2025 | **February 20, 2025** |
| Class Certification Opposition Brief | April 21, 2025 | **May 21, 2025** |
| Reply Brief ISO Class Certification | June 23, 2025 | **July 23, 2025** |
| *De Coster* | | |
| **Briefs** | **Current Deadline [Dkt. 257]** | **Proposed Deadline** |
| Reply Brief ISO Class Certification and Opposition to Amazon's Motion to Exclude & any Motion to Exclude Amazon's Expert[s] | February 24, 2025 | **March 26, 2025** |
| Amazon's Reply ISO Motion to Exclude & Opposition to Plaintiffs' Motion to Exclude | April 2, 2025 | **May 2, 2025** |
| Plaintiffs' Reply ISO Motion to Exclude | April 30, 2025 | **May 30, 2025** |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

3.  The class certification deadlines contained in *Frame-Wilson*, Dkt. No. 232 and *De Coster*, Dkt. No. 257 are modified as follows.

|   |   |
|---|---|
| 1 | 4. In *Frame-Wilson*, Plaintiffs' deadline to file their class certification motion is |
| 2 | **February 20, 2025**; Amazon's deadline to oppose Plaintiffs' class certification motion is **May** |
| 3 | **21, 2025**; Plaintiffs' deadline to file their reply in support of class certification is **July 23, 2025**. |
| 4 | 5. In *De Coster*, Plaintiffs' deadline to file their reply in support of class |

4. In *Frame-Wilson*, Plaintiffs' deadline to file their class certification motion is **February 20, 2025**; Amazon's deadline to oppose Plaintiffs' class certification motion is **May 21, 2025**; Plaintiffs' deadline to file their reply in support of class certification is **July 23, 2025**.

5. In *De Coster*, Plaintiffs' deadline to file their reply in support of class certification, their opposition to any motion to exclude their expert[s], and any motion to exclude Amazon's expert[s] is **March 26, 2025**; Amazon's opposition to Plaintiffs' motion to exclude Amazon's expert is **May 2, 2025**; Plaintiffs' deadline to file a reply in support of their motion to exclude Amazon's expert is **May 30, 2025**.

6. Amazon reserves the right to seek a further modification of any of its deadlines at an appropriate time.

IT IS SO STIPULATED.

DATED: January 3, 2025       HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
       barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

|   |   |
|---|---|
| 1 | Jessica Beringer (*pro hac vice*) |
| 2 | Shane Kelly (*pro hac vice*) |
|   | Alex Dravillas (*pro hac vice*) |
| 3 | 150 North Riverside Plaza, Suite 4100 |
|   | Chicago, Illinois 60606 |
| 4 | Telephone: (312) 741-5220 |
|   | E-mail: jessica.beringer@kellerpostman.com |
| 5 | E-mail: shane.kelly@kellerpostman.com |
|   | Email: ajd@kellerpostman.com |

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

|   |   |
|---|---|
| 1 | Adam B. Wolfson (*pro hac vice*) |
| 2 | 865 South Figueroa Street, 10th Floor |
|   | Los Angeles, CA 90017-2543 |
| 3 | Telephone: (213) 443-3000 |
|   | Email: adamwolfson@quinnemanuel.com |

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email: kdunn@paulweiss.com
Email: wisaacson@paulweiss.com
Email: amauser@paulweiss.com
Email: mgoodman@paulweiss.com
Email: ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER REGARDING
CLASS CERT. BRIEFING - 4
Case Nos. 2:20-cv-00424-JHC, 2:21-cv-00693-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. In *De Coster*, the Court DIRECTS the Clerk to re-note the motion at Dkt. # 180 for March 26, 2025, and the motion at Dkt. # 230 for May 2, 2025.

Dated: January 6, 2025.

John H. Chun
UNITED STATES DISTRICT JUDGE