UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC |
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM AMAZON'S PRIVILEGE LOGS AND FOR APPOINTMENT OF A SPECIAL MASTER |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-00965-JHC |

These matters come before the Court on Plaintiffs' Motion to Compel Production of Documents from Amazon's Privilege Logs and for Appointment of a Special Master. Case No. 21-693, Dkt. # 189; Case No. 20-424, Dkt. # 186; Case No. 22-965, Dkt. # 89. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the files in these matters, the governing law, and the Parties' argument at the hearing on January 31, 2025.

Being fully advised, the Court GRANTS the motion in part and DENIES it in part as follows:

(1) Plaintiffs' request for a bad-faith finding and for focused discovery regarding Amazon's practices relating to marking materials as privileged is DENIED.

(2) By February 25, 2025, Amazon shall complete its review of every document withheld in these actions and produce any and all for which it cannot make a clear showing that a primary purpose of the communication was to request or provide legal advice. Documents sent to attorneys may not be withheld simply because attorneys received them or because an attorney was asked to "advise" or provide "guidance" on a business, operational, technical, strategic or public relations issues. Nor can documents be withheld based on an attorney's active participation in a communication if the communication does not involve the provision of legal advice. Documents must be produced with narrowly tailored redactions.

(3) By February 25, 2025, Amazon must produce a final privilege log.

(4) Within 10 days of Amazon's production of documents and a revised privilege log, Plaintiffs shall identify up to 100 documents for in camera review. Amazon shall then provide the identified documents to the Court within 3 business days.

(5) After the Court reviews the *in camera* sample and issues any resulting order, Plaintiffs may submit briefing on fees and costs.

/
/
/
/

ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL- 1
Nos. 2:21-cv-00693-JHC, 2:20-cv-00424-JHC, 2:22-cv-00965-JHC

DATED: February 3, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL- 2
Nos. 2:21-cv-00693-JHC, 2:20-cv-00424-JHC, 2:22-cv-00965-JHC