UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | CASE NO. 2:21-cv-00693-JHC<br><br>MINUTE ORDER |
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | Case No. 2:20-cv-00424-JHC |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

MINUTE ORDER- 1

(1) Plaintiffs are likely aware that the Court has scheduled an Economics Day Hearing in *F.T.C. et al. v. Amazon.com, Inc.*, 2:23-cv-01495-JHC (W.D. Wash.), for 9:00 a.m., Friday, March 7, 2025. Plaintiffs may attend the hearing. After the hearing, if Plaintiffs wish to file a brief relating to the proceeding, they shall promptly schedule a teleconference with the Court and Defendant to discuss timing and limits on the briefing.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 3rd day of February, 2025

                                                Ravi Subramanian
                                                Clerk

                                                */s/Ashleigh Drecktrah*
                                                Deputy Clerk

- 2