UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>ORDER GRANTING AMAZON'S UNOPPOSED MOTION TO SEAL |
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-00965-JHC |

1  This matter came before the Court on Amazon's Unopposed Motion to Seal Portions of
2  January 31, 2025, Hearing Transcript. The Court, having considered the Unopposed Motion and
3  all other papers submitted, and for compelling reasons shown, GRANTS the Motion, and
4  ORDERS that the redacted version of the transcript provided to the Court Reporter be filed in the
5  public record.
6      DATED this 11th day of February 2025.

  _____
  John H. Chun
  UNITED STATES DISTRICT JUDGE