UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL AS TO THE CLAIMS OF PLAINTIFFS ARRINGTON, DUTILL, GEESEY, HOLLY-TAYLOR, MURPHY, RUSSELL, AND WESTROPE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

Plaintiffs Sarah Arrington, Stacy Dutill, Heather Geesey, Sheryl Holly-Taylor, Gail Murphy, Samanthia Russell and Defendant Amazon.com, Inc., hereby stipulate to the dismissal of Plaintiffs Sarah Arrington, Stacy Dutill, Heather Geesey, Sheryl Holly-Taylor, Gail Murphy, and Samanthia Russell's claims against Amazon.com, Inc. in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. While these Plaintiffs are withdrawing from this litigation as named plaintiffs, they retain the rights to any recovery in the above-captioned action as absent class members. In the interests of clarity, this stipulated motion and proposed order also seeks dismissal of the claims of Dave Westrope, (deceased, ECF 155), against Amazon.com, Inc. *See, e.g.*, Rule 25(a) of the Federal Rules of Civil Procedure. This dismissal does not impact the claims of any other Plaintiff.

IT IS SO STIPULATED.

DATED: February 21, 2025

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

STIP. AND ORDER OF DISMASSAL AS TO ARRINGTON, DUTILL, GEESEY, HOLLY-TAYLOR, MURPHY, RUSSELL AND WESTROPE - 2
CASE NO. 2:20-cv-00424-JHC

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 | By: */s/ Alicia Cobb*                                           |
| 2 | Alicia Cobb, WSBA # 48685                                       |
|   | 1109 First Avenue, Suite 210                                    |
| 3 | Seattle, WA 98101                                               |
| 4 | Telephone: (206) 905-7000                                       |
|   | Email: aliciacobb@quinnemanuel.com                              |

Steig D. Olson (pro hac vice)
David D. LeRay (pro hac vice)
Nic V. Siebert (pro hac vice)
Maxwell P. Deabler-Meadows (pro hac vice)
Elle Mahdavi (pro hac vice)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Aseem Chipalkatti (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Email: aseemchipalkatti@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By:    */s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

STIP. AND ORDER OF DISMASSAL AS TO ARRINGTON,
DUTILL, GEESEY, HOLLY-TAYLOR, MURPHY, RUSSELL AND WESTROPE - 3
CASE NO. 2:20-CV-00424-JHC

|   |   |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 |  |
| 3 | Karen L. Dunn (*pro hac vice*) |
|   | William A. Isaacson (*pro hac vice*) |
| 4 | Amy J. Mauser (*pro hac vice*) |
| 5 | Kyle Smith (*pro hac vice*) |
|   | 2001 K Street, NW |
| 6 | Washington, D.C. 20006-1047 |
|   | Telephone: (202) 223-7300 |
| 7 | Email: kdunn@paulweiss.com |
|   | Email: wisaacson@paulweiss.com |
| 8 | Email: amauser@paulweiss.com |
| 9 | Email: ksmith@paulweiss.com |

Meredith Dearborn (*pro hac vice*)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Email: mdearborn@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

STIP. AND ORDER OF DISMASSAL AS TO ARRINGTON,
DUTILL, GEESEY, HOLLY-TAYLOR, MURPHY, RUSSELL AND WESTROPE - 4
CASE NO. 2:20-CV-00424-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 21, 2025.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

STIP. AND ORDER OF DISMASSAL AS TO ARRINGTON,
DUTILL, GEESEY, HOLLY-TAYLOR, MURPHY, RUSSELL AND WESTROPE - 5
CASE NO. 2:20-CV-00424-JHC