UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, <br><br> Defendant. | No. 2:21-cv-00693-JHC <br><br> STIPULATED MOTION AND ORDER REGARDING SEALING OF CLASS CERTIFICATION BRIEFING |
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, <br><br> Defendant. | No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, <br><br> Defendant. | No. 2:22-cv-00965-JHC |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties in the above-captioned actions, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on July 31, 2024, the Court granted the parties' motion stipulating and agreeing to a procedure for filing and sealing in connection with the class certification briefing in the above-captioned actions;

WHEREAS, the Court has since granted motions and stipulations extending the class certification briefing deadlines in the above-captioned actions;

WHEREAS, pursuant to the agreed-upon procedure and Local Civil Rule 5(h), the parties agreed to a schedule upon which to meet and confer and, as appropriate, file (1) public versions of their class certification papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3);

THEREFORE, the Parties stipulate and agree (subject to the Court's approval) as follows:

1. The deadline for filing (1) public versions of the parties' class certification papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3) shall be 28 days after the filing of Plaintiffs' Reply in Support of Motion to Certify Class in each case.

2. The deadline for filing (1) public versions of the parties' *Daubert* papers in *De Coster*, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3) shall be 28 days after the filing of Plaintiffs' Reply in Support of *Daubert* Motion(s) in *De Coster*.

3. All other provisions in the Stipulated Motion and Order Regarding Sealing of Class Certification Briefing in *Frame-Wilson*, Dkts. 181; *De Coster*, Dkts. 171; and *Brown*, Dkts. 84, and the Stipulated Motion and Order Regarding Expert Deposition(s) and Daubert Motion(s) in *De Coster*, Dkt. 220, remain unchanged.

IT IS SO STIPULATED.

DATED: this 21st day of February, 2025.

DAVIS WRIGHT TREMAINE LLP

By:/s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
Meredith R. Dearborn (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Mark A. Weiner (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com
Email:  mdearborn@paulweiss.com
Email:  ybarkai@paulweiss.com
Email:  mweiner@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By:/s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
Barbara A. Mahoney (WSBA No. 31845)
Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
Email: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
549 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Roseann.Romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Aseem Chipalkatti (*pro hac vice*)
1300 I Street, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Email: aseemchipalkatti@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the Proposed Class*

**ORDER**

The Court GRANTS the Parties' stipulated motion. The Parties shall have 28 days after the filing of Plaintiffs' Reply in Support of Motion to Certify Class to (1) file public versions of the parties' Class Certification Papers, with necessary redactions, and (2) file corresponding motion(s) to seal pursuant to LCR 5(g)(3). The Parties shall have 28 days after the filing of Plaintiffs' Reply in Support of *Daubert* Motion(s) in *De Coster* to (1) file public versions of the *Daubert* briefing, with necessary redactions, and (2) file corresponding motion(s) to seal pursuant to LCR 5(g)(3).

IT IS SO ORDERED this 24th day of February, 2025.

_____
John H. Chun
United States District Judge