UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL AS TO THE CLAIMS OF PLAINTIFF GERRY (CHIP) KOCHENDORFER, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

Plaintiff Gerry (Chip) Kochendorfer and Defendant Amazon.com, Inc., hereby stipulate to the dismissal of Plaintiff Gerry (Chip) Kochendorfer's claims against Amazon.com, Inc. in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. While this Plaintiff is withdrawing from this litigation as a named plaintiff, he retains the rights to any recovery in the above-captioned action as an absent class member. This dismissal does not impact the claims of any other Plaintiff.

IT IS SO STIPULATED.

STIP. AND ORDER OF
DISMASSAL AS TO PLAINTIFF KOCHENDORFER - 1
Case No. 2:20-cv-00424-JHC

| | | |
|---|---|---|
| 1 | DATED: March 4, 2025 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

Roseann Romano (pro hac vice)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

STIP. AND ORDER OF
DISMASSAL AS TO PLAINTIFF KOCHENDORFER - 2
CASE NO. 2:20-CV-00424-JHC

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | |
| 3 | By: */s/ Alicia Cobb* |
| | Alicia Cobb, WSBA # 48685 |
| 4 | 1109 First Avenue, Suite 210 |
| | Seattle, WA 98101 |
| 5 | Telephone: (206) 905-7000 |
| | Email: aliciacobb@quinnemanuel.com |

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alicia Cobb*
   Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By:   */s/ John A. Goldmark*
   John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

|   |   |
|---|---|
| 1 | |
| 2 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 3 | Karen L. Dunn (*pro hac vice*) |
| 4 | William A. Isaacson (*pro hac vice*)<br>Amy J. Mauser (*pro hac vice*) |
| 5 | Kyle Smith (*pro hac vice*)<br>2001 K Street, NW |
| 6 | Washington, D.C. 20006-1047<br>Telephone: (202) 223-7300 |
| 7 | Email: kdunn@paulweiss.com<br>Email: wisaacson@paulweiss.com |
| 8 | Email: amauser@paulweiss.com<br>Email: ksmith@paulweiss.com |
| 9 | |
| 10 | Meredith Dearborn (*pro hac vice*)<br>535 Mission Street, 24th Floor |
| 11 | San Francisco, CA 94105<br>Telephone: (628) 432-5100 |
| 12 | Email: mdearborn@paulweiss.com |
| 13 | *Attorneys for Defendant Amazon.com, Inc.* |

STIP. AND ORDER OF
DISMASSAL AS TO PLAINTIFF KOCHENDORFER - 4
CASE NO. 2:20-CV-00424-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 4, 2025.

                                               John H. Chun
                                               UNITED STATES DISTRICT JUDGE