UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*,<br><br>                      Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                      Defendant. | Case No. 2:21-cv-00693-JHC<br><br>ORDER GRANTING AMAZON'S UNOPPOSED MOTION TO SEAL |
| DEBORAH FRAME-WILSON *et al.*,<br><br>                      Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                      Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al*,<br><br>                      Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                      Defendant. | Case No. 2:22-cv-00965-JHC |

ORDER GRANTING UNOPPOSED MOTION TO SEAL
(2:21-CV-00693-JHC, 2:20-CV-00424-JHC, 2:22-CV-00965-JHC)

This matter comes before the Court on Amazon's Unopposed Motion to Seal *In Camera* Submission and Related Papers.  The Court, having considered the Unopposed Motion and all other papers submitted, and for compelling reasons shown, GRANTS the Motion and, in accordance with the chart in Exhibit A to the Mauser Declaration, ORDERS the seal be removed from 2 documents so identified, that the seal remain permanently for 4 documents so identified, and that the redacted versions of 3 documents in Exhibit B to the Mauser Declaration be filed in the public record.

DATED this 26th day of March 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE