# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING SEALING OF PLAINTIFFS' RESPONSE TO AND AMAZON'S REPLY IN SUPPORT OF AMAZON'S MOTION TO CLAW BACK PRIVILEGED MATERIAL AND STRIKE REFERENCES THERETO FROM PLAINTIFFS' CLASS CERTIFICATION MOTION |
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC |

|   |   |
|---|---|
| 1 | The Parties have met and conferred with respect to Plaintiffs' upcoming Opposition to Amazon's Motion to Claw Back Privileged Material ("Motion"). Plaintiffs anticipate that their brief, declaration, and exhibits will quote from and/or describe in detail information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon, including Amazon's privilege log entries for the documents in question, related correspondence, and Amazon's past declarations related to Amazon's privilege review. During a meet and confer on Friday, March 28, 2025, Plaintiffs stated that, consistent with Amazon's public filing of the Motion which described the documents in question, and attached public declarations that included excerpts of the Parties' correspondence, Plaintiffs should be able to file their Opposition publicly. Plaintiffs requested Amazon confirm this by Monday, March 31, 2025. In response, Amazon requested that Plaintiffs file their Opposition under seal, so that Amazon can determine whether any portions of the Opposition should remain under seal. Accordingly, in order to ensure that such materials are treated appropriately under Amazon's request and the applicable protective order, and to reduce burdens on the Court, the Parties, pursuant to LCR 7(d)(1) and 10(g), and their respective counsel, hereby stipulate and agree to the following procedure for filing and sealing in connection with Plaintiffs' Opposition to Amazon's Motion and Amazon's Reply, subject to the Court's approval. |

    1.    Pursuant to LCR 5(g)(2), Plaintiffs will provisionally file under seal its opposition brief, declarations, exhibits, and all other evidence and declarations on which Plaintiffs rely (collectively, "Opposition Papers") which contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon.

    2.    Pursuant to LCR 5(g)(2), Amazon will provisionally file under seal its reply brief, declarations, exhibits, and all other evidence and declarations on which Amazon rely (collectively, "Reply Papers") which may contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only.

    3.    Within five business days of the filing of Amazon's Reply Papers, pursuant to LCR 5(g), the Parties will meet and confer and, as appropriate, file (1) public versions of the

Opposition Papers and the Reply Papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3). The Party seeking to maintain material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal associated with the Parties' Supplemental Papers.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED April 1, 2025.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
      barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: ajd@kellerpostman.com

E-mail: shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
      John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email: kdunn@paulweiss.com
Email: wisaacson@paulweiss.com
Email: amauser@paulweiss.com
Email: mgoodman@paulweiss.com
Email: ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

April 1, 2025            *John H. Chun*
Dated                         John H. Chun
                              United States District Judge