UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING AMAZON'S UNOPPOSED MOTION TO SEAL** |
| DEBORAH FRAME-WILSON *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:22-cv-00965-JHC |

ORDER GRANTING UNOPPOSED MOTION TO SEAL
(2:21-cv-00693-JHC, 2:20-cv-00424-JHC, 2:22-cv-00965-JHC)

1  This matter comes before the Court on Amazon's Unopposed Motion to Seal Claw Back
2  Briefing and Related Papers.  The Court, having considered the Unopposed Motion and all other
3  papers submitted, and for compelling reasons shown, GRANTS the Motion and, in accordance
4  with the chart in Exhibit A to the Mauser Declaration, ORDERS the seal be removed from 9
5  documents so identified, that the seal remain permanently for 12 documents so identified, and that
6  the redacted versions of the 2 documents in Exhibit B to the Mauser Declaration be filed in the
7  public record.

DATED this 15th day of April 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE