UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE |

STIPULATED MOTION AND ORDER REGARDING
CLASS CERT. BRIEFING (Case No. 2:20-cv-00424-JHC)

**STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1. The Court entered the parties' stipulated motion regarding expert discovery, which, among other things, requires parties to produce a "copy of all data and other information relied upon by the expert in forming their opinions for such report, including, but not limited to, underlying data, spreadsheets (including formulas therein), computerized regression analysis and/or other underlying reports, programs, computer codes and schedules sufficient to reconstruct the work, calculations, and/or analyses upon which the testifying expert is relying for their opinions" (the "Backup Material") "[w]ithin three (3) business days after service of a report under Rule 26(a)(2)(B)." Dkt. 121 ¶ 10.

2. Plaintiffs filed their class certification motion on February 20, 2025, along with a report of Dr. Pathak. Dkt. 266. Amazon was not able to access the complete back-up material until March 19, 2025.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

3. The class certification deadlines in *Frame-Wilson*, Dkt. No. 247, are modified as follows: Amazon's deadline to oppose Plaintiffs' class certification motion is **June 6, 2025**; Plaintiffs' deadline to file their reply in support of class certification is **August 8, 2025**.

IT IS SO STIPULATED.

DATED: April 21, 2025        DAVIS WRIGHT TREMAINE LLP

By */s/ John A. Goldmark*
John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By */s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email: kdunn@paulweiss.com
Email: wisaacson@paulweiss.com
Email: amauser@paulweiss.com
Email: ksmith@paulweiss.com

Meredith Dearborn (*pro hac vice*)
535 Mission St., 24th Floor
San Francisco, CA 94105-6064
Telephone: (628) 432-5100
Email: mdearborn@paulweiss.com

Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Email: ybarkai@paulweiss.com

*Attorneys for Amazon.com, Inc.*


HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By */s/ Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

STIPULATED MOTION AND ORDER REGARDING
CLASS CERT. BRIEFING (Case No. 2:20-cv-00424-JHC) - 2

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
Email: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
Email: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*


QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Alicia Cobb*
    Alicia Cobb, WSBA # 48685
    1109 First Avenue, Suite 210
    Seattle, WA 98101
    Telephone: (206) 905-7000
    Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

## ORDER

Pursuant to the Parties' stipulation, Amazon's deadline to oppose Plaintiffs' class certification motion is **June 6, 2025**; Plaintiffs' deadline to file their reply in support of class certification is **August 8, 2025**. The Court DIRECTS the Clerk to re-note the class certification motion at Dkt. # 266 for August 8, 2025.

IT IS SO ORDERED.

Dated: April 21, 2025.

                                  John H. Chun
                                  UNITED STATES DISTRICT JUDGE