1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6 | DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,

7 | Plaintiffs,

8 | v.

9 | AMAZON.COM, INC., a Delaware corporation,

10 | Defendant.

11

12

No. 2:20-cv-00424-JHC

STIPULATED MOTION AND
ORDER REGARDING SEALING
OF PLAINTIFFS' MOTION TO
COMPEL AMAZON TO PRODUCE
DOCUMENTS AND
INFORMATION RESPONSIVE TO
PLAINTIFFS' SEVENTH SET OF
REQUESTS FOR PRODUCTION
AND FOURTH SET OF
INTERROGATORIES

13 | ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,

14 |

15 | Plaintiffs,

16 | v.

17 | AMAZON.COM, INC., a Delaware corporation,

18 | Defendant.

No. 2:21-cv-00693-JHC

19 | CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,

20 |

21 | Plaintiffs,

22 | v.

23 | AMAZON.COM, INC., a Delaware corporation,

24 |

25 | Defendant.

No. 2:22-cv-00965-JHC

26

27

STIP. MOT. & ORDER RE
SEALING OF MTN. TO COMPEL
  (No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC; No. 2:22-cv-00965-JHC)

The Parties have met and conferred with respect to Plaintiffs' intended Motion to Compel Amazon to Produce Documents and Information Responsive to Plaintiffs' Seventh Set of Requests for Production and Fourth Set of Interrogatories, and anticipate that their briefs, declarations, and exhibits will quote from and/or describe in detail a significant amount of information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon. Accordingly, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court, the Parties, pursuant to LCR 7(d)(1) and 10(g), and their respective counsel, hereby stipulate and agree to the following procedure for filing and sealing in connection with the motion to compel briefing, subject to the Court's approval.

1.    Pursuant to LCR 5(g)(2), each Party will provisionally file under seal its brief, declarations, exhibits, and all other evidence on which that Party relies which contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon.

2.    By August 8, pursuant to LCR 5(g), the Parties will meet and confer and, as appropriate, file (1) public versions of their briefs, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3). The Party seeking to maintain material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal associated with the Parties' Papers.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

STIP. MOT. & ORDER RE
SEALING OF MTN. TO COMPEL - 1
(2:20-CV-00424-JHC; No. 2:21-CV-00693-JHC; No. No. 2:22-CV-00965-JHC)

DATED July 3, 2025.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
    barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: ajd@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

STIP. MOT. & ORDER RE
SEALING OF MTN. TO COMPEL - 2
  (2:20-CV-00424-JHC; NO. 2:21-CV-00693-JHC; NO. NO. 2:22-CV-00965-JHC)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *Alicia Cobb*
  Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Ave.
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the
proposed Class*


DAVIS WRIGHT TREMAINE LLP


By: /s/ *John A. Goldmark*
  John A. Goldmark, WSBA #40980
By: /s/ *MaryAnn Almeida*
  MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

STIP. MOT. & ORDER RE
SEALING OF MTN. TO COMPEL - 3
 (2:20-CV-00424-JHC; NO. 2:21-CV-00693-JHC; NO. NO. 2:22-CV-00965-JHC)

DUNN ISAACSON RHEE LLP

By: */s/ Karen L. Dunn*
Karen L. Dunn (pro hac vice)
William A. Isaacson (pro hac vice)
Amy J. Mauser (pro hac vice)
Kyle Smith (pro hac vice)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn
345 California Street, Suite 600
San Francisco, CA  94104-2671
E-mail: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

STIP. MOT. & ORDER RE
SEALING OF MTN. TO COMPEL - 4
 (2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC; No. No. 2:22-cv-00965-JHC)

IT IS SO ORDERED.


July 3, 2025
Dated

John H. Chun
United States District Judge

STIP. MOT. & ORDER RE
SEALING OF MTN. TO COMPEL - 5
 (2:20-CV-00424-JHC; NO. 2:21-CV-00693-JHC; NO. NO. 2:22-CV-00965-JHC)