The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**EXHIBITS 1, 20, 28 AND 31 TO THE DECLARATION OF STEVE W. BERMAN IN SUPPORT PLAINTIFFS' MOTION TO COMPEL AMAZON TO PRODUCE DOCUMENTS AND INFORMATION RESPONSIVE TO PLAINTIFFS' SEVENTH SET OF REQUESTS FOR PRODUCTION AND FOURTH SET OF INTERROGATORIES** |
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC |

EXHIBITS 1, 20, 28 AND 31 TO THE DECL. OF
STEVE W. BERMAN ISO PLAINTIFFS' MOTION TO COMPEL
Case Nos. 2:20-cv-00424-JHC, 2:22-cv-00965-JHC, 2:21-cv-00693-JHC



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

                                          */s/ Steve W. Berman*
                                            Steve W. Berman

EXHIBITS 1, 20, 28 AND 31 TO THE DECL. OF
STEVE W. BERMAN ISO PLAINTIFFS' MOTION TO COMPEL - 1
Case Nos. 2:20-cv-00424-JHC, 2:22-cv-00965-JHC, 2:21-cv-00693-JHC



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX