# Exhibit 20

| | |
|---|---|
| **From:** | Amy Mauser <amauser@dirllp.com> |
| **Sent:** | Wednesday, July 2, 2025 3:24 PM |
| **To:** | Barbara Mahoney; Jessica Beringer; Alex Dravillas; Britt DeVaney; Steve Berman; Anne F. Johnson; steigolson; Max Meadows; Nicolas Siebert; Elle Mahdavi; aseemchipalkatti; Alicia Cobb; Kelly Fan; Shane Kelly; Branden Weber; Zina Bash; Redgrave Amazon-FTC |
| **Cc:** | Robert D. Keeling; Karen Dunn; William Isaacson; Meredith Dearborn |
| **Subject:** | Re: Frame Wilson/De Coster/Brown v. AMZ: Special Master Candidates |

Hi Barbara,

Amazon will consent to the 3-month extension that Plaintiffs have requested for their class opposition in Frame-Wilson.

As for Plaintiffs' Fourth Set of Interrogatories and Seventh Set of RFPs, as we previously explained, Amazon agrees to disclose any article, study or treatise that it has funded that is cited in any of the reports of its experts in Frame-Wilson, De Coster, and Brown, as well as in any brief that Amazon files in these cases, and expects that Plaintiffs will do the same. Amazon's position is that that is all the information to which Plaintiffs are entitled. If Plaintiffs nonetheless proceed with filing a motion, Amazon consents to the parties provisionally filing their briefs under seal.

Amy

**Amy Mauser | Partner**
Dunn Isaacson Rhee LLP
amauser@dirllp.com
202-240-2921 (direct)
202-615-6841 (cell)