# Exhibit 28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER RE DISCLOSURE OF FINANCIAL RELATIONSHIPS WITH COMMENTATORS ON ISSUES IN THIS CASE** |
| GOOGLE INC., | |
| Defendant. | |

    The Court is concerned that the parties and/or counsel herein may have retained or paid print or internet authors, journalists, commentators or bloggers who have and/or may publish comments on the issues in this case. Although proceedings in this matter are almost over, they are not fully over yet and, in any event, the disclosure required by this order would be of use on appeal or on any remand to make clear whether any treatise, article, commentary or analysis on the issues posed by this case are possibly influenced by financial relationships to the parties or counsel. Therefore, each side and its counsel shall file a statement herein clear identifying all authors, journalists, commentators or bloggers who have reported or commented on any issues in this case and who have received money (other than normal subscription fees) from the party or its counsel during the pendency of this action. This disclosure shall be filed by **NOON ON FRIDAY, AUGUST 17, 2012**.

    **IT IS SO ORDERED.**

Dated: August 7, 2012.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE