UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING EXTENSION OF CLASS CERTIFICATION AND DAUBERT BRIEFING DEADLINES |

STIP. AND ORDER RE
EXT. OF BRIEFING DEADLINES.
No. 2:20-cv-00424-JHC

# STIPULATION

1.  Per the Court's Order in *Frame-Wilson* [Dkt. Nos. 232 & 334], the parties, by and through their counsel, have agreed and stipulate as to the schedule of the Parties' Daubert briefing in connection with Plaintiffs' class certification motion.

2.  Further, in support of its class certification opposition and motion to exclude Plaintiffs' expert, Amazon submitted three expert reports, which collectively total nearly 1,200 pages. Plaintiffs need additional time to respond to the reports and to prepare for and take depositions of up to three experts.

3.  The Parties therefore propose the following briefing schedule:

| Filing | Current | Proposed |
|---|---|---|
| Plaintiffs' Reply in Support of Motion to Certify Class; Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion; Plaintiffs' *Daubert* Motion(s) | August 8, 2025 | November 7, 2025 |
| Amazon's Reply in Support of Amazon's *Daubert* Motion; Amazon's Response(s) in Opposition to Plaintiffs' *Daubert* Motion(s) | September 15, 2025 | December 15, 2025 |
| Plaintiffs' Reply(ies) in Support of Plaintiffs' *Daubert* Motion(s) | October 13, 2025 | January 13, 2026 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| DATED July 3, 2025. | Respectfully submitted, |

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
    Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com

DUNN ISAACSON RHEE LLP
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
Email: amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California St
Ste 600
Telephone: (202) 240-2900
San Francisco, CA 94104-2671

*Attorneys for Defendant Amazon.com, Inc.*

STIP. AND ORDER RE
EXT. OF BRIEFING DEADLINES - 4
No. 2:20-cv-00424-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 7, 2025

                                            John H. Chun
                                            UNITED STATES DISTRICT JUDGE