UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING PUBLIC FILING OF PLAINTIFFS' MOTION FOR AN ORDER REGARDING PROTECTIVE ORDER STANDARDS APPLICABLE TO CLAW BACKS IN PLAINTIFFS' CASES |
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC |

The Parties have met and conferred with respect to Plaintiffs' Motion for an Order Regarding Protective Order Standards Applicable to Claw Backs in Plaintiffs' Cases, pursuant to the applicable June 3, 2025 Orders Regarding Sealing (*Frame-Wilson* ECF 319; *De Coster* ECF 351; *Brown* ECF 193), and determined that Plaintiffs' and Amazon's briefs, declarations, and exhibits associated with that Motion do not require redactions or sealing.  Accordingly, the Parties, pursuant to LCR 7(d)(1) and 10(g), and their respective counsel, hereby stipulate and agree that the docket entries identified in the table below need not remain under seal, and request an order instructing the Docket Clerk to make all of the following docket entries publicly available:

| Filing | Date | *Frame-Wilson* ECF Nos. | *De Coster* ECF Nos. | *Brown* ECF Nos. |
|---|---|---|---|---|
| Plaintiffs' Motion, Beringer Declaration, and Exhibits 1-16 | 6/3/2025 | 320; 321 (including exhibits) | 352; 353 (including exhibits) | 194; 195 (including exhibits) |
| Amazon's Response Brief, Keeling Declaration, and Exhibits A-B | 6/18/2025 | 328; 329 (including exhibits) | 359; 360 (including exhibits) | 198; 199 (including exhibits) |
| Plaintiffs' Reply Brief, Beringer Declaration, and Praecipe | 6/24/2025 | 330; 331; 332 | 361; 362; 363 | 200; 201; 202 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| DATED July 7, 2025. | Respectfully submitted, |

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
        barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: ajd@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Ave.
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By    /s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  johngoldmark@dwt.com
Email:  maryannalmeida@dwt.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street
Suite 600
San Francisco, CA  94104-2671
Telephone:  (202) 240-2900
E-mail: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

IT IS SO ORDERED. The Docket Clerk is directed to make the docket entries identified in the table above publicly available.

July 8, 2025
Dated

John H. Chun
United States District Judge