1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING AMAZON.COM, INC.'S UNOPPOSED MOTION TO SEAL** |
| DEBORAH FRAME-WILSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:22-cv-00965-JHC |

1  This matter comes before the Court on Amazon's Unopposed Motion to Seal Materials
2  Filed in Connection with Plaintiffs' Motion to Compel Amazon to Produce Documents and
3  Information Responsive to Plaintiffs' Seventh Set of Requests for Production and Fourth Set of
4  Interrogatories.  The Court, having considered the Unopposed Motion and all other papers
5  submitted, and for good cause shown, GRANTS the Motion and, in accordance with the chart in
6  Exhibit A to the Dearborn Declaration, ORDERS that the seal remain permanently for the
7  documents so identified.  The Court further ORDERS that the redacted versions of the briefs in
8  Exhibits B and D and the unredacted version of the brief in Exhibit C to the Dearborn
9  Declaration be filed in the public record as identified.
10  IT IS SO ORDERED this 11th day of August, 2025.

*/s/ John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE