UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, <br><br>    Plaintiffs, <br><br>   v. <br><br> AMAZON.COM, INC., <br><br>    Defendant. | No. 2:20-cv-00424-JHC <br><br> **STIPULATED MOTION AND ORDER REGARDING DEPOSITION OF BEN GARRY** <br><br> NOTE ON MOTION CALENDAR: <br> August 22, 2025 |
| ELIZABETH DE COSTER, *et al.*, <br><br>    Plaintiffs, <br><br>   v. <br><br> AMAZON.COM, INC., <br><br>    Defendant. | No. 2:21-cv-00693-JHC |
| CHRISTOPHER BROWN, *et al.*, <br><br>    Plaintiffs, <br><br>   v. <br><br> AMAZON.COM, INC., <br><br>    Defendant. | No. 2:22-cv-00965-JHC |
| FEDERAL TRADE COMMISSION, et al., <br><br>    Plaintiffs, <br><br>   v. <br><br> AMAZON.COM, INC., <br><br>    Defendant. | No. 2:23-cv-01495-JHC |

**WHEREAS**, Private Plaintiffs in the above-captioned matters have noticed the deposition of Mr. Benjamin Garry, who is an attorney duly licensed to practice in the State of Washington and has represented Amazon.com, Inc. ("Amazon") as an in-house lawyer since at least 2016;

**WHEREAS,** parties in Coordinated Cases may participate in depositions noticed in the Coordinated Cases pursuant to the limitations set forth in the Coordinated Discovery Orders;[1]

**WHEREAS,** pursuant to the Coordinated Discovery Orders, counsel for Plaintiffs in *FTC* ("Coordinated Parties") have indicated their intent to participate in the deposition of Mr. Garry;

**WHEREAS,** this Stipulated Agreement supplements and does not supersede the terms of the Coordinated Discovery Orders, and other orders issued by the court in these and other coordinated cases;

**WHEREAS,** Private Plaintiffs and Coordinated Parties represent that they do not seek information that is protected by the attorney-client privilege, the work-product protection, or any other privilege or protection recognized by law;

**WHEREAS**, the Parties seek to balance the parties' concerns regarding permitting reasonable discovery without creating unnecessary risk of delving into potentially privileged matters;

**WHEREAS,** the Parties further seek to minimize the questioning of a lawyer on topics and matters where the same information could be obtained from a non-lawyer witness;

Amazon, Private Plaintiffs and Coordinated Parties (collectively herein, the "Parties") therefore agree as follows:

1. The Parties agree that the scope of the examination of Mr. Garry shall be limited to matters reflected in documents produced by Amazon in this case (including Coordinated Cases), in which it appears from the face of the document, metadata, or other documents or testimony provided by Amazon or its employees (current or former) that Mr. Garry authored or otherwise contributed to non-privileged discussion or drafting of the document ("Garry Documents"). The

---

[1] *See, e.g., California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Ct.) (order entered Dec, 6, 2024); *FTC v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC, Dkt. No. 337 (W.D. Wash.); *Mbadiwe et al. v. Amazon.com, Inc.*, Dkt. No. 69 No. 1:22-cv-9542-VSB (S.D.N.Y.).

STIP. MOT. & ORDER RE GARRY DEPOSITION - 1
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC;
No. 2:22-cv-00965-JHC; No. 2:23-cv-01495-JHC)

Da

Parties will confer in good faith concerning any disputes that arise during the deposition about this paragraph.

2. Pursuant to Fed. R. Evid. 502(d) and subject to the limitations in this paragraph and paragraph (3), no statement made by Mr. Garry during the deposition, nor use of, discussion of, or reference to any document or exhibit during Mr. Garry's deposition, shall, for the purposes of this proceeding or any other federal or state proceeding, constitute an independent basis for waiver by Amazon of any privilege or protection applicable to the subject or substance of his response, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.  For avoidance of doubt, this non-waiver provision does not limit Private Plaintiffs' or Coordinated Parties' use of Mr. Garry's testimony in any context for reasons other than asserting a privilege waiver against Amazon.  This order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).  The provisions of Federal Rule of Evidence 502(b) do not apply to this order.

3. Amazon agrees that it will not affirmatively cite, quote from, reference or elicit testimony (during the deposition or later, including via sworn statements) from Mr. Garry on substantive topics where Amazon objects on the basis of privilege and instructs Mr. Garry not to answer.  For the avoidance of doubt, nothing in this stipulation limits Amazon's ability to submit a declaration from Mr. Garry to support any privilege dispute being resolved by the Special Master or the Court.  Amazon further agrees that the non-waiver provision of paragraph (2) above shall not apply to testimony provided during Amazon's counsel's questioning of Mr. Garry during the deposition, if any.

STIP. MOT. & ORDER RE GARRY DEPOSITION - 2
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC;
No. 2:22-cv-00965-JHC; No. 2:23-cv-01495-JHC)

Da

| | | |
|---|---|---|
| 1 | DATED August 22, 2025. | Respectfully submitted, |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | By: /s/ *Steve W. Berman* |
| 4 | |     Steve W. Berman, WSBA #12536) |
| 5 | | By: /s/ *Barbara A. Mahoney* |
| 6 | |     Barbara A. Mahoney, WSBA #31845) |

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
Email: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: ajd@kellerpostman.com
Email: shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Steig D. Olson*
    Steig D. Olson (*pro hac vice*)

STIP. MOT. & ORDER RE GARRY DEPOSITION - 3
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC;
No. 2:22-cv-00965-JHC; No. 2:23-cv-01495-JHC)

Da

David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

By: */s/ Susan A. Musser*
Susan A. Musser (*pro hac vice*)
Edward H. Takashima (*pro hac vice*)
Michael Baker (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2122 (Musser)
           (202) 326-2464 (Takashima)
Email: smusser@ftc.gov
Email: etakashima@ftc.gov
Email: mbaker1@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission and on behalf of the Plaintiff States*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610

STIP. MOT. & ORDER RE GARRY DEPOSITION - 4
(NO. 2:20-CV-00424-JHC; NO. 2:21-CV-00693-JHC;
NO. 2:22-CV-00965-JHC; NO. 2:23-CV-01495-JHC)

Da

|   |   |
|---|---|
| 1 | Telephone: (206) 622-3150 |
| 2 | Email: johngoldmark@dwt.com |
|   | Email: maryannalmeida@dwt.com |
| 3 | Email: emilyparsons@dwt.com |

<pre>
                           Telephone: (206) 622-3150
                           Email: johngoldmark@dwt.com
                           Email: maryannalmeida@dwt.com
                           Email: emilyparsons@dwt.com

                       DUNN ISAACSON RHEE LLP

                           Karen L. Dunn (*pro hac vice*)
                           William A. Isaacson (*pro hac vice*)
                           Amy J. Mauser (*pro hac vice*)
                           Kyle Smith (*pro hac vice*)
                           401 Ninth Street, NW
                           Washington, DC 20004-2637
                           Telephone: (202) 240-2900
                           Email: kdunn@dirllp.com
                           Email: wisaacson@dirllp.com
                           Email: amauser@dirllp.com
                           Email: ksmith@dirllp.com

                           Meredith Dearborn (*pro hac vice*)
                           345 California Street, Suite 600
                           San Francisco, CA  94104-2671
                           Email: mdearborn@dirllp.com

                       *Attorneys for Amazon.com, Inc.*


                       MORGAN, LEWIS & BOCKIUS LLP

                       By: */s/ Patty A. Eakes*
                           Patty A. Eakes, WSBA #18888
                           Molly A. Terwilliger, WSBA #28449
                           1301 Second Avenue, Suite 3000
                           Seattle, WA 98101
                           Telephone: (206) 274-6400
                           Email: patty.eakes@morganlewis.com
                           Email: molly.terwilliger@morganlewis.com

                       WILLIAMS & CONNOLLY LLP

                           Heidi K. Hubbard (*pro hac vice*)
                           John E. Schmidtlein (*pro hac vice*)
                           Kevin M. Hodges (*pro hac vice*)
                           Jonathan B. Pitt (*pro hac vice*)
                           Edward C. Reddington (*pro hac vice*)
                           Carl R. Metz (*pro hac vice*)
                           Carol J. Pruski (*pro hac vice*)
</pre>

Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com
Email: emilyparsons@dwt.com

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA  94104-2671
Email: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Patty A. Eakes*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 274-6400
Email: patty.eakes@morganlewis.com
Email: molly.terwilliger@morganlewis.com

WILLIAMS & CONNOLLY LLP

Heidi K. Hubbard (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Kevin M. Hodges (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)
Carl R. Metz (*pro hac vice*)
Carol J. Pruski (*pro hac vice*)

STIP. MOT. & ORDER RE GARRY DEPOSITION - 5
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC;
No. 2:22-cv-00965-JHC; No. 2:23-cv-01495-JHC)

Da

Katherine Trefz (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email: hhubbard@wc.com
Email: jschmidtlein@wc.com
Email: khodges@wc.com
Email: jpitt@wc.com
Email: ereddington@wc.com
Email: cmetz@wc.com
Email: cpruski@wc.com
Email: ktrefz@wc.com

COVINGTON & BURLING LLP

Thomas O. Barnett (*pro hac vice*)
Derek Ludwin (*pro hac vice*)
Kate Mitchell-Tombras (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5407
Email: tbarnett@cov.com
Email: dludwin@cov.com
Email: kmitchelltombras@cov.com

*Attorneys for Defendant Amazon.com, Inc*

STIP. MOT. & ORDER RE GARRY DEPOSITION - 6
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC;
No. 2:22-cv-00965-JHC; No. 2:23-cv-01495-JHC)

Da

IT IS SO ORDERED this 22nd day of August, 2025.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

STIP. MOT. & ORDER RE GARRY DEPOSITION - 7
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC;
No. 2:22-cv-00965-JHC; No. 2:23-cv-01495-JHC)

Da