1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, | Case No. 2:21-cv-00693-JHC |
| Plaintiffs, | **STIPULATED MOTION AND ORDER REGARDING SEALING OF SPECIAL MASTERS ORDERS** |
| v. | |
| AMAZON.COM, INC., | **NOTE ON MOTION CALENDAR: September 15, 2025** |
| Defendant. | |
| DEBORAH FRAME-WILSON, *et al.*, | Case No. 2:20-cv-00424-JHC |
| Plaintiffs, | |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |
| CHRISTOPHER BROWN, *et al.*, | Case No. 2:22-cv-00965-JHC |
| Plaintiffs, | |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Stip. Mot. & Order re Sealing of Special Master's Orders
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC)

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the Parties in the above-captioned actions, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on July 7, 2025, the Court granted Defendant Amazon.com., Inc.'s Motion to Appoint a Special Discovery Master to Address Privilege Disputes in the above-captioned actions and authorized a special master to "enter orders necessary for the prompt and efficient resolution of any assigned disputes";

WHEREAS, on July 9, 2025, the Court granted the Parties' stipulated motion for appointment of Judge Laporte as special master in the above-captioned actions;

WHEREAS, on September 12, 2025, Judge Laporte directed the Parties to file with the Court the following orders ("Special Master's Orders"):

 a. Special Master's Order Re Clawback Standard;

 b. Special Master's Order Re PL Emergency Deposition;

 c. Special Master's Order Re Second Emergency Deposition;

 d. Special Master's Order Re PL First Submission;

 e. Special Master's Order Re PL Second Submission;

 f. Special Master's Order Re PL Third Submission;

 g. Special Master's Order Re PL Fourth Submission;

 h. Special Master's Order Re PL Fifth Submission;

 i. Special Master's Order Re PL Seventh Submission;

 j. Special Master's Order Re PL Eighth Submission; and

 k. Special Master's Order Re PL Ninth Submission.

WHEREAS, the Special Master's Orders quote from or describe in detail information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon.

THEREFORE, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court and the Parties pursuant to LCR

7(d)(1) and 10(g), the Parties and their respective counsel hereby stipulate and agree to the following procedure for filing and sealing in connection with the Special Master's Orders, subject to the Court's approval:

1.    Pursuant to the agreed-upon procedure and Local Civil Rule 5(h), the Parties will meet and confer and, as appropriate, file (1) public versions of the Special Masters Orders, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3) within 21 days after the filing of the Special Master's Orders provisionally under seal.

2.    This procedure applies to the Special Master's Orders listed in this stipulation and any future orders or other documents prepared by the Special Master and filed by the Parties at her direction which may include Confidential or Highly Confidential-Attorneys' Eyes Only material.

IT IS SO STIPULATED.

DATED this 15th day of September, 2025.

DAVIS WRIGHT TREMAINE LLP

By: /s/  *John A. Goldmark*
       John A. Goldmark, WSBA #40980
       MaryAnn Almeida, WSBA #49086
       Emily Parsons, WSBA #57061
       920 Fifth Avenue, Suite 3300
       Seattle, WA 98104-1610
       Telephone: (206) 622-3150
       Email: JohnGoldmark@dwt.com
       Email: MaryAnnAlmeida@dwt.com
       Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP

By: /s/  *Karen L. Dunn*
       Karen L. Dunn (pro hac vice)
       William A. Isaacson (pro hac vice)
       Amy J. Mauser (pro hac vice)
       Kyle Smith (pro hac vice)
       401 Ninth Street, NW
       Washington, DC 20004-2637
       Telephone: (202) 240-2900

Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn
345 California Street, Suite 600
San Francisco, CA 94104-2671
Email: mdearborn@dirllp.com

*Attorneys for Defendant Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/  *Steve W. Berman*
    Steve W. Berman, WSBA #12536
    Barbara A. Mahoney, WSBA #31845
    Kelly Fan, WSBA #56703
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292
    Email: steve@hbsslaw.com
    Email: barbaram@hbsslaw.com

    Anne F. Johnson (*pro hac vice*)
    594 Dean Street, Suite 24
    Brooklyn, NY 11238
    Telephone: (718) 916-3520
    Email: annej@hbsslaw.com

KELLER POSTMAN LLC

By: /s/  *Zina G. Bash*
    Zina G. Bash (*pro hac vice*)
    111 Congress Avenue, Suite 500
    Austin, TX 78701
    Telephone: (512) 690-0990
    Email: zina.bash@kellerpostman.com

    Jessica Beringer (*pro hac vice*)
    Alex Dravillas (*pro hac vice*)
    Shane Kelly (*pro hac vice*)
    150 North Riverside Plaza, Suite 4100
    Chicago, IL 60606
    Telephone: (312) 741-5220
    Email: jessica.beringer@kellerpostman.com
    Email: ajd@kellerpostman.com

1

Email: shane.kelly@kellerpostman.com

2

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
3

Washington, D.C., 20036
Telephone: 202-918-1123
4

E-mail: Roseann.Romano@kellerpostman.com

5

*Co-Lead Class Counsel for the De Coster Class*
*and Interim Co-Lead Counsel for Plaintiffs and*
6

*the proposed Classes in Frame-Wilson and*
*Brown*
7

8

QUINN EMANUEL URQUHART & SULLIVAN,
9

LLP

10

By: /s/  Steig D. Olson
11

    Steig D. Olson (*pro hac vice*)
    David D. LeRay (*pro hac vice*)
12

    Nic V. Siebert (*pro hac vice*)
    Maxwell P. Deabler-Meadows (*pro hac vice*)
13

    Elle Mahdavi (*pro hac vice*)
    295 Fifth Ave.
14

    New York, NY 10016
    Telephone: (212) 849-7000
15

    Email: steigolson@quinnemanuel.com
    Email: davidleray@quinnemanuel.com
16

    Email: nicolassiebert@quinnemanuel.com
    Email: maxmeadows@quinnemanuel.com
17

18

    Adam B. Wolfson (*pro hac vice*)
19

    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017-2543
20

    Telephone: (213) 443-3000
    Email: adamwolfson@quinnemanuel.com
21

22

*Executive Counsel for the De Coster Class and*
*Interim Executive Committee for Plaintiffs and*
23

*the Proposed Classes in Frame-Wilson and*
*Brown*
24

25

26

27

Stip. Mot. & Order re Sealing of Special Master's Orders
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC) - 4

1

## **ORDER**

2          The Court GRANTS the Parties' stipulated motion.  The Parties shall have 21 days after

3   the filing of the provisionally sealed Special Masters Orders to (1) file public versions of the

4   Special Master Orders, with necessary redactions, and (2) file corresponding motion(s) to seal

5   pursuant to LCR 5(g)(3).  It is further ORDERED that this procedure applies to the Special

6   Master's Orders listed in the parties' stipulated motion and any future orders or other documents

7   prepared by the Special Master and filed by the Parties at her direction which may include

8   Confidential or Highly Confidential-Attorneys' Eyes Only material.

9          IT IS SO ORDERED this 15th day of September, 2025.

10

11                                              _John H. Chun_____

12                                              John H. Chun
                                                United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27