1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

No. 2:20-cv-00424-JHC

**STIPULATED MOTION AND ORDER REGARDING EBAY DATA PRODUCTION POST–CLASS CERTIFICATION**

**NOTE ON MOTION CALENDAR:**
October 13, 2025

**WHEREAS,** Plaintiffs bring the above-captioned action against Amazon.com, Inc., ECF No. 165.

**WHEREAS,** on April 14, 2023, Plaintiffs served a subpoena on eBay Inc. ("eBay"), containing, among other requests, Request for Production No. 17 seeking historical transaction-level sales data;

**WHEREAS,** eBay has objected on the grounds of proportionality and undue burden to producing all responsive transaction-level sales data responsive to Request for Production No. 17, among other reasons;

**WHEREAS**, eBay and Plaintiffs negotiated in good faith for several months about the scope of data that would be reasonable and proportional for eBay to produce in response to Request for Production No. 17, with each party preserving their respective positions;

**WHEREAS,** Plaintiffs agreed to accept from eBay a set of responsive transaction-level sales data and associated product, category, and seller crosswalk data before their motion for class certification is ruled upon, expressly reserving their right to seek additional data responsive to Request for Production No. 17 after the Court rules on Plaintiffs' motion for class certification;

**WHEREAS,** eBay produced the agreed-to set of responsive transaction-level sales data referenced above, expressly reserving its right to object to producing additional data;

**WHEREAS,** in a letter dated August 15, 2025, after working to narrow their request Plaintiff made a compromise proposal requesting that eBay produce a sample of aggregated data pursuant to Request for Production No. 17, while expressly reserving the right to seek additional transactions data responsive to Request for Production No. 17 from eBay, including after the Court rules on Plaintiffs' motion for class certification in *Frame-Wilson*, but subsequently withdrew the August 15, 2025 proposal during a meet and confer call on September 9, 2025.

**WHEREAS,** pursuant to Court Order, the deadline for fact discovery in this action is October 22, 2025. ECF No. 361.

**WHEREAS,** pursuant to Court Order, Plaintiffs' Reply in Support of Motion to Certify Class is due November 7, 2025. ECF No. 350.

STIPULATED MOTION AND ORDER - 1
Case Nos. 2:20-cv-00424-JHC

1  **WHEREAS,** the Court will issue its ruling on Plaintiffs' motion for class certification after the close of fact discovery.

**WHEREAS,** Plaintiffs and eBay seek leave of Court to defer any dispute concerning whether, and to what extent, eBay has satisfied its production obligations under Request for Production No. 17 until 30 days after the Court issues its ruling on Plaintiffs' motion for class certification.

**WHEREAS,** Plaintiffs sought Amazon's position regarding the relief requested in this stipulated motion and Amazon does not oppose.

**NOW, THEREFORE**, Plaintiffs and eBay stipulate and agree as follows:

1. Good cause exists for a limited extension of fact discovery to defer any dispute concerning whether, and to what extent, eBay has satisfied its production obligations under Request for Production No. 17 until 30 days after the Court issues its ruling on Plaintiffs' motion for class certification.

2. eBay will not assert any argument, before this or any court, that a motion to compel additional transaction-level sales data in response to Request for Production No. 17 filed by Plaintiffs after the Court's ruling on class certification in the above-captioned action is untimely because it is filed after the close of fact discovery.

3. Plaintiffs and eBay respectively reserve their rights under Fed. R. Civ. P. 45 and all other rights and objections concerning the scope, burden, relevance, and/or proportionality of Plaintiffs' discovery request to eBay concerning responsive transaction-level sales data.

1  DATED: October 13, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
By: *Kelly Fan*
    Kelly Fan, WSBA No. 56703
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail:    steve@hbsslaw.com
            barbaram@hbsslaw.com
            kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail:    annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail:    zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
E-mail:    jessica.beringer@kellerpostman.com
            shane.kelly@kellerpostman.com
            ajd@kellerpostman.com

STIPULATED MOTION AND ORDER - 3
Case Nos. 2:20-cv-00424-JHC

|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  |                                                                                      |
| 2  | Roseann R. Romano (*pro hac vice*)                                                   |
|    | 1101 Connecticut Avenue, N.W., Suite 1100                                            |
| 3  | Washington, D.C., 20036                                                              |
|    | Telephone: (202) 918-1123                                                            |
| 4  | E-mail:   Roseann.Romano@kellerpostman.com                                           |

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *Aaron Brecher*
    Aaron Brecher (WSBA No. 47212)
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 839-4332
Email: abrecher@orrick.com

Robert L. Uriarte
ORRICK, HERRINGON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 289-7105
Email: ruriarte@orrick.com

*Counsel for Nonparty eBay, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2025, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman

IT IS SO ORDERED this 15th day of October, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE