# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

    Defendant.

NO. 2:20-cv-00424-JHC

ORDER GRANTING WALMART INC.'S UNOPPOSED MOTION FOR LIMITED INTERVENTION

**NOTE ON MOTION CALENDAR: OCTOBER 20, 2025**

THIS MATTER comes before the Court on Walmart Inc.'s (Walmart) Unopposed Motion for Limited Intervention. Dkt. # 405.

The Court has considered the pleadings filed and the record in this case, and therefore deems itself fully advised. Based on the pleadings submitted,

IT IS HEREBY ORDERED that Walmart's Unopposed Motion to Intervene is GRANTED.

DATED this 21st day of October, 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING WALMART INC.'S UNOPPOSED MOTION
FOR LIMITED INTERVENTION - 1
(Case No. 2:20-cv-00424-JHC)