UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | No. 2:20-cv-00424-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING CERTAIN DISCOVERY RESPONSES**<br><br>NOTE ON MOTION CALENDAR:<br>October 21, 2025 |
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | No. 2:21-cv-00693-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | No. 2:22-cv-00965-JHC |

**WHEREAS**, Plaintiffs in the above-captioned matters moved on July 3, 2025 to compel Defendant Amazon.com ("Amazon") to produce documents and information in response to Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production, and the Court granted Plaintiffs' motion on August 8, 2025. *De Coster*, Dkt. 410;

**WHEREAS**, Amazon and Plaintiffs (collectively herein, the "Parties") have met and conferred multiple times in order to identify and narrow potential disagreements on, amongst other topics, the scope of Amazon's required response including custodians and information responsive to Plaintiffs' requests;

**WHEREAS**, on August 22, 2025, Amazon served its Second Set of Interrogatories and Third Set of Requests for Production of Documents, seeking discovery from Plaintiffs;

**WHEREAS**, Plaintiffs served responses and objections on September 22, 2025, and the Parties have met and conferred regarding potential disagreements on, amongst other topics, the scope of Plaintiffs' required response;

**WHEREAS**, the Parties continue to meet and confer about Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production to Amazon and Amazon's Second Set of Interrogatories and Third Set of Requests for Production of Documents to Plaintiffs, and acknowledge the potential for discovery disputes regarding the Parties' respective disclosures and productions in response to such requests;

**WHEREAS**, on September 19, 2025, Plaintiffs served two notices to take the depositions of a former Amazon employee relevant to the issues raised in Plaintiffs' July 3 motion to compel and the person who verifies Amazon's responses to Plaintiffs' Fourth Set of Interrogatories;

**WHEREAS**, the Parties want to continue meeting and conferring in an attempt to narrow any disputes regarding the substance and/or timing of the Parties' respective responses and associated issues, but the additional time needed to continue their discussions would mean that any motions to compel would be filed after the fact discovery deadline on October 22, 2025;

The Parties therefore agree as follows:

1. The October 22, 2025 fact discovery deadline shall be extended only for the

specifically enumerated purposes of discovery, informal or formal privilege challenges before the Special Master, and discovery motions related to the subject matter of: Plaintiffs' Motion to Compel; Amazon's production of documents and information in response to Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production; and Amazon's corresponding privilege log(s); Plaintiffs' requested deposition of the verifier; Amazon's Second Set of Interrogatories and Third Set of Requests for Production of Documents; Plaintiffs' production of documents and information in response to Amazon's Second Set of Interrogatories and Third Set of Requests for Production; any discovery or discovery motions related thereto; and Plaintiffs' corresponding privilege log;

2. The Parties will continue to meet and confer about the issues identified in paragraph 1 above and will file, by October 28, 2025, a separate stipulated motion and proposed order establishing deadlines by which the Parties shall (a) complete their respective productions and provide an associated privilege log, and (b) raise any discovery disputes regarding the topics identified in paragraph 1; and

3. The parties agree to bring any motions to compel regarding the topics identified in paragraph 1 above in accordance with LCR 37(a)(2).

DATED October 21, 2025.   Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: */s/ Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

|   |   |
|---|---|
| 1 | Anne F. Johnson (*pro hac vice*) |
| 2 | 594 Dean Street, Suite 24 |
|   | Brooklyn, NY 11238 |
| 3 | Telephone: (718) 916-3520 |
|   | E-mail: annej@hbsslaw.com |
| 4 |   |
|   | KELLER POSTMAN LLC |
| 5 |   |
| 6 | Zina G. Bash (*pro hac vice*) |
|   | 111 Congress Avenue, Suite 500 |
| 7 | Austin, TX, 78701 |
|   | Telephone: (512) 690-0990 |
| 8 | E-mail: zina.bash@kellerpostman.com |

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: ajd@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

*Co-Lead Class Counsel for the De Coster Class and Interim Co-Lead Counsel for Plaintiffs and the proposed Classes in Frame-Wilson and Brown*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

STIP. MOT. & ORDER RE CERTAIN DISCOVERY - 3
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC;
No. 2:22-cv-00965-JHC)

Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the De Coster Class and Interim Executive Committee for Plaintiffs and the Proposed Classes in Frame-Wilson and Brown*

DUNN ISAACSON RHEE LLP

By */s/ Karen L. Dunn*
    Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail: amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA  94104-2671
Telephone: (202) 240-2900
E-mail: mdearborn@dirllp.com

DAVIS WRIGHT TREMAINE LLP

John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

*Attorneys for Amazon.com, Inc.*

1  IT IS SO ORDERED.

2

3  October 21, 2025                    *John H. Chun*
4  DATED                               JOHN H. CHUN
                                       UNITED STATES DISTRICT JUDGE

STIP. MOT. & ORDER RE CERTAIN DISCOVERY - 5
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC;
No. 2:22-cv-00965-JHC)