UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING SEALING OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**NOTE ON MOTION CALENDAR: October 22, 2025** |
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC |

STIP. MOT. & ORDER RE SEALING OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC; No. 2:22-cv-00965-JHC)

The Parties anticipate that the upcoming briefing on Plaintiffs' motion for attorneys' fees and costs, declarations, and exhibits will quote from and/or describe in detail a significant amount of information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by any Party. Accordingly, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court, the Parties, pursuant to LCR 7(d)(1) and 10(g), and their respective counsel, hereby stipulate and agree to the following procedure for filing and sealing in connection with the supplemental motion to compel briefing, subject to the Court's approval.

1. Pursuant to LCR 5(g)(2), each Party will provisionally file under seal its briefs (including any opening, response, and reply briefs), declarations, exhibits, and all other evidence and declarations on which that Party relies (collectively, "Fee Motion Papers") which contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by any Party.

2. Within two weeks of the filing of Plaintiffs' reply brief, pursuant to LCR 5(g), the Parties will meet and confer and, as appropriate, file (1) public versions of their Fee Motion Papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3). The Party seeking to maintain material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal associated with the Parties' Fee Motion Papers.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

|    |                              |                                                           |
|----|------------------------------|-----------------------------------------------------------|
| 1  | DATED October 22, 2025.      | Respectfully submitted,                                   |
| 2  |                              | HAGENS BERMAN SOBOL SHAPIRO LLP                           |
| 3  |                              |                                                           |
| 4  |                              | By /s/ *Steve W. Berman*                                  |
|    |                              | Steve W. Berman (WSBA No. 12536)                          |
| 5  |                              | By /s/ *Barbara A. Mahoney*                               |
|    |                              | Barbara A. Mahoney (WSBA No. 31845)                       |
| 6  |                              | By /s/ *Kelly Fan*                                        |
|    |                              | Kelly Fan (WSBA No. 56703)                                |
| 7  |                              | 1301 Second Avenue, Suite 2000                            |
|    |                              | Seattle, WA 98101                                         |
| 8  |                              | Telephone: (206) 623-7292                                 |
|    |                              | Facsimile:  (206) 623-0594                                |
| 9  |                              | E-mail: steve@hbsslaw.com                                 |
|    |                              | E-mail: barbaram@hbsslaw.com                              |
| 10 |                              | E-mail: kellyf@hbsslaw.com                                |
| 11 |                              |                                                           |
|    |                              | Anne F. Johnson (*pro hac vice*)                          |
| 12 |                              | 594 Dean Street, Suite 24                                 |
|    |                              | Brooklyn, NY 11238                                        |
| 13 |                              | Telephone: (718) 916-3520                                 |
|    |                              | E-mail: annej@hbsslaw.com                                 |
| 14 |                              |                                                           |
| 15 |                              | KELLER POSTMAN LLC                                        |
| 16 |                              | Zina G. Bash (*pro hac vice*)                             |
|    |                              | 111 Congress Avenue, Suite 500                            |
| 17 |                              | Austin, TX 78701                                          |
|    |                              | Telephone: (512) 690-0990                                 |
| 18 |                              | E-mail: zina.bash@kellerpostman.com                       |
| 19 |                              | Jessica Beringer (*pro hac vice*)                         |
| 20 |                              | Shane Kelly (*pro hac vice*)                              |
|    |                              | Alex Dravillas (*pro hac vice*)                           |
| 21 |                              | 150 North Riverside Plaza, Suite 4100                     |
|    |                              | Chicago, IL 60606                                         |
| 22 |                              | Telephone: (312) 741-5220                                 |
|    |                              | E-mail: Jessica.Beringer@kellerpostman.com                |
| 23 |                              | E-mail: shane.kelly@kellerpostman.com                     |
|    |                              | E-mail: ajd@kellerpostman.com                             |
| 24 |                              |                                                           |
| 25 |                              |                                                           |
| 26 |                              |                                                           |
| 27 |                              |                                                           |

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 918-1123
E-mail: Roseann.Romano@kellerpostman.com

*Co-Lead Class Counsel for the De Coster Class and Interim Co-Lead Counsel for Plaintiffs and the proposed Classes in Frame-Wilson and Brown*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the De Coster Class and Interim Executive Committee for Plaintiffs and the Proposed Classes in Frame-Wilson and Brown*

DAVIS WRIGHT TREMAINE LLP

/s/ *John A. Goldmark (with permission)*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8136
Facsimile:  (206) 757-7136
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, D.C. 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail: amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
E-mail: mdearborn@dirllp.com

*Attorneys for Defendant Amazon.com, Inc.*

IT IS SO ORDERED.

October 23, 2025.
Dated

*[signature: John H. Chun]*
John H. Chun
United States District Judge