UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING CERTAIN DISCOVERY RESPONSES**<br><br>**NOTE ON MOTION CALENDAR: October 28, 2025** |
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC |

STIP. MOT. &ORDER RE CERTAIN DISCOVERY
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC; No. 2:22-cv-00965-JHC)

**WHEREAS**, the parties are still meeting and conferring about Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production to Amazon and Amazon's Second Set of Interrogatories and Third Set of Requests for Production of Documents to Plaintiffs;

**WHEREAS**, on October 21, 2025, the Court granted the Parties' stipulated motion extending the fact discovery deadline for the purposes of discovery, privilege challenges, and discovery motions pertaining to Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production to Amazon and Amazon's Second Set of Interrogatories and Third Set of Requests for Production of Documents to Plaintiffs (*Frame-Wilson*, Dkt. No. 411);

**WHEREAS**, the Court's October 21, 2025 Order requires the Parties to submit, by October 28, 2025, a stipulated motion and proposed order establishing deadlines by which the Parties will (a) complete their respective productions and provide an associated privilege log, and (b) raise any discovery disputes pertaining to the topics identified in the Order (*id.*);

The Parties therefore agree as follows:

1. The Parties will use best efforts to agree on the scope of Amazon's search for documents and information responsive to Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production by November 4, 2025.

2. If the Parties agree on the scope of Amazon's search by November 4, 2025, Amazon shall, by November 14, 2025: (a) substantially complete its document production, including all documents produced in connection with final privilege determinations; and (b) provide verified supplemental responses to Plaintiffs' Fourth Set of Interrogatories; and, by November 21, 2025: (c) provide to Plaintiffs a privilege log that logs every document responsive to Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production but withheld from production on the basis of attorney-client or work product protection, regardless of date. For the avoidance of doubt, Amazon does not need to provide a privilege log that logs documents that have been redacted on the basis of attorney-client or work product protection.

3. If the Parties cannot agree on the scope of Amazon's search for documents and information by November 4, 2025, Plaintiffs will promptly file a motion to enforce the Court's

August 8, 2025 Order (*Frame-Wilson*, Dkt. No. 371), pursuant to the LCR 37(a)(2) process. If such a motion to enforce is necessary, the Parties will negotiate a separate deadline by which any remaining disputes regarding the topics identified in paragraph 1 of the Court's October 21, 2025 Order must be filed by Plaintiffs.

4. If the Parties agree on the scope of Amazon's search for documents and information by November 4, 2025, Plaintiffs shall file, by December 15, 2025, any motions to compel or enforce the Court's August 8, 2025 Order, pursuant to the LCR 37(a)(2) process, regarding the topics identified in paragraph 1 of the Court's October 21, 2025 Order.

5. Plaintiffs shall provide to Amazon any supplemental responses to Amazon's Second Set of Interrogatories and Third Set of Requests for Production of Documents by October 31, 2025.

6. Plaintiffs shall produce any non-privileged, responsive documents they agree to produce in response to Amazon's Third Set of Requests for Production of Documents by November 7, 2025.

7. Amazon shall file, by December 15, 2025, any motion to compel, pursuant to the LCR 37(a)(2) process, regarding the topics identified in paragraph 1 of the Court's October 21, 2025 Order.

8. For the avoidance of doubt, although the Parties agree to utilize the joint motion procedure, each Party shall be the moving party and file their own joint motion with respect to the discovery they served on the opposing Party.

| | | |
|---|---|---|
| 1 | DATED October 28, 2025. | Respectfully submitted, |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | By: */s/ Steve W. Berman* |
| 4 | |     Steve W. Berman (WSBA No. 12536) |
| | | By: */s/ Barbara A. Mahoney* |
| 5 | |     Barbara A. Mahoney (WSBA No. 31845) |

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: ajd@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

*Co-Lead Class Counsel for the De Coster Class and Interim Co-Lead Counsel for Plaintiffs and the proposed Classes in Frame-Wilson and Brown*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the De Coster Class and Interim Executive Committee for Plaintiffs and the Proposed Classes in Frame-Wilson and Brown*

DUNN ISAACSON RHEE LLP

By */s/ Karen L. Dunn*
    Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail: amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA  94104-2671
Telephone: (202) 240-2900
E-mail: mdearborn@dirllp.com

|   |   |
|---|---|
| 1 | DAVIS WRIGHT TREMAINE LLP |
| 2 | John A. Goldmark, WSBA # 40980 |
|   | MaryAnn Almeida, WSBA #49086 |
| 3 | 920 Fifth Avenue, Suite 3300 |
|   | Seattle, WA 98104-1610 |
| 4 | Telephone: (206) 622-3150 |
|   | Email: johngoldmark@dwt.com |
| 5 | Email: maryannalmeida@dwt.com |

*Attorneys for Amazon.com, Inc.*

STIP. MOT. & ORDER RE CERTAIN DISCOVERY - 5
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC; No. 2:22-cv-00965-JHC)

1 | IT IS SO ORDERED.

October 29, 2025
DATED

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE