UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR AMAZON'S *DAUBERT* REPLY IN CONNECTION WITH PLAINTIFFS' CLASS CERTIFICATION MOTION**<br><br>**NOTE ON MOTION CALENDAR:**<br>October 29, 2025 |

**STIPULATION**

1. The Court set the deadline for Amazon's *Daubert* reply in connection with Plaintiffs' motion for class certification for December 15, 2025. *See* ECF No. 350.

2. Good cause exists to extend the deadline for Amazon's reply to January 5, 2026. An extension is necessary to accommodate Professor Pathak's teaching schedule, allow for the scheduling of his deposition on a mutually workable date, and ensure that Amazon is not required to file its brief during the holiday period.

3. The Parties therefore propose the following revised deadline:

| Filing | Current | Proposed |
| --- | --- | --- |
| Amazon's Reply in Support of Amazon's *Daubert* Motion | December 15, 2025 | January 5, 2026 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED October 29, 2025.                     Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
   Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

1  
2  Anne F. Johnson (*pro hac vice*)  
3  594 Dean Street, Suite 24  
   Brooklyn, NY 11238  
4  Telephone: (718) 916-3520  
   E-mail: annej@hbsslaw.com  
5  
   KELLER POSTMAN LLC  
6  
   Zina G. Bash (*pro hac vice*)  
7  111 Congress Avenue, Suite 500  
   Austin, TX, 78701  
8  Telephone: (512) 690-0990  
   E-mail: zina.bash@kellerpostman.com  
9  
   Jessica Beringer (*pro hac vice*)  
10 Shane Kelly (*pro hac vice*)  
   Alex Dravillas (*pro hac vice*)  
11 150 North Riverside Plaza, Suite 4100  
   Chicago, Illinois 60606  
12 Telephone: (312) 741-5220  
   E-mail: jessica.beringer@kellerpostman.com  
13 E-mail: shane.kelly@kellerpostman.com  
   Email: ajd@kellerpostman.com  
14  
15 Roseann Romano (*pro hac vice*)  
   1101 Connecticut Avenue, N.W., Suite 1100  
16 Washington, DC 20036  
   Telephone: (202) 983-5484  
17 E-mail: roseann.romano@kellerpostman.com  
18  
   *Interim Co-Lead Counsel for Plaintiffs and the*  
19 *proposed Class*  
20 QUINN EMANUEL URQUHART &  
   SULLIVAN, LLP  
21  
22 Steig D. Olson (*pro hac vice*)  
   David D. LeRay (*pro hac vice*)  
23 Nic V. Siebert (*pro hac vice*)  
   Maxwell P. Deabler-Meadows (*pro hac vice*)  
24 Elle Mahdavi (*pro hac vice*)  
   295 5th Avenue, 9th Floor  
25 New York, NY 10016  
   Telephone: (212) 849-7000  
26 Email: steigolson@quinnemanuel.com  
   Email: davidleray@quinnemanuel.com  
27  

STIPULATED MOTION AND ORDER  
TO EXTEND DEADLINE FOR AMAZON'S  
DAUBERT REPLY- 2  
NO. 2:20-CV-00424-JHC

Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

DUNN ISAACSON RHEE LLP
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
Email:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California St
Ste 600
Telephone:  (202) 240-2900
San Francisco, CA 94104-2671

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE FOR AMAZON'S
DAUBERT REPLY- 3
NO. 2:20-CV-00424-JHC

# **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 29, 2025

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE FOR AMAZON'S
DAUBERT REPLY- 4
No. 2:20-cv-00424-JHC