UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING AMAZON.COM, INC.'S UNOPPOSED THIRD MOTION TO SEAL SPECIAL MASTER'S ORDERS** |
| DEBORAH FRAME-WILSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:22-cv-00965-JHC |

1     This matter comes before the Court on Amazon's Unopposed Third Motion to Seal Special Master's Orders. The Court, having considered the Unopposed Motion and all other papers submitted, and for good cause shown, GRANTS the Motion and ORDERS that the redacted version of Special Master's Order in Exhibit 1 be filed in the public record as identified.

    IT IS SO ORDERED this 30th day of October, 2025.

*[signature: John H. Chun]*

John H. Chun
UNITED STATES DISTRICT JUDGE