HON. JOHN H. CHUN

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9
10
11

Case No. 2:20-cv-00424-JHC

12

**NOTICE OF WITHDRAWAL OF COUNSEL**

13 DEBORAH FRAME-WILSON, *et al.,* on behalf of themselves and all others similarly situated,

14
15                                                                 Plaintiffs,

16            v.

17  AMAZON.COM, INC., a Delaware corporation,

18
19                                                                 Defendant.

20        TO: CLERK OF COURT

21        AND TO:  All parties of record and their counsel

22        PLEASE TAKE NOTICE that Krishna Shah *pro hac vice*, of Quinn Emanuel Urquhart &

23 Sullivan, LLP, hereby withdraws as counsel of record on behalf of Plaintiffs in the above-captioned

24 matter.  Plaintiffs remain represented by Matthew Hosen of Quinn Emanuel Urquhart & Sullivan,

25 LLP; additional *pro hac vice* counsel Steig D. Olson, Adam B. Wolfson, David D. LeRay, Maxwell

26 P. Deabler-Meadows, Nicolas V. Siebert, Elle Mahdavi and Emily M. Steirman of Quinn Emanuel

27 Urquhart & Sullivan, LLP; and additional counsel from Hagens Berman Sobol Shapiro LLP; and

28 Keller Postman LLC who have entered appearances.

NOTICE OF WITHDRAWAL.
CASE NO. 2:20-cv-00424-JHC

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7004

DATED this 14th Day of November, 2025.

WITHDRAWING COUNSEL:

  */s/ Krishna Shah*
  Krishna Shah

SELECT REMAINING COUNSEL:

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: */s/ Matthew S. Hosen*
Matthew S. Hosen, WSBA # 54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7004
E-mail: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Nicolas V. Siebert (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
Emily M. Steirman (*pro hac vice*)
295 Park Avenue, 9th Floor
New York, NY 10010
Telephone: (212) 849-7000
E-mail: steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
maxmeadows@quinnemanuel.com
nicolassiebert@quinnemanuel.com
ellemahdavi@quinnemanuel.com
emilysteirman@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
E-mail: adamwolfson@quinnemanuel.com

*Executive Class Counsel*

NOTICE OF WITHDRAWAL.
CASE NO. 2:20-cv-00424-JHC

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7004

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on November 14, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED November 14, 2025.

<u>/s/ Krishna Shah</u>
Krishna Shah

NOTICE OF WITHDRAWAL.
CASE NO. 2:20-CV-00424-JHC

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7004