# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 2:20-cv-00424-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING UNSEALING PORTIONS OF CLASS CERTIFICATION MATERIALS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 26, 2025** |

　　　　Pursuant to Local Civil Rules 7(d)(l) and 10(g), the Parties in the above-captioned action, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

　　　　WHEREAS, on July 31, 2024, the Court granted the Parties' motion stipulating and agreeing to a procedure for filing and sealing in connection with the class certification briefing in the above-captioned action, Dkt. 181;

　　　　WHEREAS, the Court has since granted motions and stipulations extending the class certification briefing deadlines in the above-captioned action, Dkt. 350;

　　　　WHEREAS, pursuant to the agreed-upon procedure and Local Civil Rule 5(h), the Parties agreed to a schedule upon which to meet and confer and, as appropriate, file (1) public versions of their class certification papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3);

　　　　WHEREAS, pursuant to the Stipulated Motion and Order Re Sealing of Class Certification Briefing, Dkt. 181, the Parties have four weeks after the filing of Plaintiffs' Reply

1 | in Support of Motion to Certify Class to (l) file public versions of the parties' Class Certification
2 | Papers, with necessary redactions, and (2) file corresponding motion(s) to seal pursuant to LCR
3 | 5(g)(3);

4 |      WHEREAS, Plaintiffs filed their Reply in Support of Class Certification on November 7,
5 | 2025, Dkt. 429, which sets December 5, 2025, as the date for Parties to file public versions of
6 | their class certification papers, with necessary redactions, and corresponding motion(s) to seal
7 | pursuant to LCR 5(g)(3);

8 |      WHEREAS, by order on the Parties' stipulated motion, the Court extended Amazon's
9 | deadline to file its Reply in Support of its *Daubert* Motion to January 5, 2026, Dkt. 423;

10 |      WHEREAS, in light of the significant volume of Non-Party material cited in the class
11 | certification and *Daubert* papers which require review by the Non-Parties and potential
12 | redactions, the Parties propose extending the current December 5, 2025 deadline to February 2,
13 | 2026, or four weeks after the completion of *Daubert* briefing (whichever is later) to file public
14 | versions of their class certification and *Daubert* papers with necessary redactions and the
15 | corresponding motion(s) to seal pursuant to LCR 5(g)(3), and respectfully submit that good
16 | cause exists for the requested extension;

17 |      WHEREAS, § 5.5 of the Amended Stipulated Protective Order, Dkt. 179, requires a
18 | motion to seal to be noted for consideration no earlier than the fourth Friday after filing where a
19 | Designating Party must make the showing under LCR 5(g)(3)(B), and the Local Rules have since
20 | been modified to provide for 28-day motions instead;

21 |      WHEREAS, LCR 5(g)(3)(B) requires a party to file a motion to seal confidential
22 | information to demonstrate: (1) "the legitimate private or public interests that warrant the relief
23 | sought;" (2) "the injury that will result if the relief sought is not granted;" and (3) "why a less
24 | restrictive alternative to the relief sought is not sufficient;"

25 |      WHEREAS the exhibits supporting the class certification motions in this matter contain
26 | (1) material Amazon contends contains highly sensitive and confidential business information of
27 | Amazon, including discussions and communications regarding proprietary business metrics at
28 | the core of Amazon's business, and internal strategic and business planning documents analyzing

STIPULATED MOTION AND ORDER REGARDING UNSEALING
PORTIONS OF CLASS CERTIFICATION MATERIALS - 2

sensitive business data, the public disclosure of which would pose a significant risk of harm to Amazon; (2) confidential and sensitive information of Plaintiffs; and (3) highly sensitive and confidential information of Non-Parties, including strategic and business planning documents and business data;

WHEREAS the length of the supporting expert reports and other materials cited, and the extent to which the expert reports and other materials cited rely on sensitive and confidential information would require extensive and time-consuming redactions;

THEREFORE, the parties stipulate and agree (subject to the Court's approval) as follows:

1. By February 2, 2026, or four weeks following the completion of *Daubert* briefing (whichever is later), the Parties shall prepare public, redacted versions of (a) Plaintiffs' briefs supporting certification of a class, Dkt. Nos. 266, 429, ("Plaintiffs' Class Certification Papers"), (b) Amazon's brief opposing certification of a class, Dkt. No. 323 ("Amazon's Class Certification Papers"); (c) Amazon's briefs on its motion to exclude testimony of Parag Pathak, Ph.D, Dkt. 325 and any reply ("Amazon's *Daubert* Papers"); and (d) Plaintiffs' brief opposing Amazon's *Daubert* motion, Dkt. 431; however, any declarations and accompanying exhibits to those briefs, including expert reports, shall continue to remain under seal.

2. Defendant Amazon.com, Inc. ("Amazon") shall propose sealing recommendations for (a) all Amazon sensitive information and/or information designated by Amazon under the Amended Stipulated Protective Order, Dkt. 179, contained in both Plaintiffs' Class Certification Papers, Amazon's Class Certification Papers, Amazon's *Daubert* papers, and Plaintiff's *Daubert* opposition; and (b) all sensitive information and/or information designated by or pertaining to Non-Parties under the Amended Stipulated Protective Order contained in Amazon's Class Certification Papers and Amazon's *Daubert* papers, after meeting and

conferring with the Non-Parties regarding the need to file such sensitive or designated material under seal.

3. Plaintiffs shall propose sealing recommendations for (a) all sensitive information and/or information designated by or pertaining to Non-Parties under the Amended Stipulated Protective Order, Dkt. 179, contained in Plaintiffs' Class Certification Papers and Plaintiff's *Daubert* opposition, after meeting and conferring with the Non-Parties regarding the need to file such sensitive or designated material under seal; and (b) all sensitive information and/or information designated by or pertaining to Plaintiffs under the Amended Stipulated Protective Order contained in Amazon 's Class Certification Papers, Plaintiffs' Class Certification Papers, Amazon's *Daubert* papers, and Plaintiff's *Daubert* opposition.

4. The Non-Parties may make their showing as required by LCR 5(g)(3)B in a declaration filed with the Parties' motions to seal on February 2, 2026, or four weeks following the completion of *Daubert* briefing. Otherwise, the deadline for Non-Parties to file a showing required by LCR 5(g)(3)(B) in response to any motion to seal filed by a party shall be 21 days after the due date for the Parties' motion to seal. The calculation of this response date is based on revised Local Civil Rule 7(d).

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED November 26, 2025 | Respectfully submitted, |

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
    Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

|     |                                                                  |
| --- | ---------------------------------------------------------------- |
| 1   | QUINN EMANUEL URQUHART & SULLIVAN, LLP                           |
| 2   |                                                                  |
| 3   | By: /s/ *Matthew Hosen*                                          |
|     | Matthew Hosen, WSBA #54855                                       |
| 4   | 1109 First Avenue, Suite 210                                     |
|     | Seattle, WA 98101                                                |
| 5   | Telephone: (206) 905-7000                                        |
| 6   | Email: matthosen@quinnemanuel.com                                |

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
    John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

STIPULATED MOTION AND ORDER REGARDING UNSEALING
PORTIONS OF CLASS CERTIFICATION MATERIALS - 6

1
2
3
4
5
6
7
8
9
10
11
12

DUNN ISAACSON RHEE LLP
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
Email:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone:  (202) 240-2900

*Attorneys for Defendant Amazon.com, Inc.*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION AND ORDER REGARDING UNSEALING
PORTIONS OF CLASS CERTIFICATION MATERIALS - 7

**ORDER**

Pursuant to the Parties' above stipulation,

- The Parties shall file public, redacted versions of their class certification and *Daubert* papers by February 2, 2026, or four weeks following the completion of *Daubert* briefing (whichever is later), with corresponding motion to seal.

- The deadline for Non-Parties to file a showing required by LCR 5(g)(3)(B) in response to any motion to seal filed by a party shall be 21 days after the due date for the Parties' motion to seal.

IT IS SO ORDERED.

Dated: November 26, 2025.

John H. Chun
UNITED STATES DISTRICT JUDGE