UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | No. 2:20-cv-00424-JHC<br>**STIPULATED MOTION AND ORDER REGARDING CERTAIN DISCOVERY RESPONSES**<br>NOTE ON MOTION CALENDAR:<br>December 4, 2025 |
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | No. 2:21-cv-00693-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | No. 2:22-cv-00965-JHC |

STIP. MOT. & ORDER RE CERTAIN DISCOVERY
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC; No. 2:22-cv-00965-JHC)

**WHEREAS**, on October 21, 2025, the Court granted the Parties' stipulated motion extending the fact discovery deadline only for the specifically enumerated purposes of certain discovery, informal or formal privilege challenges before the Special Master, and discovery motions pertaining to: Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production to Amazon and Amazon's Second Set of Interrogatories and Third Set of Requests for Production of Documents to Plaintiffs (*Frame-Wilson*, Dkt. No. 411; *De Coster*, Dkt. 454; *Brown*, Dkt. 266), the parties' corresponding privilege log(s), and Plaintiffs' requested deposition of the verifier of Amazon's interrogatory responses;

**WHEREAS**, on October 29, 2025, the Court granted the Parties' stipulated motion establishing several deadlines by which the Parties would (a) complete their respective productions and provide an associated privilege log, and (b) raise any discovery disputes pertaining to the topics identified in the Court's October 21, 2025 Order (*Frame-Wilson*, Dkt. 420; *De Coster*, Dkt. 465; *Brown*, Dkt. 279).

**WHEREAS**, the Parties are still meeting and conferring about Amazon's responses to Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production, including discovery motions pertaining thereto; Amazon's corresponding privilege log(s), informal or formal privilege challenges before the Special Master; and Plaintiffs' requested deposition of the verifier of Amazon's interrogatory responses;

**WHEREAS**, the Parties wish to continue meeting and conferring in an attempt to narrow any disputes regarding the substance and/or timing of the Parties' respective responses and associated issues;

**WHEREAS**, Amazon has agreed to provide a Second Supplemental Interrogatory Response to Plaintiffs' Fourth Set of Interrogatories as a result of the Parties' discussions to date.

The Parties in the above-captioned actions, by and through their respective undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

1. Amazon shall provide to Plaintiffs additional supplemental responses to Plaintiffs' Fourth Set of Interrogatories, and complete all document production, by December 22, 2025;

2. The parties shall file, by January 21, 2026, any motions to compel, for a protective order, or to enforce the Court's August 8, 2025 Order, pursuant to the LCR 37(a)(2) expedited procedure, regarding: Amazon's responses to Plaintiffs' Fourth Set of Interrogatories and Seventh Set of Requests for Production, Amazon's corresponding privilege log(s), informal or formal privilege challenges before the Special Master, and/or Plaintiffs' requested deposition of the verifier of Amazon's interrogatory responses.

3. Good cause exists for the Court to extend the aforementioned deadlines to afford the Parties additional time to meet and confer to further narrow or fully resolve any issues to avoid unnecessarily burdening the Court.

IT IS SO STIPULATED.

DATED this 4th day of December, 2025.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman, WSBA #12536
By: */s/ Barbara A. Mahoney*
    Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220

Email: jessica.beringer@kellerpostman.com
Email: ajd@kellerpostman.com
Email: shane.kelly@kellerpostman.com

*Co-Lead Class Counsel for the De Coster Class and Interim Co-Lead Counsel for Plaintiffs and the proposed Classes in Frame-Wilson and Brown*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the De Coster Class and Interim Executive Committee for Plaintiffs and the Proposed Classes in Frame-Wilson and Brown*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Email: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

IT IS SO ORDERED this 4th day of December, 2025.

John H. Chun
United States District Judge