The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**JOINT NOTICE REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |
| DEBORAH FRAME-WILSON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 2:22-cv-00965-JHC |

JOINT NOTICE REGARDING PLAINTIFFS' MOT. FOR FEES
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The Parties submit this notice to inform the Court that they have negotiated a resolution for Plaintiffs' Motion for Attorneys' Fees and Costs ("Motion") (*Frame-Wilson*, Dkt. 413; *De Coster*, Dkt. 456; *Brown*, Dkt. 268), which sought $1,478,391.00 in attorneys' fees and $4,780.57 in costs. The Parties jointly request that the Court enter the Parties' Proposed Order, attached as Exhibit A, and deny the Motion as moot based on the Parties' negotiated resolution and Amazon's payment of $587,281.00 to Plaintiffs pursuant to Rule 37(a)(5)(C).

DATED this 5th day of January, 2026.

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP

    By: */s/ John A. Goldmark*
        John A. Goldmark, WSBA #40980
        MaryAnn Almeida, WSBA #49086
        Emily Parsons, WSBA #57061
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104-1610
        Telephone: (206) 622-3150
        Email: johngoldmark@dwt.com
        Email: maryannalmeida@dwt.com
        Email: emilyparsons@dwt.com

    DUNN ISAACSON RHEE LLP

    By: */s/ Karen L. Dunn*
        Karen L. Dunn (*pro hac vice*)
        William A. Isaacson (*pro hac vice*)
        Amy J. Mauser (*pro hac vice*)
        Kyle Smith (*pro hac vice*)
        401 Ninth Street, NW
        Washington, DC 20004-2637
        Telephone: (202) 240-2900
        Email: kdunn@dirllp.com
        Email: wisaacson@dirllp.com
        Email: amauser@dirllp.com
        Email: ksmith@dirllp.com

        Meredith Dearborn (*pro hac vice*)
        345 California Street
        Suite 600
        San Francisco, CA 94104-2671

JOINT NOTICE REGARDING PLAINTIFFS' MOT. FOR FEES
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Telephone: (202) 240-2900
Email: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
   Steve W. Berman, WSBA #12536
By: */s/ Barbara A. Mahoney*
   Barbara A. Mahoney, WSBA #31845
By: */s/ Kelly Fan*
   Kelly Fan, WSBA #56703
   1301 Second Avenue, Suite 2000
   Seattle, WA 98101
   Telephone: (206) 623-7292
   Email: steve@hbsslaw.com
   Email: barbaram@hbsslaw.com

   Anne F. Johnson (*pro hac vice*)
   594 Dean Street, Suite 8
   Brooklyn, NY 11238
   Telephone: (718) 916-3520
   Email: annej@hbsslaw.com

KELLER POSTMAN LLC

   Jessica Beringer (*pro hac vice*)
   Alex Dravillas (*pro hac vice*)
   Shane Kelly (*pro hac vice*)
   150 North Riverside Plaza, Suite 4100
   Chicago, IL 60606
   Telephone: (312) 741-5220
   Email: jessica.beringer@kellerpostman.com
   Email: ajd@kellerpostman.com
   Email: shane.kelly@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and the Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

   Steig D. Olson (*pro hac vice*)
   David D. LeRay (*pro hac vice*)
   Nic V. Siebert (*pro hac vice*)
   Maxwell P. Deabler-Meadows (*pro hac vice*)

JOINT NOTICE REGARDING PLAINTIFFS' MOT. FOR FEES
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Elle Mahdavi (*pro hac vice*)
   295 Fifth Ave.
2  New York, NY 10016
   Telephone: (212) 849-7000
3  Email: steigolson@quinnemanuel.com
   Email: davidleray@quinnemanuel.com
4  Email: nicolassiebert@quinnemanuel.com
   Email: maxmeadows@quinnemanuel.com
5

6  Adam B. Wolfson (*pro hac vice*)
   865 South Figueroa Street, 10th Floor
7  Los Angeles, CA 90017-2543
   Telephone: (213) 443-3000
8  Email: adamwolfson@quinnemanuel.com

9  *Executive Committee for Plaintiffs and the Class*

JOINT NOTICE REGARDING PLAINTIFFS' MOT. FOR FEES
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:21-cv-00693-JHC |
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated. <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, <br><br> Defendant. | Case. No. 2:22-cv-00965-JHC |

# [PROPOSED] ORDER

On October 22, 2025, Plaintiffs in the above-captioned actions filed a Motion for Attorneys' Fees and Costs for the fees and costs they incurred in connection with a Motion to Compel, which the Court granted in part and denied in part. ("Fee Motion," Dkt. *De Coster*, Dkt. 456; *Frame-Wilson*, Dkt. 413; *Brown*, Dkt. 268). Rule 37(a)(5)(C) of the Federal Rules of Civil Procedure provides that where, as here, the Court granted a motion to compel in part and denied it in part, the Court "may, after giving an opportunity to be heard, apportion the reasonable expenses for the motion." The parties have informed the Court that they have reached a settlement that fully resolved the Fee Motion, whereby Amazon agreed to make a payment of fees and costs, of $587,281.00 to Plaintiffs pursuant to Rule 37(a)(5)(C).

NOW, THEREFORE, it is this _____ day of _____, 2025,

ORDERED THAT Plaintiffs' Motion for Attorneys' Fees and Costs is denied as moot.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE