UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:21-cv-00693-JHC |
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated.<br><br>        Plaintiffs,<br><br> v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>        Plaintiffs,<br><br> v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>        Defendant. | Case. No. 2:22-cv-00965-JHC |

## ORDER

On October 22, 2025, Plaintiffs in the above-captioned actions filed a Motion for Attorneys' Fees and Costs for the fees and costs they incurred in connection with a Motion to Compel, which the Court granted in part and denied in part. ("Fee Motion," Dkt. *De Coster*, Dkt. 456; *Frame-Wilson*, Dkt. 413; *Brown*, Dkt. 268). Rule 37(a)(5)(C) of the Federal Rules of Civil Procedure provides that where, as here, the Court granted a motion to compel in part and denied it in part, the Court "may, after giving an opportunity to be heard, apportion the reasonable expenses for the motion." The parties have informed the Court that they have reached a settlement that fully resolved the Fee Motion, whereby Amazon agreed to make a payment of fees and costs, of $587,281.00 to Plaintiffs pursuant to Rule 37(a)(5)(C).

NOW, THEREFORE, it is this 6th day of January, 2025,

ORDERED THAT Plaintiffs' Motion for Attorneys' Fees and Costs is denied as moot.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE