**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DEBORAH FRAME-WILSON, et al., on behalf of themselves and all others similarly situated, | Case No. 2:20-cv-00424-JHC |
| Plaintiffs, | **STIPULATED MOTION AND ORDER REGARDING SEALING PROCEDURES IN CONNECTION WITH AMAZON'S MOTION FOR CONCURRENT EXPERT HEARING** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, | **NOTE ON MOTION CALENDAR:** January 20, 2025 |
| Defendant. | |

Pursuant to Local Civil Rules 7(d)(l) and 10(g), the Parties in the above-captioned action, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on July 31, 2024, the Court granted the Parties' motion stipulating and agreeing to a procedure for filing and sealing in connection with the class certification briefing in the above-captioned action, Dkt. 181;

WHEREAS, on November 26, 2025, the Court granted the Parties' motion stipulating and agreeing to new deadlines for filing and sealing in connection with class certification and *Daubert* briefing in the above-captioned action, Dkt. 440;

WHEREAS, on January 6, 2026, Amazon filed a Motion for Concurrent Expert Hearing in connection with class certification in the above-captioned action and a Motion to Provisionally Seal portions of the Motion and an exhibit that contain material designated as Confidential or Highly Confidential by Plaintiffs pursuant to the Amended Protective Order, Dkts. 445-447;

STIPULATED MOTION AND ORDER REGARDING SEALING
PROCEDURES MOTION FOR CONCURRENT EXPERT HEARING
(2:20-CV-424-JHC) - 1

WHEREAS, Plaintiffs' response to Amazon's Motion to Provisionally Seal is currently due January 20, 2026;

WHEREAS, Plaintiffs' response to Amazon's Motion for Concurrent Expert Hearing is due on January 20, 2026, and the response will quote, describe, or otherwise reflect material Amazon designated as Confidential or Highly Confidential pursuant to the Amended Protective Order;

WHEREAS, Amazon's Reply in Support of the Motion for Concurrent Expert Hearing is due on January 26, 2026;

THEREFORE, the parties stipulate and agree (subject to the Court's approval) as follows:

1.  The Parties shall file under provisional seal any further briefing on Amazon's Motion for Concurrent Expert Hearing which contains any material designated Confidential or Highly Confidential.

2.  By February 9, 2026, or two weeks after the completion of briefing (whichever is later), the Parties will meet and confer and, as appropriate, file (1) public, redacted versions of Exhibit 1 to Amazon's Motion for Concurrent Expert Hearing and Plaintiffs' Response and Amazon's Reply to Amazon's Motion for Concurrent Expert Hearing, along with any ancillary papers, if necessary, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3), or a statement that no such sealing is necessary.

3.  The Party seeking to maintain the material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal.

IT IS SO STIPULATED.

STIPULATED MOTION AND ORDER REGARDING SEALING
PROCEDURES MOTION FOR CONCURRENT EXPERT HEARING
(2:20-CV-424-JHC) - 2

DATED January 20, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
    Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

STIPULATED MOTION AND ORDER REGARDING SEALING
PROCEDURES MOTION FOR CONCURRENT EXPERT HEARING
(2:20-CV-424-JHC) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Matthew Hosen*
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
     John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

STIPULATED MOTION AND ORDER REGARDING SEALING
PROCEDURES MOTION FOR CONCURRENT EXPERT HEARING
(2:20-CV-424-JHC) - 4

DUNN ISAACSON RHEE LLP
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
Email:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone:  (202) 240-2900

*Attorneys for Defendant Amazon.com, Inc.*

IT IS SO ORDERED.

Dated: January 20, 2026.

_John H. Chun_ _____
John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER REGARDING SEALING
PROCEDURES MOTION FOR CONCURRENT EXPERT HEARING
(2:20-CV-424-JHC) - 5