UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:20-CV-00424-JHC

**ORDER GRANTING AMAZON.COM, INC.'S MOTION TO PROVISIONALLY SEAL ANOTHER PARTY'S MATERIALS**

This matter comes before the Court upon Amazon's January 5, 2026 motion pursuant to Local Rule 5(g)(3) for an order sealing portions of Amazon's Motion for a Concurrent Expert Hearing and Exhibit 1 to the Declaration of Amy J. Mauser in Support of Amazon's Motion for a Concurrent Expert Hearing.  The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action and finding good cause, GRANTS Amazon's motion.

IT IS SO ORDERED.

DATED this 26th day of January, 2026.

_John H. Chun_
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AMAZON'S MOTION TO
PROVISIONALLY SEAL ANOTHER PARTY'S MATERIALS
(2:20-CV-00424-JHC) - 1