UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-CV-00424-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING EXTENSION OF TIME FOR UNSEALING PORTIONS OF CLASS CERTIFICATION, DAUBERT, AND CONCURRENT EXPERT HEARING BRIEFING**<br><br>**NOTE ON MOTION CALENDAR:** February 9, 2026 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties in the above-captioned action, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on November 26, 2025, the Court granted the parties' motion stipulating and agreeing to a procedure for filing and sealing in connection with certain class certification briefing and *Daubert* briefing in the above-captioned action, Dkt. No. 440;

WHEREAS, on January 20, 2026, the Court granted the parties' motion stipulating and agreeing to a procedure and deadline of February 9, 2026 for filing and sealing in connection with Amazon's Motion for Concurrent Expert Hearing, Dkt. No. 459;

WHEREAS, the parties wish to continue meeting and conferring regarding proposed redactions and believe a limited extension of time would help the parties narrow disputes;

THEREFORE, the Parties stipulate and agree (subject to the Court's approval) as follows:

1.      By February 12, 2026, the parties shall meet and confer and prepare public, redacted versions of: (a) Plaintiffs' briefs supporting certification of a class, Dkt. Nos. 266, 429; (b) Amazon's briefs opposing certification of a class, Dkt. Nos. 323, 435; (c) Amazon's briefs on its motion to exclude testimony of Parag Pathak, Ph.D., Dkt. Nos. 325, 451; (d) Plaintiffs' brief opposing Amazon's *Daubert* motion, Dkt. No. 431; and (e) Exhibit 1 to Amazon's Motion for Concurrent Expert Hearing and Plaintiffs' Response and Amazon's Reply, along with any ancillary papers, Dkt. Nos. 447, 460, 466.

2.      Non-parties may make their showing as required by LCR 5(g)(3)(B) in a declaration filed with the parties' motions to seal on February 12, 2026, or in a non-party's own response brief to a party's motion to seal filed by March 5, 2026 (21 days after the due date for the parties' motion to seal).

3.      All other provisions in the Stipulated Motions and Orders regarding unsealing portions of the class certification briefing and *Daubert* briefing (Dkt. No. 440) and Amazon's

STIPULATED MOTION AND ORDER RE: EXTENTIONS
OF TIME FOR UNSEALING OF CLASS CERTICATION, DAUBERT,
AND CONCURRENT EXPERT HEARING BRIEFING - 1
Case No. 2:20-CV-00424-JHC

Motion for Concurrent Expert Hearing and related briefing and materials (Dkt. No. 459) remain unchanged.

IT IS SO STIPULATED.

DATED: this 9th day of February, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*

Steve W. Berman (WSBA No. 12536)

By: /s/ *Barbara A. Mahoney*

Barbara A. Mahoney (WSBA No. 31845)

By: /s/ *Kelly Fan*

Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Matthew Hosen*
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

STIPULATED MOTION AND ORDER RE: EXTENTIONS
OF TIME FOR UNSEALING OF CLASS CERTICATION, DAUBERT,
AND CONCURRENT EXPERT HEARING BRIEFING - 3
Case No. 2:20-CV-00424-JHC

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice)*
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
Email:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone:  (202) 240-2900

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER RE: EXTENTIONS
OF TIME FOR UNSEALING OF CLASS CERTICATION, DAUBERT,
AND CONCURRENT EXPERT HEARING BRIEFING - 4
Case No. 2:20-CV-00424-JHC

**ORDER**

The Court GRANTS the Parties' stipulated motion.

IT IS SO ORDERED this 10th day of February, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE: EXTENTIONS
OF TIME FOR UNSEALING OF CLASS CERTICATION, DAUBERT,
AND CONCURRENT EXPERT HEARING BRIEFING - 5
Case No. 2:20-CV-00424-JHC