UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-CV-00424-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING SCHEDULE FOR BRIEFING MOTIONS TO STRIKE FEBRUARY 6, 2026 SURREPLY AND DAUBERT BRIEFING**<br><br>**NOTE ON MOTION CALENDAR:** February 11, 2026 |

STIPULATED MOTION AND ORDER
RE: SCHEDULE FOR BRIEFING MOTIONS TO STRIKE
FEBRUARY 6, 2026 SURREPLY AND DAUBERT BRIEFING
Case No. 2:20-CV-00424-JHC

Pursuant to the Court's instruction that the Parties meet and confer regarding a schedule for briefing motions to strike Amazon's February 6, 2026 surreply, *Daubert*, and supporting materials, while holding any responsive deadlines to Amazon's briefing in abeyance, the parties in the above-captioned action, by and through their respective undersigned counsel, agree as follows pursuant to Local Civil Rule 7(d)(1), subject to the Court's approval:

WHEREAS, on November 7, 2025, Plaintiffs filed their Reply in Support of Class Certification, and on November 12, 2025, Amazon filed a Surreply Motion to Strike or, in the Alternative, for Leave to Respond.

WHEREAS, on February 6, 2025, Amazon filed its Supplemental Motion to Strike or, in the Alternative, for Leave to Respond, along with a proposed surreply brief and surreply expert reports from its three experts, and a *Daubert* motion, along with supporting materials in the above-captioned action, Dkt. Nos. 472-476;

WHEREAS, on February 9, 2026, Plaintiffs sought the Court's guidance with respect to Amazon's filings;

WHEREAS, on February 10 and 11, 2026, the Court directed the parties to meet and confer on a stipulated motion and order regarding Plaintiffs' proposal in the alternative to file motions to strike Amazon's surreply and *Daubert* motion in their entirety, to provide the Court with fulsome arguments, while holding any responsive deadlines to Amazon's surreply and *Daubert* briefing in abeyance until resolution of said motions to strike;

WHEREAS, the parties have met and conferred regarding a schedule for the proposed motion to strike briefing;

THEREFORE, the parties stipulate and agree (subject to the Court's approval) as follows:

1.     Plaintiffs' motions to strike shall be deemed 14-day motions pursuant to Local Civil Rule 7(d)(2), and subject to the word limits set forth in Local Civil Rule 7(e)(2).

STIPULATED MOTION AND ORDER
RE: SCHEDULE FOR BRIEFING MOTIONS TO STRIKE
FEBRUARY 6, 2026 SURREPLY AND DAUBERT BRIEFING - 1
Case No. 2:20-CV-00424-JHC

2.     The parties' briefing with respect to Plaintiffs' motions to strike may be filed provisionally under seal, until such time as proposed final sealing and redaction determinations are submitted in accordance with paragraph 6 below.

3.     By February 18, 2026, Plaintiffs shall file their motions to strike.

4.     The Parties' responsive briefing deadlines shall be determined by Local Civil Rule 7(d)(2).

5.     All responsive deadlines with respect to Amazon's surreply and *Daubert* briefing, and Amazon's corresponding motion to seal, Dkt. 471, shall be held in abeyance until resolution of Plaintiffs' motions to strike, including briefing and other deadlines pertaining to sealing and redaction.

6.     Within five business days of the Court's resolution of Plaintiffs' motions to strike, the parties shall meet and confer on, and submit, a proposed stipulation and order as to the schedule for any remaining briefing, including with respect to sealing and redactions of relevant briefing.

IT IS SO STIPULATED.

DATED: this 11th day of February, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
     Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
     Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
     Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the
proposed Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *Matthew Hosen*
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com

Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
Email:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone:  (202) 240-2900

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER
RE: SCHEDULE FOR BRIEFING MOTIONS TO STRIKE
FEBRUARY 6, 2026 SURREPLY AND DAUBERT BRIEFING - 4
Case No. 2:20-CV-00424-JHC

**ORDER**

The Court GRANTS the Parties' stipulated motion.

IT IS SO ORDERED this 12th day of February, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
RE: SCHEDULE FOR BRIEFING MOTIONS TO STRIKE
FEBRUARY 6, 2026 SURREPLY AND DAUBERT BRIEFING - 5
Case No. 2:20-CV-00424-JHC