UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:20-CV-00424-JHC

**STIPULATED MOTION AND ORDER REGARDING EXTENSIONS OF TIME FOR UNSEALING PORTIONS OF CLASS CERTIFICATION, DAUBERT, AND CONCURRENT HEARING BRIEFING**

**NOTE ON MOTION CALENDAR:**
February 12, 2026

STIPULATED MOTION AND ORDER RE:
EXTENSIONS OF TIME FOR UNSEALING OF CLASS CERTIFICATION,
DAUBERT, AND CONCURRENT EXPERT HEARING BRIEFING
(Case No. 2:20-CV-00424-JHC)

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties in the above-captioned action, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on November 26, 2025, the Court granted the parties' motion stipulating and agreeing to a procedure for filing and sealing in connection with certain class certification briefing and *Daubert* briefing in the above-captioned action, Dkt. No. 440;

WHEREAS, on January 20, 2026, the Court granted the parties' motion stipulating and agreeing to a procedure and deadline of February 9, 2026 for filing and sealing in connection with Amazon's Motion for Concurrent Expert Hearing, Dkt. No. 459;

WHEREAS, on February 10, 2026, the Court granted the parties' motion stipulating to extend both deadlines to February 12, 2026, Dkt. 478;

WHEREAS, the parties require additional time to finalize proposed redactions to avoid inadvertent disclosure of confidential information;

THEREFORE, the Parties stipulate and agree (subject to the Court's approval) as follows:

1.      By February 17, 2026, the parties shall meet and confer and prepare public, redacted versions of: (a) Plaintiffs' briefs supporting certification of a class, Dkt. Nos. 266, 429; (b) Amazon's briefs opposing certification of a class, Dkt. Nos. 323, 435; (c) Amazon's briefs on its motion to exclude testimony of Parag Pathak, Ph.D., Dkt. Nos. 325, 451; (d) Plaintiffs' brief opposing Amazon's *Daubert* motion, Dkt. No. 431; and (e) Exhibit 1 to Amazon's Motion for Concurrent Expert Hearing and Plaintiffs' Response and Amazon's Reply, along with any ancillary papers, Dkt. Nos. 447, 460, 466; and any supporting motions to seal.

2.      Non-parties may make their showing as required by LCR 5(g)(3)(B) in a declaration filed with the parties' motions to seal on February 17, 2026, or in a non-party's own response brief to a party's motion to seal filed by March 10, 2026 (21 days after the due date for the parties' motion to seal).

STIPULATED MOTION AND ORDER RE:
EXTENSIONS OF TIME FOR UNSEALING OF CLASS CERTIFICATION,
DAUBERT, AND CONCURRENT EXPERT HEARING BRIEFING
(Case No. 2:20-CV-00424-JHC) - 2

3.    All other provisions in the Stipulated Motions and Orders regarding unsealing portions of the class certification briefing and *Daubert* briefing (Dkt. No. 440) and Amazon's Motion for Concurrent Expert Hearing and related briefing and materials (Dkt. No. 459) remain unchanged.

IT IS SO STIPULATED.

DATED this 12th day of February, 2026.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: *s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
E-mail: johngoldmark@dwt.com
E-mail: maryannalmeida@dwt.com
E-mail: emilyparsons@dwt.com

DUNN ISAACSON RHEE LLP

By: *s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice)*
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, D.C. 20004-2637
Telephone: (202) 240-2900
E-mail:  kdunn@dirllp.com
E-mail:  wisaacson@dirllp.com
E-mail:  amauser@dirllp.com
E-mail:  ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street
Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Email: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

STIPULATED MOTION AND ORDER RE:
EXTENSIONS OF TIME FOR UNSEALING OF CLASS CERTIFICATION,
DAUBERT, AND CONCURRENT EXPERT HEARING BRIEFING
(Case No. 2:20-CV-00424-JHC) - 3

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
     Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
     Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
     Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

STIPULATED MOTION AND ORDER RE:
EXTENSIONS OF TIME FOR UNSEALING OF CLASS CERTIFICATION,
DAUBERT, AND CONCURRENT EXPERT HEARING BRIEFING
(Case No. 2:20-CV-00424-JHC) - 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Matthew Hosen*
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

STIPULATED MOTION AND ORDER RE:
EXTENSIONS OF TIME FOR UNSEALING OF CLASS CERTIFICATION,
DAUBERT, AND CONCURRENT EXPERT HEARING BRIEFING
(Case No. 2:20-CV-00424-JHC) - 5

## **ORDER**

The Court GRANTS the Parties' stipulated motion.

IT IS SO ORDERED this 13th day of February, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE