UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-CV-00424-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING EXTENSION OF TIME FOR UNSEALING PORTIONS OF CONCURRENT EXPERT HEARING MATERIALS**<br><br>**NOTE ON MOTION CALENDAR:** February 17, 2026 |

STIPULATED MOTION AND ORDER RE: EXTENSION
OF TIME FOR UNSEALING CONCURRENT EXPERT HEARING
MATERIALS
Case No. 2:20-CV-00424-JHC

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties in the above-captioned action, by and through their respective undersigned counsel, agree as follows, subject to the Court's approval:

WHEREAS, on January 20, 2026, the Court granted the parties' motion stipulating and agreeing to a procedure and deadline of February 9, 2026 for filing and sealing in connection with Amazon's Motion for Concurrent Expert Hearing, Dkt. No. 459;

WHEREAS, on February 10, 2026, the Court granted the parties' request to extend the deadline with respect to sealing in connection with class certification and *Daubert* briefing and Amazon's Motion for Concurrent Expert Hearing to February 12, 2026, Dkt. No. 478;

WHEREAS, on February 13, 2026, the Court granted the parties' request to extend both deadlines to February 17, 2026, Dkt. No. 482;

WHEREAS, on February 17, 2026, the parties will file a Joint Motion regarding the sealing of certain material cited in the parties' class certification and *Daubert* briefing;

WHEREAS, the parties require additional time to move with respect to nonparties' material cited in the parties' briefing regarding Amazon's Motion for Concurrent Expert Hearing to avoid inadvertent disclosure of nonparty confidential information;

WHEREAS, the nonparty confidential material cited in exhibits to the briefing on Amazon's Motion for Concurrent Expert Hearing has required and will continue to require inordinately time-consuming and extensive redactions and additional meet-and-confers with nonparties;

THEREFORE, the Parties stipulate and agree (subject to the Court's approval) as follows:

1.      By February 24, 2026, the parties shall meet and confer and prepare public, redacted versions of Plaintiffs' Response and Amazon's Reply to Amazon's Motion for Concurrent Expert Hearing, Dkt. Nos. 460 and 466. Any declarations and accompanying exhibits to those briefs, as well as Exhibit 1 to Amazon's Motion for Concurrent Expert Hearing (Dkt. No. 447), shall continue to remain under seal.

STIPULATED MOTION AND ORDER RE: EXTENSION
OF TIME FOR UNSEALING CONCURRENT EXPERT HEARING
MATERIALS - 1
Case No. 2:20-CV-00424-JHC

2.      Defendant Amazon.com, Inc. ("Amazon") shall propose sealing recommendations for (a) in any brief, all Amazon sensitive information and/or information designated by Amazon under the Amended Stipulated Protective Order, Dkt. 179, and (b) in Amazon's Reply, all sensitive information and/or information designated by or pertaining to nonparties under the Amended Stipulated Protective Order, after meeting and conferring with the nonparties regarding the need to file such sensitive or designated material under seal.

3.      Plaintiffs shall propose sealing recommendations for (a) in any brief, all sensitive information and/or information designated by or pertaining to Plaintiffs under the Amended Stipulated Protective Order; and (b) in Plaintiffs' Response, all sensitive information and/or information designated by or pertaining to nonparties under the Amended Stipulated Protective Order.

4.      Nonparties may make their showing as required by LCR 5(g)(3)(B) in a declaration filed with the parties' motions to seal on February 24, 2026, by relying on declarations filed with the parties' February 17, 2026, joint motion to seal, or in a nonparty's own response brief to a party's motion to seal filed by March 17, 2026 (21 days after the due date for the parties' motion to seal).

IT IS SO STIPULATED.

DATED: this 17th day of February, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
    Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *Matthew Hosen*
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com

Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
Email:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone:  (202) 240-2900

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER RE: EXTENSION
OF TIME FOR UNSEALING CONCURRENT EXPERT HEARING
MATERIALS - 4
Case No. 2:20-CV-00424-JHC

## **ORDER**

The Court GRANTS the Parties' stipulated motion.


IT IS SO ORDERED this 18th day of February, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE