UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON et al., on behalf of themselves and all others similarly situated, | CASE NO. 2:20-cv-00424-JHC |
| Plaintiffs, | ORDER |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion for a Concurrent Expert Hearing.  Dkt. # 446.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, the Court does not find a concurrent expert hearing necessary at this time.  It thus DENIES Defendant's Motion (Dkt. # 446) and declines to order the parties to appear for a concurrent expert hearing.

//

//

//

//

ORDER - 1

Dated this 26th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 2