UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:20-CV-00424-JHC

**ORDER GRANTING AMAZON.COM, INC.'S MOTION TO SEAL AND PROVISIONALLY SEAL**

This matter comes before the Court upon Amazon's February 6, 2026 motion pursuant to Local Rule 5(g)(3) for an order sealing portions of Amazon's Motion to Exclude the Testimony of David Sunding, Ph.D; the Declaration of Amy J. Mauser in Support of Amazon's Motion to Exclude the Testimony of David Sunding and its exhibits; portions of Amazon's surreply brief; and the reports and Declaration of Amy J. Mauser accompanying Amazon's surreply brief. Dkt. # 471. The motion is unopposed.

The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action and finding good cause, GRANTS Amazon's motion. Amazon's redacted content shall be maintained permanently under seal. The remaining redacted content shall be provisionally sealed, pending a response by any designating party.

ORDER GRANTING AMAZON'S MOTION TO
SEAL AND PROVISIONALLY SEAL
(2:20-CV-00424-JHC) - 1

IT IS SO ORDERED.

DATED this 27th day of February, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AMAZON'S MOTION TO
SEAL AND PROVISIONALLY SEAL
(2:20-CV-00424-JHC) - 2