UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:20-CV-00424-JHC

**ORDER PERMANENTLY SEALING PORTIONS OF CLASS CERTIFICATION AND DAUBERT BRIEFING**

This matter comes before the Court upon the Parties' joint motion regarding sealing portions of the Parties' class certification and Daubert briefing.  Dkt. # 484.  The Court, having considered the joint motion, related declarations, and all other pertinent documents and pleadings filed in this action and finding good cause, ORDERS that the redacted content shall be maintained permanently under seal, with the redacted and public versions attached as Exhibits A through G to the Goldmark Declaration, filed in the public record.

IT IS SO ORDERED this 10th day of March, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO SEAL
(Case No. 2:20-CV-00424-JHC)