**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DEBORAH FRAME-WILSON, et al., on behalf of themselves and all others similarly situated,<br><br>                       Plaintiffs,<br><br>                 v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                       Defendant. | No. 2:20-cv-00424-JHC<br><br>**ORDER GRANTING EBAY INC.'S UNOPPOSED MOTION TO SEAL NON-PARTY MATERIALS**<br><br>**NOTE ON MOTION CALENDAR:**<br>March 10, 2026 |

The Court, having received and reviewed non-party eBay Inc.'s Motion to Seal (the "Motion"), Dkt. # 497, and all materials sought to be sealed, HEREBY FINDS, CONCLUDES, and ORDERS that compelling interests justify sealing the limited portions of information described in eBay's motion. eBay's Motion to Seal is therefore GRANTED.

DATED: March 10, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EBAY INC.'S
UNOPPOSED MOTION TO SEAL NON-
PARTY MATERIALS
2:20-cv-00424-JHC