# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-CV-00424-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING SCHEDULE FOR BRIEFING MOTION TO EXCLUDE TESTIMONY OF DAVID SUNDING, PH.D.**<br><br>**NOTE ON MOTION CALENDAR:**<br>March 25, 2026 |

FAX

Pursuant to the Court's March 18, 2026 Order (Dkt. No. 502) that the Parties meet and confer regarding a briefing schedule and new noting date related to Amazon's Motion to Exclude Testimony of David Sunding, Ph.D. (Dkt. Nos. 472 & 473), and the Court's February 18, 2026 Order (Dkt. No. 487) regarding sealing, the parties in the above-captioned action, by and through their respective undersigned counsel, agree as follows pursuant to Local Civil Rule 7(d)(1), subject to the Court's approval:

1.       Plaintiffs shall file their Response to Amazon's Motion to Exclude Testimony of David Sunding, Ph.D. by April 24, 2026.

2.       Amazon shall file its Reply in Support of Motion to Exclude Testimony of David Sunding, Ph.D. by May 22, 2026.

3.       The new noting date for Amazon's Motion to Exclude Testimony of David Sunding, Ph.D. shall be May 22, 2026.

4.       Following completion of briefing on Amazon's Motion to Exclude Testimony of David Sunding, Ph.D., the Parties shall meet and confer and prepare public, redacted versions of Plaintiffs' Response to Amazon's Motion to Exclude Testimony of David Sunding, Ph.D., Amazon's Reply to Amazon's Motion to Exclude Testimony of David Sunding, Ph.D., the Parties' briefing on Plaintiffs' Motion to Strike Amazon's February 6 Filings at Dkt. Nos. 488, 493, 494, and Amazon's forthcoming surreply, *see* Dkt. No. 502.  Amazon's Motion to Exclude Testimony of David Sunding, Ph.D. was provisionally sealed by the Court's order at Dkt. No. 492, including permanently sealing Amazon's confidential material contained in that motion.

5.       The Parties shall file proposed redacted versions of the briefing referenced in Paragraph 4, above, within 30 days after the completion of briefing on Amazon's Motion to Exclude Testimony of David Sunding, Ph.D.  Any declarations and accompanying exhibits to the briefs shall remain under seal.

6.       Amazon shall propose sealing recommendations for (a) in any brief, all Amazon sensitive information and/or information designated by Amazon under the Amended Stipulated Protective Order, Dkt. No. 179, and (b) in briefs filed by Amazon, all sensitive information and/or

information designated by or pertaining to nonparties under the Amended Stipulated Protective Order, after meeting and conferring with the nonparties regarding the need to file such sensitive or designated material under seal.

7. Plaintiffs shall propose sealing recommendations for (a) in any brief, all sensitive information and/or information designated by or pertaining to Plaintiffs under the Amended Stipulated Protective Order; and (b) in briefs filed by Plaintiffs, all sensitive information and/or information designated by or pertaining to nonparties under the Amended Stipulated Protective Order, after meeting and conferring with the nonparties regarding the need to file such sensitive or designated material under seal.

8. Nonparties may make their showing as required by LCR 5(g)(3)(B) in a declaration filed with the Parties' motions to seal, filed 30 days following completion of briefing, or in a nonparty's own response brief to a Party's motion to seal, filed within 21 days after the due date for the Parties' submission.

IT IS SO STIPULATED.

DATED: this 25th day of March, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
    Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the
proposed Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *Alicia Cobb*
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855

1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
       John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

STIPULATED MOTION AND ORDER RE: - 4
SCHEDULE FOR BRIEFING MOTION TO EXCLUDE
TESTIMONY OF DAVID SUNDING, PH.D.
Case No. (2:20-CV-00424-JHC)

DUNN ISAACSON RHEE LLP
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
Email:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone:  (202) 240-2900

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER RE: - 5
SCHEDULE FOR BRIEFING MOTION TO EXCLUDE
TESTIMONY OF DAVID SUNDING, PH.D.
Case No. (2:20-CV-00424-JHC)

**ORDER**

The Court GRANTS the Parties' stipulated motion.  The Court DIRECTS the Clerk to re-note Amazon's Motion to Exclude Testimony of David Sunding, Ph.D., Dkt. # 472, for May 22, 2026.

IT IS SO ORDERED this 25th day of March, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE: - 6
SCHEDULE FOR BRIEFING MOTION TO EXCLUDE
TESTIMONY OF DAVID SUNDING, PH.D.
Case No. (2:20-CV-00424-JHC)