UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING PRODUCTION OF EXPERT MATERIALS IN COORDINATED CASES**<br><br>**NOTE ON MOTION CALENDAR:**<br>May 6, 2026 |
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC |

STIP. MOT. & ORDER RE PRODUCTION
OF EXPERT MATERIALS IN COORDINATED CASES
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC; No. 2:22-cv-00965-JHC)

Plaintiffs in the above-captioned actions and Defendant Amazon.com, Inc. ("Amazon") (collectively, the "Parties") have met and conferred with respect to Amazon's production of expert reports served in related and coordinated cases which are responsive to Plaintiffs' Eighth Set of Requests for Production. The Parties, by and through their respective undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

1.     Amazon will produce expert reports and supporting back-up materials served by plaintiffs in *The People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal. Super. Court, San Francisco) ("*California* Action"), *FTC v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC (W.D. Wash.) ("*FTC* Action"), and *Zulily, LLC v. Amazon.com, Inc.*, No. 2:23-cv-01900-JHC, pursuant to the following schedule:

a.   Amazon will produce opening expert materials served by plaintiffs in actions identified in Paragraph 1 within five (5) business days of receiving such expert materials;

b.   If plaintiffs in actions identified in Paragraph 1 serve rebuttal expert reports on or before the May 1, 2026 opening report expert deadline in *De Coster*, Amazon will produce such materials by May 8, 2026;

c.   If plaintiffs in actions identified in Paragraph 1 serve rebuttal expert reports after May 1, 2026, Amazon will produce such materials within five (5) business days of receiving such expert materials;

d.   If plaintiffs in actions identified in Paragraph 1 serve reply expert reports on or before the July 9, 2026 rebuttal expert report deadline in *De Coster*, Amazon will produce such materials by July 16, 2026; and

e.   If plaintiffs in actions identified in Paragraph 1 serve reply expert reports after July 9, 2026, Amazon will produce such materials within five (5) business days of receiving such expert materials.

2.     Amazon will produce expert reports and supporting back-up materials served by Amazon in *The People of the State of California v. Amazon.com, Inc.*, No. CGC-22-601826 (Cal.

STIP. MOT. & ORDER RE PRODUCTION
OF EXPERT MATERIALS IN COORDINATED CASES - 1
(NO. 2:20-CV-00424-JHC; NO. 2:21-CV-00693-JHC; NO. 2:22-CV-00965-JHC)

Super. Court, San Francisco) ("*California*" Action), *FTC v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC (W.D. Wash.) ("*FTC* Action"), *Mbadiwe et al. v. Amazon.com, Inc.*, 1:22-cv-9542-VSB (S.D.N.Y.), *Zulily LLC v. Amazon.com, Inc.*, No. 2:23-cv-1900-JHC (W.D. Wash.), and *District of Columbia v. Amazon.com, Inc.*, No. 2021 CA 1775 B (D.C. Super. Court) ("*DC* Action"), pursuant to the following schedule:

    a.  If Amazon serves opening expert reports in actions identified in Paragraph 2 before the May 1, 2026 opening report expert deadline in *De Coster*, Amazon will produce such materials by May 8, 2026;

    b.  If Amazon serves opening expert reports in actions identified in Paragraph 2 after the May 1, 2026 opening report expert deadline in *De Coster*, Amazon will produce such materials within five (5) business days of serving such expert materials;

    c.  If Amazon serves rebuttal expert reports in actions identified in Paragraph 2 before the July 9, 2026 rebuttal report expert deadline in *De Coster*, Amazon will produce such materials by July 16, 2026;

    d.  If Amazon serves rebuttal expert reports in actions identified in Paragraph 2 after the July 9, 2026 rebuttal report expert deadline in *De Coster*, Amazon will produce such materials within five (5) business days of serving such expert materials;

    e.  If Amazon serves reply expert reports in actions identified in Paragraph 2 before the September 11, 2026 reply report expert deadline in *De Coster*, Amazon will produce such materials by September 18, 2026; and

    f.  If Amazon serves reply expert reports in actions identified in Paragraph 2 after the September 11, 2026 reply report expert deadline in *De Coster*, Amazon will produce such materials within five (5) business days of serving such expert materials.

    g.  Subject to the foregoing and to Paragraph 3, Amazon will produce expert materials served by Amazon concerning GMM-related claims pursuant to a schedule to be agreed upon by the Parties, or ordered by the Court, following the entry of a

schedule for merits expert reports in *Brown v. Amazon.com, Inc.* Amazon will propose such a schedule within twenty-one (21) days of the entry of the expert report schedule in *Brown*. If Amazon's expert materials concern GMM-related claims and issues relevant to *De Coster* and *Frame-Wilson*, Amazon will produce such expert materials pursuant to the schedule contained in Paragraph 2(a)-(f) but may redact its GMM-related expert material.

3.      Amazon may redact information contained in expert reports served in *FTC v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC (W.D. Wash.), that does not relate to Plaintiffs' parity-related claims. Until the Court enters a separate schedule concerning the production of expert materials in *Brown v. Amazon.com, Inc.* or the Parties agree otherwise after meeting and conferring, Amazon may also redact information concerning GMM-related claims from Amazon's expert reports served in any of the aforementioned actions identified in Paragraphs 1 and 2 as well as plaintiffs' rebuttal and reply expert reports served in the *California* Action to the extent such information would disclose Amazon's experts' GMM-related work or opinions. Amazon will not redact information from the plaintiffs' opening expert reports served in that action. Amazon will not redact other information contained in expert reports served in other actions identified in Paragraphs 1 or 2, except where necessary to comply with confidentiality obligations to nonparties.

4.      To the extent Amazon withholds from Plaintiffs any expert materials produced in any action identified in Paragraphs 1-2—whether in whole or part—Amazon will identify such materials to Plaintiffs within three (3) business days of disclosure to Plaintiffs and, if necessary, the Parties will promptly meet and confer in good faith.

5.      Amazon will not withhold supporting materials from an expert report that relate to, or are necessary to understand, the portions of any report that Amazon discloses to Plaintiffs.

6.      Amazon's agreement to produce expert materials served by plaintiffs in actions identified in Paragraphs 1 and 2 is contingent upon that plaintiff's consent.

7.      Amazon will produce any sealed court filings associated with dispositive motions, *Daubert* motions, or other expert motions in any other action that has been defined as a

STIP. MOT. & ORDER RE PRODUCTION
OF EXPERT MATERIALS IN COORDINATED CASES - 3
(NO. 2:20-CV-00424-JHC; NO. 2:21-CV-00693-JHC; NO. 2:22-CV-00965-JHC)

"Coordinated Action" in the *California* Action or *FTC* Action within five (5) business days of filing; however, for any sealed court filings governed by this paragraph, Amazon may withhold and follow the schedule set forth in Paragraphs 1 and 2 for any expert reports that have not yet been disclosed pursuant to Paragraphs 1 and 2. Amazon may withhold or redact materials served in the *FTC* Action that do not relate to Plaintiffs' parity-related claims but must identify such materials to Plaintiffs within three (3) business days of disclosure to Plaintiffs and, if necessary, the Parties will promptly meet and confer in good faith. To the extent any information concerning GMM-related claims is contained in any sealed court filing or order in the *California* Action (or any other action that has been defined as a "Coordinated Action" in the *California* or *FTC* Action), Amazon will provide to Plaintiffs unredacted versions of any such court filings or orders notwithstanding anything contained herein; however, to the extent any sealed exhibits to such court filings include expert reports or deposition testimony disclosing the GMM-related work or opinions of Amazon's experts, Amazon may redact those exhibits and shall disclose unredacted versions in accordance with the separate schedule concerning the production of expert materials in *Brown v. Amazon.com, Inc.* Amazon must identify any GMM-related work or opinions of Amazon's experts that it redacts from exhibits to court filings within three (3) business days of disclosure to Plaintiffs and, if necessary, the Parties will promptly meet and confer in good faith. The Parties will also meet and confer in good faith regarding Amazon's production to Plaintiffs of any previously redacted or withheld expert material that is disclosed publicly. *See, e.g.*, *Frame-Wilson*, ECF No. 265 ¶10.

8.    Until Amazon and Hagens Berman reach a separate agreement in the State of Arizona's case against Amazon, counsel at Hagens Berman in the above-caption matters shall not provide access to the disclosures made pursuant to this stipulation to any counsel at Hagens Berman representing the Attorney General for the State of Arizona who have not entered an appearance on behalf of the plaintiffs in the above-captioned matters, or to any counsel in the Office of the Attorney General for the State of Arizona.

IT IS SO STIPULATED.

DATED this 6th day of May 2026.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman, WSBA #12536
By: */s/ Barbara A. Mahoney*
    Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: ajd@kellerpostman.com
Email: shane.kelly@kellerpostman.com

*Co-Lead Class Counsel for the De Coster Class and
Interim Co-Lead Counsel for Plaintiffs and the
proposed Classes in Frame-Wilson and Brown*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *Alicia Cobb*
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com
Email: matthosen@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the De Coster Class and
Interim Executive Committee for Plaintiffs and the
Proposed Classes in Frame-Wilson and Brown*


DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
   John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

STIP. MOT. & ORDER RE PRODUCTION
OF EXPERT MATERIALS IN COORDINATED CASES - 6
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC; No. 2:22-cv-00965-JHC)

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA  94104-2671
Telephone: (202) 240-2900
Email: mdearborn@dirllp.com


*Attorneys for Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED this 6th day of May, 2026.

John H. Chun
United States District Judge

STIP. MOT. & ORDER RE PRODUCTION
OF EXPERT MATERIALS IN COORDINATED CASES - 8
(No. 2:20-cv-00424-JHC; No. 2:21-cv-00693-JHC; No. 2:22-cv-00965-JHC)