UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL SEPTEMBER 11, 2026 CLASS CERTIFICATION HEARING** |

This matter comes before the Court on Plaintiffs' Unopposed Motion to Seal September 11, 2026 Class Certification Hearing (the "Motion"). Dkt. # 529. The Court has considered Plaintiffs' Motion, as well as all other supporting materials and records in this action.

Being fully advised, the Court hereby GRANTS the Motion.

It is hereby ORDERED that the September 11, 2026 Class Certification hearing shall be sealed. It is further ORDERED that the parties and relevant nonparties shall meet and confer and propose redactions to the hearing transcript or other materials pursuant to the procedures stated in Amended General Order No. 15-15.

IT IS SO ORDERED.

DATED: August 24, 2026.

John H. Chun
United States District Judge