UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON ET AL., Plaintiffs, v. AMAZON.COM, INC., Defendant. | CASE NO. 2:20-cv-00424-JHC<br>ORDER TO SHOW CAUSE |

The Court DIRECTS Plaintiffs to show cause, on or before September 22, 2026, that the named Plaintiffs—Deborah Frame-Wilson, Christian Sabol, Chaunda Lewis, and Phyllis Huster—satisfy the following, modified class definition:

> All persons who, on or after March 19, 2016, made in the United States at least two purchases from a third-party seller on the Walmart online retail marketplace or at least four purchases from a third-party seller on eBay of new, physical products concurrently offered for sale **by that same third-party seller** on Amazon Marketplace and monitored by Amazon as part of its competitive price monitoring.

Dated this 15th day of September, 2026.

John H. Chun
United States District Judge