The Honorable John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

No. 2:20-cv-00424-JHC

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

**REDACTED VERSION**



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

On September 15, 2026, the Court directed Plaintiffs to show cause that "the named Plaintiffs—Deborah Frame-Wilson, Christian Sabol, Chaunda Lewis, and Phyllis Huster—satisfy" the Court's modified class definition:

> All persons who, on or after March 19, 2016, made in the United States at least two purchases from a third-party seller on the Walmart online retail marketplace or at least four purchases from a third-party seller on eBay of new, physical products concurrently offered for sale by that same third-party seller on Amazon Marketplace and monitored by Amazon as part of its competitive price monitoring.

Dkt. 534 at 1.

Deborah Frame-Wilson passed away on November 19, 2025, and is thus no longer a proposed class representative. Dkt. 510. As to the remaining named Plaintiffs, the data currently available from Amazon, Walmart, and eBay[1] show that Christian Sabol and Chaunda Lewis, satisfy the above class definition by making at least two qualifying purchases on Walmart and that Mr. Sabol also made qualifying purchases on eBay. While Phyllis Huster's purchases may ultimately meet this class definition, that has not been determined based on the data produced to date.

**Plaintiff Christian Sabol's qualifying purchases**: Mr. Sabol purchased a Sport-Tek CamoHex Tee from third-party seller Bell Street Wear on Walmart on August 8, 2020. Bell Street Wear [redacted] this product for sale on Amazon. On September 4, 2021, Mr. Sabol purchased an 8-pack of BIC Lighters from third-party seller The Official BIC Store on Walmart. The Official BIC Store [redacted] this product for sale on Amazon. [redacted].

Mr. Sabol's qualifying Walmart purchases satisfy the two-purchase minimum. He also made multiple qualifying eBay purchases. He purchased a Sig Sauer BB Air Pistol from eBay

[1] Currently, Plaintiffs have only samples of data from Walmart & eBay and have only received Amazon transactions and offers data through 2024.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

third-party seller discountcentralonline on February 26, 2022, who [redacted]. And he purchased a Daisy Powerline BB Pellet Air Rifle from eBay third-party seller jlmissouri on March 18, 2022, who [redacted]

**Plaintiff Chaunda Lewis's qualifying purchases**: Ms. Lewis's Walmart purchases also qualify her as a class representative under the Court's modified class definition. On October 18, 2020, Ms. Lewis purchased a Funko POP! Batman figure from Walmart third-party seller MacroBaby, who [redacted]. On that same day, she purchased the Knight of Ren figure from Walmart third-party seller No 1 Collectibles, who [redacted]. On November 21, 2022, she purchased Peppermint Great Garden Herb 1,000 Seeds by Seed Kingdom from Walmart third-party seller, Seed Kingdom, who [redacted]

Exhibit A, attached hereto, provides record references for the purchases information.

DATED: September 22, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By */s/ Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
By */s/ Kelly Fan*
Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
E-mail: ajd@kellerpostman.com

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 918-1123
E-mail: Roseann.Romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alicia Cobb*
Alicia Cobb, WSBA #48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
Emily M. Steirman (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Email: ellemahdavi@quinnemanuel.com
Email: emilysteirman@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

/s/ *Steve W. Berman*
Steve W. Berman



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX