UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON ET AL.,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC.,<br>Defendant. | CASE NO. 2:20-cv-00424-JHC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

a. The Clerk is directed to strike the filing at Dkt. # 541 as an unauthorized response to the Court's Order at Dkt. # 534. Defendant may not use an Order to Show Cause directed at Plaintiffs as an opportunity to file additional briefing on the issue of class certification.

b. The Court will not request or permit supplemental briefing on the issue of class certification before ruling on Plaintiffs' Motion at Dkt. # 266. *See, e.g.*, *Hawkins v. Kroger Co.*, 337 F.R.D. 518, 527 (S.D. Cal. 2020) ("[C]ourts are empowered to narrow class definitions at the class certification stage[.]"); *Montoya v. City of San*

*Diego*, 2021 WL 2350927, at *3 (S.D. Cal. June 9, 2021) ("District courts have the discretion to modify a class definition during the certification process."); *Rodriguez v. Bostock*, 349 F.R.D. 333, 355 n.6 (W.D. Wash. 2025) (recognizing the district court's authority to *sua sponte* amend a class definition to address concerns of overbreadth and rejecting the defendants' request to allow supplemental briefing prior to adopting a revised class definition).

c. The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 24th day of September 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk