The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC<br><br>**AMAZON'S RESPONSE TO PLAINTIFFS' MOTION TO PROVISIONALLY SEAL PORTIONS OF PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |

On September 22, 2026, Plaintiffs moved to provisionally seal portions of Plaintiffs' Response to Order to Show Cause and Exhibit A thereto ("Response") pursuant to Local Civil Rule 5(g)(3) and the Amended Stipulated Protective Order (Dkt. No. 179). *See* Dkt. 537. Plaintiffs determined that the Response contained information derived from Amazon and Walmart data designated Confidential and moved provisionally to redact those references to allow Amazon and Walmart the opportunity to submit a response in support of sealing under LCR 5(g)(3)(B).

Having reviewed Plaintiffs' filed Response, Amazon does not object to unsealing the previously-redacted portions of the Response to the extent they incorporate Amazon's confidential materials. For the avoidance of doubt, Amazon's non-objection is limited solely to unsealing



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 622-3150 main · (206) 757-7700 fax

information derived from the materials as it appears in Plaintiffs' Response, and should not otherwise be construed as consenting to de-designating, waiving protections, or unsealing the underlying Amazon materials from which this information was derived.

Should Walmart request the continued sealing of information in Plaintiffs' Response, Amazon does not object.

DATED this 7th day of October, 2026.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
Emily Parsons, WSBA #57061
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8136
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com
Email: EmilyParsons@dwt.com

DUNN ISAACSON RHEE LLP

*/s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice)*
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, D.C. 20004-2637

Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn *(pro hac vice)*
345 California Street
Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Email: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

I certify that this memorandum contains 168 words in compliance with the Local Civil Rules.