**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

No. 2:20-cv-00424-JHC

**ORDER GRANTING MOTION TO PROVISIONALLY SEAL PORTIONS OF PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

This matter comes before the Court on Plaintiffs' motion pursuant to Local Rule 5(g)(3) for an order provisionally sealing portions of Plaintiffs' Response to Order to Show Cause. Dkt. # 537. The Court, having considered the motion and all other pertinent documents and pleadings filed in this action, hereby GRANTS the motion.

Dated: October 20, 2026

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE