UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a corporation,

Defendant.

No. 2:20-CV-00424-JHC

**ORDER GRANTING JOINT MOTION TO SEAL ADDITIONAL CLASS CERTIFICATION HEARING MATERIAL**

This matter comes before the Court on the Parties' Joint Motion to Seal Additional Class Certification Hearing Material. Dkt. # 550. The Court, having considered the joint motion, related declarations, and all other pertinent documents and pleadings filed in this action and finding good cause, ORDERS that the redacted content shall be maintained permanently under seal, with the redacted and public versions attached as Exhibits A through C to the Almeida Declaration filed in the public record.

IT IS SO ORDERED this 21st day of October, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE