UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME TO MOVE TO COMPEL EBAY DATA PRODUCTION POST–CLASS CERTIFICATION**<br><br>**NOTE ON MOTION CALENDAR:** November 6, 2026 |

**WHEREAS,** Plaintiffs bring the above-captioned action against Amazon.com, Inc., ECF No. 165.

**WHEREAS,** on April 14, 2023, Plaintiffs served a subpoena on eBay Inc. ("eBay"), containing, among other requests, Request for Production No. 17 seeking historical transaction-level sales data;

**WHEREAS,** on October 15, 2025, the Court granted Plaintiffs' and eBay's stipulated motion extending the time for Plaintiffs to move to compel eBay to produce data responsive to Request No. 17 until 30 days after the Court ruled on Plaintiffs' motion for class certification, ECF No. 402;

**WHEREAS**, on October 9, 2026, the Court issued a sealed order granting in part Plaintiffs' motion for class certification, ECF No. 547;

**WHEREAS**, on October 23, 2026, Amazon filed a Petition for Permission to Appeal Order Granting Class Certification Pursuant to Fed. R. Civ. P. 23(f) ("Amazon's 23(f) Petition");

**WHEREAS,** on October 27, 2026, Plaintiffs and eBay met and conferred by Zoom regarding Plaintiffs' request for eBay data post-certification and plan to meet and confer again on November 6, 2026;

**WHEREAS,** the current deadline for Plaintiffs to move to compel eBay to produce additional data is November 9, 2026;

**WHEREAS,** the parties would like additional time to try to resolve any disputes concerning whether, and to what extent, eBay will produce additional data;

**NOW, THEREFORE**, Plaintiffs and eBay stipulate and agree as follows:

1. Good cause exists for a limited extension of the deadline for Plaintiffs to move to compel eBay to produce additional data responsive to Request for Production No. 17 to 30 days after the Ninth Circuit rules on Amazon's 23(f) Petition, and to the extent Amazon's 23(f) Petition is granted, until 30 days after the Ninth Circuit's decision on the Court's October 9, 2026 order on Plaintiffs' motion for class certification.

2. This stipulation does not alter any other terms of the Court's October 15, 2025 order, ECF No. 402.

DATED: November 6, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By: *Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
By: *Kelly Fan*
Kelly Fan, WSBA No. 56703
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
barbaram@hbsslaw.com
kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

**KELLER POSTMAN LLC**

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice)*
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
shane.kelly@kellerpostman.com
ajd@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and the Class*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Robert L. Uriarte*
Robert L. Uriarte (*pro hac vice* forthcoming)
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: (213) 488-7100
Email: Robert.Uriarte@Pillsburylaw.com

*Counsel for Nonparty eBay, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman

**ORDER**

IT IS SO ORDERED this 9th day of November, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE