UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

No. 2:20-cv-00424-JHC

**STIPULATED MOTION AND ORDER REGARDING WALMART DATA PRODUCTION POST–CLASS CERTIFICATION**

**NOTE ON MOTION CALENDAR:**
November 6, 2026

**WHEREAS,** Plaintiffs bring the above-captioned action against Amazon.com, Inc., ECF No. 165.

**WHEREAS,** Walmart, Inc. ("Walmart") is a third-party.

**WHEREAS,** on April 25, 2023, Plaintiffs served a subpoena on Walmart, seeking, among other requests, historical transaction-level sales data reflecting sales from third-party sellers on Walmart's ecommerce platform.

**WHEREAS,** on October 21, 2025, the Court granted Plaintiffs' and Walmart's stipulated motion for a limited extension of fact discovery to defer any dispute concerning whether, and to what extent, Walmart must produce additional transaction-level sales data in response to Plaintiffs' subpoena until 30 days after the Court issues its ruling on Plaintiffs' motion for class certification, ECF No. 409;

**WHEREAS**, on October 9, 2026, the Court granted in part Plaintiffs' motion for class certification, ECF No. 547;

**WHEREAS,** on October 21, 2026, Plaintiffs and Walmart met and conferred by Zoom regarding Plaintiffs' request for Walmart data post-certification, ECF No. 409;

**WHEREAS**, on October 23, 2026, Amazon filed a Petition for Permission to Appeal Order Granting Class Certification Pursuant to Fed. R. Civ. P. 23(f) ("Amazon's 23(f) Petition");

**WHEREAS,** the current deadline for a limited extension of fact discovery to defer any dispute concerning whether, and to what extent, Walmart must produce additional transaction-level sales data in response to Plaintiffs' subpoena is November 9, 2026;

**WHEREAS,** Walmart deems premature Plaintiffs' request for the entirety of Walmart's transaction-level data reflecting sales from third-party sellers on Walmart's ecommerce platform given the pendency of Amazon's 23(f) Petition;

**NOW, THEREFORE**, Plaintiffs and Walmart stipulate and agree as follows:

1. Good cause exists for a limited extension of fact discovery to defer any dispute concerning whether, and to what extent, Walmart must produce additional transaction-level sales data in response to Plaintiffs' subpoena until 30 days after the Ninth Circuit rules on Amazon's 23(f) Petition, and, to the extent Amazon's 23(f) Petition is granted, until 30 days after the Ninth

Circuit's decision on the Court's October 9, 2026 order on Plaintiffs' motion for class certification.

2. This stipulation does not alter any other terms of the Court's October 20, 2025 order, ECF No. 409.

DATED: November 6, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By: */s/ Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
Kelly Fan, WSBA No. 56703
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
barbaram@hbsslaw.com
kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean St., Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice)*
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
shane.kelly@kellerpostman.com
ajd@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and the Classes*

MARTINEZ & FARMER LLP

By: /s/ *Tyler Farmer*
By: /s/ *Ariel A. Martinez*
Tyler Farmer, WSBA No. 39912
Ariel A. Martinez, WSBA No. 54869

4020 East Madison St., Suite 300
Seattle, WA 98112
Telephone: (206) 208-2270
E-mail: tyler@mfseattle.com
ariel@msfseattle.com

*Attorneys for Walmart, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman

**ORDER**

IT IS SO ORDERED this 9th day of November, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE